**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

| | | |
|---|---|---|
| BRIAN BOWEN II, | ) | C/A No.: 3:18-3118-JFA |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **CONSENT MOTION FOR** |
| ADIDAS AMERICA, INC.; | ) | **EXTENSION OF TIME TO** |
| JAMES GATTO; MERL CODE; | ) | **RESPOND TO MOTIONS TO DISMISS** |
| CHRISTIAN DAWKINS; MUNISH | ) | |
| SOOD; THOMAS GASSNOLA; and | ) | |
| CHRISTOPHER RIVERS | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Brian Bowen II, with the consent of Defendants Adidas America, Inc., James Gatto, Merl Code, Munish Sood, and Christopher Rivers (collectively, "Moving Defendants"), hereby moves under Local Civil Rule 6.01 for an extension of time to respond to the six motions to dismiss filed by Moving Defendants on February 5, 6, and 8, 2019. In support of this motion, Plaintiff states the following:

1.    Plaintiff Bowen filed a civil complaint on November 19, 2018, alleging violations of the federal Racketeer Influenced and Corrupt Organizations Act ("RICO") against all Defendants. Plaintiff's allegations involve wire fraud, money laundering, and bribery in connection with recruiting players to NCAA Division I men's basketball teams.

2.    Defendant Sood executed a Waiver of the Service of Summons and was granted 60 days from December 10, 2018 to file his response to Plaintiff's complaint.

1

3.      On January 7, 2019, this Court granted consent motions filed by Defendants Adidas, Code, Gatto, and Rivers (*see* ECF Nos. 14, 16) requesting extensions until February 5, 2019, to respond to Plaintiff's Complaint.  (ECF Nos. 18, 19.)

4.      On February 5, 2019, Defendants Code, Adidas, and Rivers filed motions to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6).  (ECF Nos. 27, 29, 30.)

5.      On February 6, 2019, Defendant James Gatto filed two motions to dismiss Plaintiff's complaint, one motion brought under Federal Rule of Civil Procedure 12(b)(2) and another motion brought under Federal Rule of Civil Procedure 12(b)(6).  (ECF Nos. 32, 33.)

6.      On February 8, 2019, Defendant Sood filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 41.)

7.      Defendants Dawkins and Gassnola have not responded to Plaintiff's Complaint.

8.      Under Local Rule 7.06, Plaintiff has fourteen days from the dates Moving Defendants filed their motions to dismiss to file his responses in opposition.  Under Local Rule 7.05(B)(1), Plaintiff's response to each motion may not exceed 35 pages.

9.      Because of the complexity of the matters at issue, the number of motions to dismiss filed by the Moving Defendants, variances in the arguments and authority cited in the various motions filed by the Moving Defendants, and for the purpose of furthering judicial economy and efficiency by consolidating Plaintiff's response to the motions brought under Rule 12(b)(6) into a single, consolidated brief, Plaintiff respectfully moves this Honorable Court to extend the time to file responses in opposition to the six pending motions to March 8, 2019.

10.      Plaintiff additionally requests this Honorable Court for an expansion of the page limit allowed under Local Rule 7.05(B)(1) so he may address each of the Moving Defendants'

arguments for dismissal brought under Rule 12(b)(6) in a single, consolidated responsive brief. Plaintiff requests a total of fifty pages for this consolidated brief in opposition, though Plaintiff will endeavor to limit his response to fewer pages if possible.

11.     Plaintiff has not previously sought an extension of time to respond to Moving Defendants' motions to dismiss.

12.     This motion is brought in good faith and not for the purpose of delay.

13.     Because a scheduling order has not yet been established for this case, the requested extension would not affect any other current deadline.

The undersigned counsel for Plaintiff has consulted with the counsel for Moving Defendants regarding this request, and counsel for Moving Defendants have consented to the relief requested herein.

Dated: February 14, 2019                     Respectfully submitted,

McLEOD LAW GROUP, LLC

*s/ Colin V. Ram*
Colin V. Ram (Fed ID No.: 12958)
W. Mullins McLeod, Jr. (Fed ID No.: 7142)
H. Cooper Wilson, III (Fed ID No. 10107)
P.O. Box 21624
Charleston, SC 29413
Tel: (843) 277-6655
Fax: (843) 277-6660

*Attorneys for Plaintiff Brian Bowen II*