IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| BRIAN BOWEN, II, | ) | C/A No.: 3:18-cv-3118-JFA |
| | ) | Hon. Joseph F. Anderson, Jr. |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADIDAS AMERICA, INC.; | ) | |
| JAMES GATTO; MERL CODE; | ) | |
| CHRISTIAN DAWKINS; MUNISH | ) | |
| SOOD; THOMAS GASSNOLA; and | ) | |
| CHRISTOPHER RIVERS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT, CHRISTIAN DAWKINS,
RESPONSE TO PLAINTIFF'S COMPLAINT**

TABLE OF CONTENTS

I.      INTRODUCTION………………………………………………………………1

II.     JURISDICTION AND VENUE……………………………………………………2

III.    PARTIES………………………………………………………………………3

IV.     FACTUAL BACKGROUND…………………………………………………………4
        A.      THE NCAA'S $20,000,000,000 PRODUCT…………………………………… 4
        B.      AMATEURISM IS THE CORE OF THE NCAA'S PRODUCT……………… 5
        C.      THE $25 BILLION SNEAKER INDUSTRY……………………………………...7
                i.      Origins of the Sneaker Industry…………………………………………..7
                ii.     Adidas Infiltrates Amateur Athletics……………………………………9
                iii.    The Outsized Influence of Adidias-Sponsored Grassroots Basketball…..11
        D.      THE "UNIVERSITY OF ADIDAS AT LOUISVILLE"......................................12

V.      SDNY CRIMINAL INVESTIGATION………………………………………………14

VI.     OVERVIEW OF DEFENDANTS' RACKETEERING ACTIVITY……………………16
        A.      THE ADIDAS "BLACK OPS" BRIBERY ENTERPRISE…………………… 16
        B.      THE ADIDAS BRIBERY ENTERPRISE ENGAGED IN A PATTERN OF
RACKETEERING ACTIVITY …………………………………………………………19
                i.      Racketeering Activity Involving North Carolina State University……...20
                ii.     Racketeering Activity Involving the University of Kansas……………...21
                iii.    Racketeering Activity Involving the University of Miami………………23
                iv.     Racketeering Activity Involving the University of Louisville…………..24

VII.    MONEY LAUNDERING CONSPIRACY IN FURTHERANCE OF THE
ENTERPRISE'S PREDICATE ACTS………………………………………………..28

COUNT I …………………………………………………………………………..34
COUNT II…………………………………………………………………………..36
COUNT III…………………………………………………………………………..37
COUNT IV…………………………………………………………………………..38
RELIEF REQUESTED……………………………………………………………..40
DEMAND FOR JURY TRIAL - RELIANCE ……………………………………..40

NOW COMES Defendant, Christian Dawkins, by and through his undersigned counsel, and for his response to Plaintiff's Complaint, states as follows:

## I.    INTRODUCTION

1.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

2.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

3.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

4.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

5.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

6.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

1

7.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

8.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

9.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

10.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## II.    JURISDICTION AND VENUE

11.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

12.    Defendant, Christian Dawkins,  denies the allegations in this paragraph because Defendant, Christian Dawkins evidences no contacts, minimum or otherwise, to the State of South Carolina, therefore this Court lacks personal jurisdiction for the purposes alleged herein.

2

13.    Defendant, Christian Dawkins,  denies the allegations in this paragraph because Defendant, Christian Dawkins evidences no contacts, minimum or otherwise, to the State of South Carolina.  Further, none of the alleged actions in this matter, asserted to have occurred in the State of South Carolina, relate in any manner to Christian Dawkins.

### III. PARTIES

14.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

15.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

16.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

17.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

18.    Deny.  Defendant Christian Dawkins is not a resident of Michigan.  Neither is he a "self-proclaimed athlete advisor".  Deny the balance of the allegations leaving the Plaintiffs to their strictest proofs.

3

19.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

20.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

21.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## IV. FACTUAL BACKGROUND

A.    The NCAA's $20,000,000,000 Product

22.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

23.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

24.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

4

25.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

26.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

27.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

28.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

**B.     Amateurism is the Core of the NCAA's product**

29.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

30.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

5

31.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

32.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

33.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

34.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

35.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

36.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

37.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

6

38.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

39.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## C.    The $25 billion Sneaker Industry

### i. Origins of the Sneaker Industry

41.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

42.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

43.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

44.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

7

45.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

46.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

47.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

48.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

49.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

50.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

51.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

8

52.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

53.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

54.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

### ii. Adidas Infiltrates Amateur Athletics

55.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

56.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

57.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

9

58.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

59.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

60.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

61.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

62.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

63.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

64.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

65.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

66.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

67.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

### iii.  The Outsized Influence of Adidas-Sponsored Grassroots Basketball

68.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

69.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

70.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

11

71.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

72.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

73.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

74.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

**D.    The "University of Adidas at Louisville"**

75.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

76.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

12

77.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

78.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

79.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

80.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

81.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

82.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

83.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

13

84.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## V.    SDNY CRIMINAL INVESTIGATION

85.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

86.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

87.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

88.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

89.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

14

90.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

91.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

92.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

93.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

94.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

95.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

96.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

15

97.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

98.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

99.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

100.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

101.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

102.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## VI.  OVERVIEW OF DEFENDANTS' RACKETEERING ACTIVITY

**A.    The Adidas "Black Ops" Bribery Enterprise**

16

103.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

104.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

105.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

106.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

107.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

108.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

109.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

17

110.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

111.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

112.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

113.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

114.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

115.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

116.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

18

117.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

**B.    The Adidas Bribery Enterprise Engaged in a Pattern of Racketeering Activity**

118.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

119.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

120.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

121.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

122.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

123.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

124.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

   i.    **Racketeering Activity Involving North Carolina State University**

125.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

126.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

127.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

128.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

20

129.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

130.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

131.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

132.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

> ii.    **Racketeering Activity Involving the University of Kansas**

133.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

134.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

21

135.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

136.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

137.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

138.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

139.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

140.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

141.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

22

142.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

143.Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

144.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

145.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

146.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

### iii. Racketeering Activity Involving the University of Miami

147.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

23

### iv.  Racketeering Activity Involving the University of Louisville that Injured Plaintiff Brian Bowen

148.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

149.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

150.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

151.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

152.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

153.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

24

154.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

155.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

156.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

157.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

158.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

159.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

160.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

161.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

162.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

163.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

164.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

165.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

166.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

26

167.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

168.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

169.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

170.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

171.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

172.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

173.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

27

174.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

175.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

176.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

177.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

178.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

179.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## VII.    MONEY LAUNDERING CONSPIRACY IN FURTHERANCE OF THE ENTERPRISE'S PREDICATE ACTS

28

180.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

181.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

182.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

183.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

184.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

185.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

186.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

29

187.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

188.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

189.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

190.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

191.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

192.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

193.     Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

30

194.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

195.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

196.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

197.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

198.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

199.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

200.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

31

201.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

202.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

203.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

204.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

205.Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

206.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

207.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

32

208.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

209.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

210.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

211.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

212.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

213.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

214.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

33

215.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

216.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

217.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## COUNT I
### Violation of § 1962(c) of the Racketeer Influenced and Corrupt Organizations Act (RICO) Provisions of the Organized Crime Control Act of 1970
### Against All Defendants

218.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

219.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

220.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

34

221.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

222.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

223.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

224.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

225.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

226.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

27.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

35

## COUNT II
### Violation of § 1962(d) of the Racketeer Influenced and Corrupt Organizations Act (RICO)
### Provisions of the Organized Crime Control Act of 1970
### Against All Defendants

228.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

229.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

230.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

231.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

232.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

36

233.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

234.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

235.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

**COUNT III**
**Violation of § 1962(a) of the Racketeer Influenced and Corrupt Organizations Act (RICO)**
**Provisions of the Organized Crime Control Act of 1970**
**Against Defendant Adidas**

236.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

237.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

238.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

37

239.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

240.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

241.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

242.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

243.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

244.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## COUNT IV
### Violation of § 1962(d) of the Racketeer Influenced and Corrupt Organizations Act (RICO) Provisions of the Organized Crime Control Act of 1970 Against Defendant Adidas

38

245.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

246.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

247.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

248.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

249.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

250.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

251.    Defendant, Christian Dawkins, neither admits nor denies the allegations in this paragraph because Defendant, Christian Dawkins, lacks information and knowledge sufficient to form a belief as to the truth of the claims and leaves Plaintiff to its strictest proofs.

## RELIEF REQUESTED

**WHEREFORE**, Defendant, Christian Dawkins, respectfully prays that this Court dismiss

Plaintiff's Complaint and award attorney fees and costs so wrongly incurred.

## RELIANCE ON JURY DEMAND

**WHEREFORE**, Defendant, Christian Dawkins hereby relies on the jury demand of the Plaintiff.

> HANEY LAW GROUP, PLLC
> /s/Steven A. Haney, Sr.
> Steven A. Haney, Sr. (P63947)
> Attorney for Defendant, Dawkins
> Pro Hac Vice
> 3000 Towncenter Drive, Suite 2570
> Southfield, MI 48075
> (248) 414-1470
> steve@haneygroup.net

> FINGER, MELNICK & BROOKS, P.A.
> /s/ Terry A. Finger
> Terry A. Finger, Local Counsel
> Federal Bar Number: 00813
> 35 Hospital Center Commons, Ste. 200
> Hilton Head Island, SC 29925
> (843) 681-7000
> tfinger@fingerlaw.com

Dated: February 22nd, 2019

## PROOF OF SERVICE

I hereby certify that on February 22nd, 2019, I served Defendant, Christian Dawkin's Answer to Plaintiff's Complaint and this Certificate of Service to all counsel of record via the Court's e-filing.

> Respectfully submitted,
> /s/ Steven A. Haney
> Steven A. Haney (P63947)

40