UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

BRIAN BOWEN II,

      PLAINTIFF,

v.

ADIDAS AMERICA, INC.;
JAMES GATTO; MERL CODE;
CHRISTIAN DAWKINS; MUNISH
SOOD; THOMAS GASSNOLA; and
CHRISTOPHER RIVERS,

      DEFENDANTS.

NO. 3:18-CV-3118-JFA

**DEFENDANTS' JOINT MOTION FOR LEAVE TO SUBMIT A SUPPLEMENTAL
BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS**

Defendants hereby respectfully move the Court for leave to file a short supplemental

brief, a copy of which is attached hereto as Exhibit A, to correct an erroneous legal argument

made by Plaintiff's counsel for the first time at oral argument on June 26, 2019. The argument

was not made in Bowen's opposition to Defendants' motions to dismiss, and it contradicts clear

Supreme Court precedent on civil RICO standing. Defendants write solely to correct Bowen's

counsel's statements and clarify the applicable law for the Court's consideration.

WHEREFORE, Defendants respectfully request leave of Court to submit the attached

supplemental memorandum of law in support of Defendants' Motion to Dismiss the Complaint.

**LOCAL RULE 7.02 CERTIFICATION**

Pursuant to Local Rule 7.02, undersigned counsel states that they informed Plaintiff's

counsel of Defendants' intent to file the instant motion and that counsel indicated it opposes the

motion.

1

Dated: July 12, 2019 Respectfully submitted,

/s/   Mary Lucille Dinkins
Matthew T. Richardson (D.S.C. Id. No. 7791)
Mary Lucille ("Lucy") Dinkins
    (D.S.C. No. 11961)
WYCHE
801 Gervais Street, Suite B
Columbia, South Carolina 29201
Tel: (803) 254-6542
mrichardson@wyche.com
ldinkins@wyche.com

/s/   William H. Taft V
Andrew J. Ceresney (admitted *pro hac vice*)
William H. Taft V (admitted *pro hac vice*)
Nathan S. Richards (admitted *pro hac vice*)
Miheer Mhatre (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
aceresney@debevoise.com
whtaft@debevoise.com
nsrichards@debevoise.com
mmhatre@debevoise.com

*Counsel to Defendant adidas America Inc.*

/s/   Deborah B. Barbier
Deborah B. Barbier, LLC (#6639)
1811 Pickens Street
Columbia, South Carolina 29201
Tel: (803) 445-1032
dbb@deborahbarbier.com

*Counsel to Defendant James Gatto*

/s/   Terry A. Finger
Terry A. Finger (#2012)
FINGER, MELNICK & BROOKS, P.A.
35 Hospital Center Common, Suite 200
Post Office Box 24005
Hilton Head Island, South Carolina 29925
Tel: (843) 681-7000
tfinger@fingerlaw.com

*Counsel to Defendant Merl Code*

| | |
|---|---|
| /s/   Cory E. Manning | /s/   Robert L. Lindholm |
| Cory E. Manning (#9697) | Robert L. Lindholm (admitted pro *hac vice*) (#52800) |
| Wesley T. Moran (#12797) | |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 1320 Main Street / 17th Floor | One Wells Fargo Center, 23rd Floor |
| Post Office Box 11070 | 301 South College Street |
| Columbia, South Carolina 29201 | Charlotte, North Carolina 28202 |
| Tel: (803) 799-2000 | Tel: (704) 417-3000 |
| cory.manning@nelsonmullins.com | robert.lindholm@nelsonmullins.com |
| wes.moran@nelsonmullins.com | |

*Counsel to Defendant Christopher Rivers*

| | |
|---|---|
| /s/   Wilbur E. Johnson | /s/   Richard J. Zack |
| Wilbur E. Johnson (#2212) | Richard J. Zack (admitted *pro hac vice*) |
| YOUNG CLEMENT RIVERS, LLP | PEPPER HAMILTON LLP |
| Post Office Box 993 | 3000 Two Logan Square |
| Charleston, South Carolina 29402 | Eighteenth and Arch Streets |
| Tel: (843) 724-6659 | Philadelphia, Pennsylvania 19103 |
| wjohnson@ycrlaw.com | Tel: (215) 981-4000 |
| | zackr@pepperlaw.com |
| | weberf@pepperlaw.com |

*Counsel to Defendant Munish Sood*

\