Wire Transfer   |   Security Admin   |   Entity Profile   |   Help   |   Logoff   |   WireXchange®

Heather Arbour

**Monson Savings — Your Bank Forever**

*where families save, businesses prosper, communities benefit*

11/20/17 09:39 AM

# Outgoing Wire Detail

### General Information

Wire Sequence Number: 8143
Type of Wire: New Wire

[Create Print Receipt]

Wire Status: Complete
OFAC Status: OFAC Passed

### Audit Trail Information

Entered: 02/24/17 12:06 PM by Lindsey Ferreira
MA DL S90688392 EXP 02/02/18
BASKETBALL CAMP
Verified: 02/24/17 01:10 PM by Jamie Blaxland
Posted: 02/24/17 01:11 PM by Jamie Blaxland
Verified Extracted: 02/24/17 01:11 PM by System
Verified Extracted: 02/24/17 01:11 PM by System
Forwarded to Fed: 02/24/17 01:11 PM by System
Completed: 02/24/17 01:11 PM by System

### Basic Settlement Information

Effective Date: 02/24/17
IMAD: 20170224GMQFMP01010026
OMAD: 20170224I1B7031R01555902241411FT03
Amount: $20,000.00
Wire Fee: $25.00 - Domestic Wire Fee
Fee Account: Savings 2204024651
Sending Financial Institution: 211871219 Monson Savings Bk
Receiving Financial Institution: 121000248 WELLS FARGO NA
Business Function Code: CTR-Customer Transfer
Type Code: 1000 - Basic Funds Transfer

### Originator Information

Originating FI Name:
Originator: DANIELLE LABARRE
Originator Account: D 2204024651
Originator Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇
LUDLOW MA 01056-2820
Originator Country: United States

### Beneficiary Information

Beneficiary FI Name:

**GOVERNMENT EXHIBIT 305B**
S2 17 Cr. 686 (LAK)

|  |  |
|---:|:---|
| Beneficiary FI Account: | |
| Beneficiary FI Address: | |
| Beneficiary: | TIMICHA KIRBY |
| Beneficiary Account: | D 3713587800 |
| Beneficiary Address: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | CHARLOTTE, NC 28277 |
| Beneficiary Country: | United States |
| Reference For Beneficiary: | BASKETBALL CAMP |
| Originator To Beneficiary: | |

**Core System Information**

|  |  |
|---:|:---|
| Debit Account: | Savings 2204024651 |
| Debit Fee Account: | Savings 2204024651 |
| Credit Account: | Federal Reserve 1001026000000 |
| Reference Number: | 13:11:41.71    59580.22    0.00    59555.22 |

Reuse Wire

Create Recurring Wire Template

Add Memo

Electronic Mail:
Monson Savings Bank

