```
GFX/PAYplus Connect Message Print - Message Inquiry Display Dialog Box

User: brice        Bank: Berkshire Bank       Date: 09/11/17 14:11:01

Message Status: PNRM
Seq Num: 20171650062800        Related Seq Num: 20171650085300
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 06/14/2017 08:59:01      Value Date: 06/14/2017

Sender:  211871691,    Receiver:  026009593
Amount:  $15,000.00
Debit info --
    Account: 9000320425
    Name:      NEW ENGLAND PLAYAZ INC
    Addr1:     219 RESERVOIR ROAD
    Addr2:     LUDLOW MA 01056-1694
    Addr3:
    Addr4:

Credit info --
    ABA:       026009593
    Name:      BANK OF AMERICA, N.A., NY
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:            Dept:     DEPT1      Trancode: DOMESTIC
Category:          Linesheet:           Create Template:

Message Text:

    Sndr Info   {1500}30           P
    Msg Type    {1510}1000
    IMAD        {1520}20170614MMQFMPB8000106
    Amount      {2000}000001500000
    Sender DI   {3100}211871691
    Sndr Ref    {3320}20171650062800*
    Rcvr DI     {3400}026009593
    Bus Func    {3600}CTR
    BNF         {4200}D488054808016*
                NICHELLE PLAYER*

                EULESS, TX 76039*
    ORG         {5000}D9000320425*
                NEW ENGLAND PLAYAZ INC*
                219 RESERVOIR ROAD*
                LUDLOW MA 01056-1694*
```

GOVERNMENT EXHIBIT 306E
S2 17 Cr. 686 (LAK)

SDNY_00029087