**7/8/2017 1:38:42 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
Can we get bowen taken care of Monday & we get it back n two weeks? Book isnt until 21.

Status: Sent
Delivered: 7/8/2017 1:38:43 AM(UTC+0)

**7/8/2017 1:38:47 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
21st*

Status: Sent
Delivered: 7/8/2017 1:38:47 AM(UTC+0)

**7/8/2017 1:39:18 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**
I told Jeff we call him tomorrow together

Status: Read
Read: 7/8/2017 1:39:19 AM(UTC+0)

**7/8/2017 1:39:23 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
With FVV bring contracts & I'll handle getting him signed. He won't sign on the spot but I'll get it done . Bring Alicia as well.

Status: Sent
Delivered: 7/8/2017 1:39:23 AM(UTC+0)

**7/8/2017 1:39:47 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**
Yes - done

Status: Read
Read: 7/8/2017 1:39:55 AM(UTC+0)

**7/8/2017 1:40:07 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
8p reservation at mastros tomo

Status: Sent
Delivered: 7/8/2017 1:40:07 AM(UTC+0)

**7/8/2017 1:40:20 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**
Let's meet earlier so we can call Jeff

Status: Read
Read: 7/8/2017 1:40:20 AM(UTC+0)

**7/8/2017 1:40:37 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
He may bring brother & girlfriend.

Status: Sent
Delivered: 7/8/2017 1:40:37 AM(UTC+0)

**7/8/2017 1:40:45 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
Where r u staying? When do u get n?

Status: Sent
Delivered: 7/8/2017 1:40:46 AM(UTC+0)

GOVERNMENT EXHIBIT
102N-3
S2 17 Cr. 686 (LAK)

| | |
|---|---|
| **7/8/2017 1:40:58 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> Hard rock at 1 <br> Status: Read <br> Read: 7/8/2017 1:45:42 AM(UTC+0) | |
| **7/8/2017 1:41:16 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> We probably won't eat since we having dinner at 10 <br> Status: Read <br> Read: 7/8/2017 1:45:42 AM(UTC+0) | |
| **7/8/2017 1:45:48 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** <br> Lol. Fred will eat! <br> Status: Sent <br> Delivered: 7/8/2017 1:45:48 AM(UTC+0) | |
| **7/8/2017 1:45:52 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** <br> I'm eating! <br> Status: Sent <br> Delivered: 7/8/2017 1:45:52 AM(UTC+0) | |
| **7/8/2017 1:46:02 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> Jeff is pay <br> Status: Read <br> Read: 7/8/2017 1:46:08 AM(UTC+0) | |
| **7/8/2017 1:46:06 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> Paying <br> Status: Read <br> Read: 7/8/2017 1:46:08 AM(UTC+0) | |
| **7/8/2017 1:46:10 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** <br> Lol!! <br> Status: Sent <br> Delivered: 7/8/2017 1:46:10 AM(UTC+0) | |
| **7/8/2017 1:46:16 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** <br> Have him prepay <br> Status: Sent <br> Delivered: 7/8/2017 1:46:16 AM(UTC+0) | |
| **7/8/2017 2:35:07 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> Bryce Johnson having a great GT <br> Status: Read <br> Read: 7/8/2017 2:35:14 AM(UTC+0) | |
| **7/8/2017 2:35:12 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> Game <br> Status: Read <br> Read: 7/8/2017 2:35:14 AM(UTC+0) | |
| **7/8/2017 2:35:15 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** <br> Yes <br> Status: Sent <br> Delivered: 7/8/2017 2:35:16 AM(UTC+0) | |
| **7/8/2017 7:39:10 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> In Vegas <br> Status: Read <br> Read: 7/8/2017 11:18:13 PM(UTC+0) | |
| **7/8/2017 11:19:06 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)** <br> Let's do a call with Jeff if need be before dinner. I got situations secured. I need Bowen's dad good until adidas money comes in next week. <br> Status: Sent <br> Delivered: 7/8/2017 11:19:07 PM(UTC+0) | |
| **7/8/2017 11:25:48 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> Ok <br> Status: Read <br> Read: 7/9/2017 12:57:27 AM(UTC+0) | |
| **7/9/2017 2:43:03 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> Bring paperwork? <br> Status: Read <br> Read: 7/9/2017 3:00:44 AM(UTC+0) | |
| **7/9/2017 2:43:33 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** <br> On call. I'll b there at 8:15. Yes tell him u want him to look over <br> Status: Sent <br> Delivered: 7/9/2017 2:43:33 AM(UTC+0) | |
| **7/9/2017 2:56:12 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)** <br> We are 10 mins behind <br> Status: Read <br> Read: 7/9/2017 3:00:44 AM(UTC+0) | |
| **7/9/2017 3:00:47 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** <br> Me too <br> Status: Sent <br> Delivered: 7/9/2017 3:00:47 AM(UTC+0) | |

| | |
|---|---|
| **7/9/2017 1:49:19 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>What's your plan for today?<br>**Status:** Read<br>**Read:** 7/9/2017 4:13:29 PM(UTC+0) | |
| **7/9/2017 3:50:35 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>Connect me with Fred pls via text<br>**Status:** Read<br>**Read:** 7/9/2017 4:13:29 PM(UTC+0) | |
| **7/9/2017 4:13:40 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**<br>I have like 6 meetings. U?<br>**Status:** Sent<br>**Delivered:** 7/9/2017 4:17:10 PM(UTC+0) | |
| **7/9/2017 4:17:23 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>I have pool party<br>**Status:** Read<br>**Read:** 7/9/2017 4:18:52 PM(UTC+0) | |
| **7/9/2017 4:18:39 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>Dinner with Malik - you coming?<br>**Status:** Read<br>**Read:** 7/9/2017 4:18:52 PM(UTC+0) | |
| **7/9/2017 4:18:57 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**<br>Yes. Wat time<br>**Status:** Sent<br>**Delivered:** 7/9/2017 4:18:57 PM(UTC+0) | |
| **7/9/2017 4:19:12 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>Should we try and coordinate with Raymond ? Think it's worth meeting together<br>**Status:** Read<br>**Read:** 7/9/2017 4:21:52 PM(UTC+0) | |
| **7/9/2017 4:19:17 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>8<br>**Status:** Read<br>**Read:** 7/9/2017 4:21:52 PM(UTC+0) | |
| **7/9/2017 4:20:17 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>Do we need to call Jeff- 3 way conf<br>**Status:** Read<br>**Read:** 7/9/2017 4:21:52 PM(UTC+0) | |
| **7/9/2017 4:22:06 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**<br>Yes. I need money out tomo. I'll get him back.<br>**Status:** Sent<br>**Delivered:** 7/9/2017 4:22:07 PM(UTC+0) | |
| **7/9/2017 4:22:35 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>Call me in 15<br>**Status:** Read<br>**Read:** 7/9/2017 4:22:41 PM(UTC+0) | |
| **7/9/2017 4:22:46 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>And I'll call him<br>**Status:** Read<br>**Read:** 7/9/2017 4:22:48 PM(UTC+0) | |
| **7/9/2017 4:22:50 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**<br>Will hit u after mtg<br>**Status:** Sent<br>**Delivered:** 7/9/2017 4:22:51 PM(UTC+0) | |
| **7/9/2017 4:23:26 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>Ok<br>**Status:** Read<br>**Read:** 7/9/2017 8:48:12 PM(UTC+0) | |
| **7/9/2017 8:48:16 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**<br>Anything?<br>**Status:** Sent<br>**Delivered:** 7/9/2017 8:48:16 PM(UTC+0) | |
| **7/9/2017 8:57:08 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>For?<br>**Status:** Read<br>**Read:** 7/9/2017 9:04:34 PM(UTC+0) | |
| **7/9/2017 9:04:38 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**<br>Tomo?<br>**Status:** Sent<br>**Delivered:** 7/9/2017 9:04:39 PM(UTC+0) | |
| **7/9/2017 9:09:35 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood)**<br>I'll call Jeff<br>**Status:** Read<br>**Read:** 7/9/2017 9:11:31 PM(UTC+0) | |

| | |
|---|---|
| **7/9/2017 10:56:31 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)** | |
| I need that tomo! Need 30 or he can send directly to their acct. I have to get this done. U can confirm with merl too that adidas is sending 25. | |
| Status: Sent<br>Delivered: 7/9/2017 10:56:40 PM(UTC+0) | |
| **7/9/2017 10:57:11 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Working on it | |
| Status: Read<br>Read: 7/10/2017 12:59:49 AM(UTC+0) | |
| **7/10/2017 12:40:45 AM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Call me | |
| Status: Read<br>Read: 7/10/2017 12:59:49 AM(UTC+0) | |
| **7/10/2017 1:00:07 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** | |
| Time n place for malik tomo | |
| Status: Sent<br>Delivered: 7/10/2017 1:00:07 AM(UTC+0) | |
| **7/10/2017 1:00:10 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** | |
| Tonight | |
| Status: Sent<br>Delivered: 7/10/2017 1:00:10 AM(UTC+0) | |
| **7/10/2017 1:00:45 AM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| 7;30 at Zuma in Cosmopolitan | |
| Status: Read<br>Read: 7/10/2017 1:01:39 AM(UTC+0) | |
| **7/10/2017 1:01:45 AM(UTC+0)Direction:Outgoing, +19894934317 (CV)** | |
| Ok. | |
| Status: Sent<br>Delivered: 7/10/2017 1:01:45 AM(UTC+0) | |
| **7/10/2017 4:32:17 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)** | |
| Update? Phones r ringing | |
| Status: Sent<br>Delivered: 7/10/2017 4:32:18 PM(UTC+0) | |
| **7/10/2017 4:33:16 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Waiting | |
| Status: Read<br>Read: 7/10/2017 5:58:13 PM(UTC+0) | |
| **7/10/2017 4:55:36 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Good call merl and Jeff | |
| Status: Read<br>Read: 7/10/2017 5:58:13 PM(UTC+0) | |
| **7/10/2017 4:55:39 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Stay tuned | |
| Status: Read<br>Read: 7/10/2017 5:58:13 PM(UTC+0) | |
| **7/10/2017 7:14:09 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Taking off in15 mins,Jeff trying to arrange 25k | |
| Status: Read<br>Read: 7/10/2017 9:38:04 PM(UTC+0) | |
| **7/10/2017 7:14:28 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Txt him directly | |
| Status: Read<br>Read: 7/10/2017 9:38:04 PM(UTC+0) | |
| **7/10/2017 7:47:11 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)** | |
| In mtg. | |
| Status: Sent<br>Delivered: 7/10/2017 7:47:18 PM(UTC+0) | |
| **7/10/2017 7:47:21 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Urgent call me | |
| Status: Read<br>Read: 7/10/2017 9:38:04 PM(UTC+0) | |
| **7/10/2017 7:50:08 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)** | |
| Taking off in 15 | |
| Status: Read<br>Read: 7/10/2017 9:38:04 PM(UTC+0) | |
| **7/10/2017 9:38:14 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)** | |
| My bad. Was trying to close troy brown. | |
| Status: Sent<br>Delivered: 7/10/2017 10:22:01 PM(UTC+0) | |
| **7/10/2017 9:38:20 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)** | |
| U obviously in air. | |
| Status: Sent<br>Delivered: 7/10/2017 10:22:01 PM(UTC+0) | |

| | |
|---|---|
| 7/10/2017 10:23:17 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) Jeff bringing 25k tomorrow to deposit | |
| Status: Read Read: 7/11/2017 2:28:47 AM(UTC+0) | |
| 7/10/2017 10:23:26 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) I finally got wifi | |
| Status: Read Read: 7/11/2017 2:28:47 AM(UTC+0) | |
| 7/11/2017 2:58:45 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) Call me | |
| Status: Read Read: 7/11/2017 3:12:11 PM(UTC+0) | |
| 7/11/2017 5:10:09 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) Ready | |
| Status: Read Read: 7/11/2017 5:12:33 PM(UTC+0) | |
| 7/11/2017 5:10:12 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) ?? | |
| Status: Read Read: 7/11/2017 5:12:33 PM(UTC+0) | |
| 7/11/2017 5:12:40 PM(UTC+0)Direction:Outgoing, +19894934317 (CV) Give me ten mins | |
| Status: Sent Delivered: 7/11/2017 5:12:44 PM(UTC+0) | |
| 7/12/2017 3:31:40 AM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) We confirmed for 5 at the Grand Hyatt tomorrow 109 East 42nd Street, Park Avenue at Grand Central Terminal, Midtown East, New York City, NY | |
| Status: Read Read: 7/12/2017 3:32:35 AM(UTC+0) | |
| 7/12/2017 3:32:48 AM(UTC+0)Direction:Outgoing, +19894934317 (CV) Ok cool. Give him 19400. Put the rest n my acct. | |
| Status: Sent Delivered: 7/12/2017 3:32:49 AM(UTC+0) | |
| 7/12/2017 3:20:50 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) We confirmed | |
| Status: Read Read: 7/12/2017 3:54:25 PM(UTC+0) | |
| 7/12/2017 3:20:53 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) For 5 | |
| Status: Read Read: 7/12/2017 3:54:25 PM(UTC+0) | |
| 7/12/2017 3:54:13 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) We will deposit 3k | |
| Status: Read Read: 7/12/2017 3:54:25 PM(UTC+0) | |
| 7/12/2017 3:54:53 PM(UTC+0)Direction:Outgoing, +19894934317 (CV) Ok. Yes confirmed. | |
| Status: Sent Delivered: 7/12/2017 3:54:54 PM(UTC+0) | |
| 7/12/2017 3:55:38 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) 19400 to dad, 2600 to cover flights and 3k into acct | |
| Status: Read Read: 7/12/2017 3:56:38 PM(UTC+0) | |
| 7/12/2017 3:55:48 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) What's his dad look like | |
| Status: Read Read: 7/12/2017 3:56:38 PM(UTC+0) | |
| 7/12/2017 3:56:53 PM(UTC+0)Direction:Outgoing, +19894934317 (CV) Big black dude. Lol. He will find u. I told him ur the Indian guy. | |
| Status: Sent Delivered: 7/12/2017 3:56:55 PM(UTC+0) | |
| 7/12/2017 3:57:00 PM(UTC+0)Direction:Outgoing, +19894934317 (CV) I'm going to give u each other's number | |
| Status: Sent Delivered: 7/12/2017 3:57:00 PM(UTC+0) | |
| 7/12/2017 3:57:12 PM(UTC+0)Direction:Incoming, +16099337246 (Munish Sood) That helps | |
| Status: Read Read: 7/12/2017 5:27:04 PM(UTC+0) | |

**7/12/2017 4:28:44 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)**
You have any Tennis contacts?

Status: Read
Read: 7/12/2017 5:27:04 PM(UTC+0)

**7/12/2017 4:28:52 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)**
Need tickets for client

Status: Read
Read: 7/12/2017 5:27:04 PM(UTC+0)

**7/12/2017 5:27:07 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
Lol no

Status: Sent
Delivered: 7/12/2017 5:27:08 PM(UTC+0)

**7/12/2017 5:27:11 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
I'm black

Status: Sent
Delivered: 7/12/2017 5:27:11 PM(UTC+0)

**7/12/2017 5:29:26 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)**
True

Status: Read
Read: 7/12/2017 6:30:22 PM(UTC+0)

**7/12/2017 6:35:35 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
He's delayed. In chicago

Status: Sent
Delivered: 7/12/2017 6:35:36 PM(UTC+0)

**7/12/2017 6:41:46 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)**
Wtf

Status: Read
Read: 7/12/2017 6:47:21 PM(UTC+0)

**7/12/2017 6:41:54 PM(UTC+0)Direction:Incoming, +16099337246 (Munish  Sood)**
How much?

Status: Read
Read: 7/12/2017 6:47:21 PM(UTC+0)

**7/12/2017 6:47:26 PM(UTC+0)Direction:Outgoing, +19894934317 (CV)**
Finding out. Now

Status: Sent
Delivered: 7/12/2017 6:47:26 PM(UTC+0)

47