**Messages with Chris, Munish (+16099337246, +19894934317)**

Received from **Chris** on Jul 12, 2017 3:12:24 PM
Brian I included Munish on this txt. Munish I included Brian. U two connect directly - tomo is all set

Sent on Jul 12, 2017 3:13:08 PM
Ok got it

Received from **Munish** on Jul 12, 2017 3:45:37 PM
See you tomorrow Brian at 11:15- terminal C

Received from **Munish** on Jul 12, 2017 3:45:50 PM
We can touch base on am

Sent on Jul 12, 2017 11:42:02 PM
Finally made it in see you in the am

Received from **Munish** on Jul 13, 2017 7:05:03 AM
Wow - long day

Let's plan on meeting 11:15-11:30- can we please meet at Terminal C arrivals outside I will double park. We can meet outside the door closest to Starbucks

Sent on Jul 13, 2017 7:55:45 AM
Yes it was but yes see you at terminal c

Sent on Jul 13, 2017 11:15:32 AM
Grabbing my rental and heading over they're slow

Received from **Munish** on Jul 13, 2017 11:30:24 AM
200 Park Ave, Florham Park NJ

Sent on Jul 13, 2017 11:33:07 AM
Ok got it leaving in 5 minutes

Received from **Munish** on Jul 13, 2017 12:41:06 PM
How are you looking?

Received from **Munish** on Jul 13, 2017 1:21:57 PM
Just waiting for sandwich and be there in 5

Failed to send on Jul 13, 2017 1:24:44 PM
Ok sounds good

Received from **Munish** on Jul 13, 2017 7:57:42 PM
Nice to meet you, hope you are on your way home

Received from **Munish** on Jul 13, 2017 7:57:53 PM
Look forward to working together

Sent on Jul 15, 2017 1:29:14 PM
It was great meeting you also. Believe it or not I just landed back home at 1:30 this morning. Had delays and cancellations again. I'm so glad to be back home but ttys. Look forward to future endeavors.

Received from **Munish** on Jul 15, 2017 2:01:04 PM
Wow - speak soon

GOVERNMENT EXHIBIT 106F
S2 17 Cr. 686 (LAK)

SDNY_00027845