1

```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
 2


 3
      ---------------------------x
 4                                :
      UNITED STATES OF AMERICA    :
 5                                :
      v.                          :      S2 17 Cr. 686 (LAK)
 6                                :
      James Gatto,               :
 7    Merl Code, and              :
      Christian Dawkins,          :
 8                                :
              Defendants.         :
 9                                :
      ---------------------------X
10

11

12

13

14
                      Recorded Conversation
15                       989-493-4317

16

17                   Date: July 13, 2017
                     Time: 11:14:57 A.M.
18                   Session Number: 4914
                     Participants: Christian Dawkins
19                                 Munish Sood

20

21
                     (U/I) - UNINTELLIGIBLE
22                   (PH)  - PHONETIC SPELLING

23

24

25
```

**GOVERNMENT EXHIBIT 63T**
S2 17 Cr. 686 (LAK)

```
 1   SOOD:          Hey D.

 2   DAWKINS:       What up brother.

 3   SOOD:          Can you talk, or are you in the middle of

 4                  something, are you traveling?

 5   DAWKINS:       I'm on the plane right now, (U/I) take off.

 6   SOOD:          Alright call me when you get somewhere, I

 7                  just need 45 seconds of your time.

 8   DAWKINS:       I'm good now, I'm (U/I) what's going on?

 9   SOOD:          Alright so listen ya know this shit makes me

10                  very nervous when I got to go run around

11                  drop cash off to people I don't know. I know

12                  you know him, (U/I) especially a lot of

13                  money, so we can't do this shit again my

14                  man.

15   DAWKINS:       Yeah nah I think that umm, I think that, I

16                  think that everybody's being a little more

17                  nervous they need to be, I mean listen-

18   SOOD:          Ok.

19   DAWKINS:       I think that, I know that (U/I) ya know

20                  y'all haven't really done this before, but

21                  this is, this is not a big deal, like this

22                  guy is as trustworthy as a parent that we've

23                  ever (U/I)

24   SOOD:          Yeah he's your family.

25   DAWKINS:       Yeah.
```

| | | |
|---|---|---|
| 1 | SOOD: | No I get it, I just don't want this to be a |
| 2 | | habit, and ya know this last minute shit is |
| 3 | | scary. |
| 4 | DAWKINS: | (U/I) I understand. |
| 5 | SOOD: | If we're going to make 5 million dollars |
| 6 | | three years from now we gotta be ya know we |
| 7 | | gotta be we gotta be as kosher as possible. |
| 8 | DAWKINS: | Yeah I understand. |
| 9 | SOOD: | As my Jewish, my Jewish friends, my diamonds |
| 10 | | friends tell me. |
| 11 | DAWKINS: | I understand |
| 12 | SOOD: | So I'll, other than that just keep that in |
| 13 | | mind. I mean, I know you know this, let's |
| 14 | | try to avoid this shit in the future. |
| 15 | DAWKINS: | For sure I mean obviously I don't want to do |
| 16 | | this kind of shit, but it was more of a time |
| 17 | | sensitive situation. |
| 18 | | SOOD: Last minute.  Yeah yeah one time I get |
| 19 | | it, I mean otherwise Alicia won't fucking, |
| 20 | | otherwise Alicia fucking go to Steve Pina |
| 21 | | and I won't, she won't come visit me in |
| 22 | | jail. |
| 23 | DAWKINS: | [Laughter], Pina said that Pina said that |
| 24 | | she likes him so (U/I) |



5



16

17

18

19

20

21

22

23

24

25