```
Amount:        $8,000.00           Sequence Number: 3052712711
Account:       857097068           Capture Date:    08/03/2017
Bank Number:   21187169            Check Number:    102318
```



**Princeton Advisory Group, Inc**
700 Alexander Park · Ste 103
Princeton, NJ 08540
609-514-9200

BERKSHIRE BANK
America's Most Exciting Bank
53-7169/2118

Check No. 102318
Date: 8/3/2017

PAY TO THE ORDER OF: Loyd, Inc         $ **8,000.00

Eight Thousand and 00/100························································ DOLLARS

Loyd, Inc
755 N. Ave NE
Apt 1520
Atlanta, GA 30306

MEMO

Princeton Advisory Group, Inc
Kathy A. Collins
AUTHORIZED SIGNATURE

⑈102318⑈ ⑆211871691⑆ 857097068⑈

Seq: 253
Batch: 607759
Date: 08/03/17

Seq:00253 08/03/17
BAT:607759 CC:0350090204
WT:01 LTPS:Jacksonville
BC:Windsor Plaza BC NJ7-233

Loyd, Inc.
ENDORSE HERE
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/03/2017 | 3052712711 | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

SDNY_00022681