# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| BRIAN BOWEN II, | Civil Action No. 3:18-cv-3118-JFA |
| Plaintiff, | |
| v. | **DEFENDANT MUNISH SOOD'S MOTION TO DISMISS ADIDAS AMERICA, INC.'S CROSSCLAIMS** |
| ADIDAS AMERICA, INC., JAMES GATTO, MERL CODE, CHRISTIAN DAWKINS, MUNISH SOOD, THOMAS GASSNOLA, and CHRISTOPHER RIVERS, | |
| Defendants. | |

Defendant, Munish Sood, by and through his undersigned counsel, hereby moves, pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, for an Order dismissing with prejudice the claims against Mr. Sood that are alleged in Adidas America, Inc.'s Cross Claims because the Cross Claims fail to state a claim for which relief may be granted as to Mr. Sood. The motion is based upon, and shall be supported by, the reasoning and citation of law set forth in the Memorandum of Law accompanying the motion.

Respectfully submitted,

YOUNG CLEMENT RIVERS, LLP

By: *s/ Wilbur E. Johnson*
Wilbur E. Johnson, Federal ID No. 2212
P.O. Box 993, Charleston, SC 29402-0993
25 Calhoun Street, Suite 400, Charleston, SC 29401
(843) 724-6659
wjohnson@ycrlaw.com

- and-

2

        Richard J. Zack (admitted *Pro Hac Vice)*
        Thomas H. Cordova (P*ro Hac Vice* forthcoming)
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, PA 19103-2799
        (215) 981-4000
        zackr@pepperlaw.com
        cordovat@pepperlaw.com

        *Attorneys for the Defendant Munish Sood*

Dated: May 28, 2020

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 28, 2020, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which sends notice of filing to all counsel of record.

<u>*s/ Wilbur E. Johnson*</u>
Wilbur E. Johnson (Fed ID 2212)
