# EXHIBIT 1

## Grand Jury Subpoena
## 9-26-17

*(Motion to File Under Seal Pending)*