# Colin Ram

| | |
|---|---|
| **From:** | Colin Ram |
| **Sent:** | Thursday, November 12, 2020 11:17 AM |
| **To:** | Forbes, Matthew |
| **Cc:** | Taft, William; 'Matthew T. Richardson'; 'Lucy Dinkins' |
| **Subject:** | RE: Motions to Compel |

Confirmed. Let's plan to speak before the 24th regarding any outstanding discovery.

Colin

---

**From:** Forbes, Matthew <mforbes@debevoise.com>
**Sent:** Thursday, November 12, 2020 10:54 AM
**To:** Colin Ram <colin@mcleod-lawgroup.com>
**Cc:** Taft, William <whtaft@debevoise.com>; 'Matthew T. Richardson' <MRichardson@wyche.com>; 'Lucy Dinkins' <ldinkins@wyche.com>
**Subject:** Motions to Compel

Colin,

Per our discussion on the phone a moment ago, I write to memorialize our agreement to extend the time for adidas and Bowen Jr. to file motions to compel until November 24. Please confirm that this is your understanding as well.

Thank you,

-Matt

# Debevoise & Plimpton

**Matthew D. Forbes**
Associate

mforbes@debevoise.com
+1 212 909 6886 (Tel)

919 Third Avenue
New York, NY 10022
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.