UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BRIAN BOWEN, II,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES GATTO, MERL CODE, CHRISTIAN DAWKINS, MUNISH SOOD, THOMAS GASSNOLA, and CHRISTOPHER RIVERS,<br><br>        Defendants,<br><br>and ADIDAS AMERICA, INC.,<br><br>        Defendant-Cross Claimant,<br><br>  v.<br><br>MUNISH SOOD and<br>THOMAS GASSNOLA,<br><br>        Defendants-Cross Defendants,<br><br>and BRIAN BOWEN, SR.,<br><br>        Cross Defendant. | NO. 3:18-CV-3118-JFA |

**DECLARATION OF MATTHEW D. FORBES**

      I, Matthew D. Forbes, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare as follows:

      1.    I am an associate of the law firm of Debevoise & Plimpton LLP, counsel for Defendant adidas America, Inc. in this action. I submit this declaration on personal knowledge and in support of adidas's memorandum in opposition to Plaintiff Bowen Jr.'s motion to compel. I am over the age of 18 and competent to testify.

2. In response to Bowen Jr.'s request for documents concerning correspondence between adidas and the NCAA related to the "college basketball bribery scheme," adidas searched its records for responsive communications with NCAA employees, and produced all of those documents.

3. After Bowen Jr. filed his motion to compel, adidas performed an additional search and confirmed that no additional responsive communications with NCAA employees could be located. Although not specifically sought by Bowen Jr.'s document requests, adidas's subsequent search also extended to individuals not employed by the NCAA but who were involved in NCAA-related initiatives and located three additional emails. I sent these three emails and two attachments to counsel for Bowen Jr. today, December 8, 2020.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York, on this eighth day of December, 2020.

/s/ Matthew Forbes

Matthew D. Forbes