# Exhibit C

| | |
|---|---|
| **From:** | Shannon York <syork@stanford.edu> |
| **Sent:** | Friday, May 04, 2018 2:15 PM |
| **To:** | Ehrlich, Paul |
| **Cc:** | Wiesner, Drew; Loving, Paul |
| **Subject:** | Re: Letter to adidas Board re NCAA Commission recommendations |
| **Attachments:** | CommissionOnCollegeBball_adidasLetter[1].pdf |

Hi Paul,

Attached please find the soft copy of the letter that's been sent. Additionally, Jules in our office will be reaching out to schedule a brief call with Condi. She'd like to thank you for the help and cooperation throughout the process as well as touch base on the recommendations. Please let me know if you need anything else right now.

Thank you!
Shannon

Shannon York
Chief of Staff, Office of Condoleezza Rice
Hoover Institution, Stanford University
Phone: 650.723.6867
Fax: 650.721.3390

---

**From:** Ehrlich, Paul <Paul.Ehrlich@adidas.com>
**Sent:** Thursday, May 3, 2018 3:27:49 PM
**To:** Shannon York
**Cc:** Wiesner, Drew; Loving, Paul
**Subject:** Re: Letter to adidas Board re NCAA Commission recommendations

Sounds good - thanks Shannon

Paul

On May 3, 2018, at 2:47 PM, Shannon York <syork@stanford.edu> wrote:

> Hi Paul!
>
> Sorry for delay——I'm on the road with Condi while she's on book tour for her latest book. I'll send you the soft copy as soon as I get back to my computer if Ok. Will be later tonight.
>
> Also, she'd love to set up a call with you once we're back in office again next week. I'll have her assistant reach out to schedule if that works?
>
> Thank you!
> Shannon
>
> Shannon M. York
> Chief of Staff, Office of Condoleezza Rice
> Hoover Institution, Stanford University
>
> Sent from my iPhone

1

adidas000000513

On May 3, 2018, at 11:32 AM, Ehrlich, Paul <Paul.Ehrlich@adidas.com> wrote:

> Hi Shannon
>
> Can you send me a copy of the letter Condi referenced would be sent to the brands.
>
> I'm not sure who or where it was sent but I haven't seen it yet.
>
> Thanks and regards,
>
> Paul
>
> This e-mail or any attachments may contain confidential or privileged information. Unless you are the intended recipient, you may not disclose, copy or use any information herein. If you have received this e-mail in error, please notify the sender immediately by reply and delete the e-mail from your system.

This e-mail or any attachments may contain confidential or privileged information. Unless you are the intended recipient, you may not disclose, copy or use any information herein. If you have received this e-mail in error, please notify the sender immediately by reply and delete the e-mail from your system.

adidas000000514