# Exhibit D



**COMMISSION ON COLLEGE BASKETBALL**

**Dr. Condoleezza Rice, Chair**
*Former Provost*
Stanford University
66th U.S. Secretary of State

**Mary Sue Coleman**
*President*
Association of American
Universities

**Gen. Martin E. Dempsey,**
**U.S. Army, Retired**
*Chairman*
USA Basketball

**Mark Emmert (ex officio)**
*President*
National Collegiate Athletic
Association

**Jeremy Foley**
*Athletics Director Emeritus*
University of Florida Athletic
Association

**Jeffrey A. Hathaway**
*Vice President/*
*Director of Athletics*
Hofstra University

**Grant Hill**
*Owner/Vice Chairman*
Atlanta Hawks

**Rev. John I. Jenkins, C.S.C.**
*President*
University of Notre Dame

**Mike Montgomery**
*Retired Basketball Coach*
*Analyst*, Pac-12 Networks
and Westwood One Sports

**G.P. "Bud" Peterson**
**(ex officio)**
*President*, Georgia Institute
of Technology
*Chair*, NCAA Board of Governors

**David Robinson**
*Founder*
Admiral Capital Group

**Kathryn Ruemmler**
*Former White House Counsel*
*Partner*, Latham & Watkins LLP

**Gene Smith**
*Sr. Vice President and Wolfe*
*Foundation Endowed*
*Athletics Director*
The Ohio State University

**John Thompson III**
*Board of Directors*
National Association
of Basketball Coaches

April 27, 2018

adidas AG
Adi-Dassler-Strasse 1
91074 Herzogenaurach
Germany

Dear Board of Directors:

On October 11, 2017 the NCAA Board of Governors, Division I Board of Directors, and NCAA President appointed an independent commission to address the issues facing collegiate basketball. The Commission's formal charge focused on three areas:

- The relationship between the NCAA national office, its members, their student-athletes and coaches and third parties, including apparel companies, non-scholastic basketball and athlete agents and advisors.

- The relationship between the NCAA and the NBA, including the challenging effect of the NBA's current age eligibility rule, which created the one-and-done phenomena in men's college basketball.

- The creation of the right relationship between the NCAA's member institutions and its national office to promote transparency and accountability.

As part of our deliberations we sought the views of numerous stakeholders, including representatives from three major apparel companies. We would like to thank you for your management's cooperation throughout this process. On April 25, 2018, we presented our formal findings to the NCAA and to the public. The report is available at www.basketballcommission.org.

We were concerned to learn that some of the apparel companies may not have effective controls in place for their spending in non-scholastic basketball. At our February meeting, we were very grateful for the input of Kris Aman and Paul Loving and the spirit of cooperation that it demonstrated. Everyone acknowledged that we all have responsibilities in order to clean up college basketball, particularly summer basketball.

It is in that spirit that we respectfully request that you as a board conduct due diligence to ensure you have effective controls over your flow of resources in this area, and to significantly increase transparency and accountability efforts for all employees, as well as those who act on behalf of the company in non-scholastic basketball.

The problems facing men's basketball can't and won't be solved overnight. But future generations of student-athletes are counting on us all to do our part and collectively reverse the destructive trend seen in collegiate basketball.

We hope you will report back to the Commission on your efforts. I am available to discuss our recommendations in greater detail with you, and I encourage you to contact me at any time.

Sincerely,

*[signature: Condoleezza Rice]*

Condoleezza Rice
Chair, Commission on College Basketball

adidas000000515