<u>INDEX OF EXHIBITS</u>

Ex. A -  *United States v. James Gatto, Merl Code and Christian Dawkins*
    Case No. 1:17-cr-00686-LAK;
    *United States v. Lamont Evans, et al*,
    Case No. 1:17-cr-00684-ER.

Ex. B   December 16th, 2020 Correspondence with the Southern
    District of New York.