UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BRIAN BOWEN, II, <br><br> Plaintiff, <br><br> v. <br><br> JAMES GATTO, MERL CODE, CHRISTIAN DAWKINS, MUNISH SOOD, THOMAS GASSNOLA, and CHRISTOPHER RIVERS, <br><br> Defendants, <br><br> and ADIDAS AMERICA, INC., <br><br> Defendant-Crossclaimant, <br><br> v. <br><br> MUNISH SOOD and THOMAS GASSNOLA, <br><br> Defendants-Crossdefendants, <br><br> and BRIAN BOWEN, SR., <br><br> Crossdefendant. | C.A. No. 3:18-cv-3118-JFA <br><br> **BRIAN BOWEN SR.'S CONSENT TO EXTEND SCHEDULING ORDER DEADLINES** |

_____ I, the undersigned litigant, a party to the above captioned action, hereby give my consent to my attorney's request that the deadlines in the formal Scheduling Order be extended. I understand that the revision of the formal Scheduling Order will require a delay in the trial of my case.

Respectfully submitted,

Individual Litigant.

_____
Signature

_____
Print Name

Respectfully submitted,

/s/ Robert F. Goings
Robert F. Goings (Fed. I.D. # 9838)
Jessica L. Gooding (Fed. I.D. # 11754)
Christopher M. Paschal (Fed. I.D. #13384)
Goings Law Firm, LLC
1510 Calhoun Street
Post Office Box 436 (29202)
Columbia, South Carolina 29201
Phone:  (803) 350-9230

1