# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

| | |
|---|---|
| BRIAN BOWEN II, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 3:18-3118-JFA |
| | ) |
| v. | ) |
| | ) |
| JAMES GATTO; MERL CODE; CHRISTIAN DAWKINS; MUNISH SOOD; THOMAS GASSNOLA; and CHRISTOPHER RIVERS, | ) **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26(a)(2)** |
| Defendants, | ) |
| | ) |
| ADIDAS AMERICA, INC.; | ) |
| Defendant-Cross Claimant, | ) |
| v. | ) |
| MUNISH SOOD and THOMAS GASSNOLA | ) |
| Defendant-Cross Defendants, | ) |
| and BRIAN BOWEN, SR., | ) |
| Cross Defendant. | ) |

Pursuant to Rule 26(a)(2)(B), Federal Rules of Civil Procedure, Plaintiffs certify that written reports prepared and signed by the experts listed below have been disclosed to all other Parties and that the reports comply with the requirements of Rule 26(a)(2)(B). Plaintiffs reserve the right to supplement the reports as required by Rule 26(e), if necessary, as discovery progresses in this matter.

Michael Bratz
7503 Tillman Hill Rd
Colleyville, TX 76034

Michael Bratz is a former professional basketball player and executive whose work history includes thirty-six (36) years of NBA experience. Mr. Bratz played for Stanford University where he was all-conference in 1977. He was drafted into the NBA by the Phoenix Suns in 1977. He played in the NBA for 9 seasons. Following the end of his NBA playing career in 1986, Mr. Bratz worked in the NBA for almost three decades. He worked in all areas of NBA scouting, development, and coaching. He served as an Assistant Coach for the Washington Wizards and Sacramento Kings. He served as the Director of Scouting for two different NBA teams, the Denver Nuggets and the Sacramento Kings. He also served as the Assistant General Manager for the Sacramento Kings.

He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae. He does not have any prior testimony or publications to disclose.

Todd A. McFall, Ph.D.
Department of Economics
Wake Forest University
Campus Box 7505
Winston-Salem, NC 27109

Todd A. McFall, Ph.D. is a professor in the Department of Economics at Wake Forest University, North Carolina. Dr. McFall holds a bachelor's degree from Miami University and a

Ph.D. in economics from North Carolina State University. He is a teaching professor at Wake Forest University where he teaches several courses to include a course on economics in sport.  He has also authored several publications that include a book on the economics of NCAA basketball.

He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae. He does not have any prior testimony to disclose.

> Stefan D. Cassella
> Asset Forfeiture Law, LLC
> 10609 Rachel Yates Ct
> Laurel, MD 20723

Stefan D. Casella graduated from Georgetown Law School in 1978.  From 1985 to 2015, Mr. Cassella worked in various roles for the United States Department of Justice as a federal prosecutor.  In that time, he specialized in asset forfeiture and money laundering issues, was the Deputy Chief of the Asset Forfeiture and Money Laundering Section in the Criminal Division, and was later the Chief of that Section in the Office of the U.S. Attorney for the District of Maryland. Since 2015, he was worked as a consultant to state, federal and foreign law enforcement agencies where he provides training and legal advice on asset recovery and anti-money laundering matters. He has also written numerous treatises, books, and articles on the issue of money-laundering as set forth in his curriculum vitae.

He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in

Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae.

Plaintiff reserves the right to designate a responsive expert to any expert Defendants designate after this date. Plaintiff also reserves the right to call any expert witness who may be required to substitute for another expert listed herein in the event that the listed expert becomes unavailable to testify at trial due to circumstances beyond Plaintiff's control.  Plaintiff further reserves the right to supplement this list prior to the trial of this case.

Plaintiff certifies through his counsel that pursuant to Fed. R. Civ. P. 26(a)(2)(B) he will serve on all counsel those materials required as part of his expert disclosures.

Dated: February 22, 2022                    Respectfully submitted,

**MCLEOD LAW GROUP, LLC**

 /s/ Colin V. Ram
Colin V. Ram (Fed ID No.: 12958)
W. Mullins McLeod, Jr.  (Fed ID No.: 7142)
H. Cooper Wilson, III (Fed ID No.: 10107)
P.O. Box 21624
Charleston, South Carolina 29413
Tel: (843) 277-6655
Fax: (843) 277-6660

*Attorneys for Plaintiff Brian Bowen II*