# EXHIBIT 2

Bowen Jr. Dep. Tr.

Brian Lamar Bowen , II

January 7, 2021

Bowen v. Adidas

Page 1

1               UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
2                  COLUMBIA DIVISION
                C.A. No. 3:18-CV-3118-JFA
3

     BRIAN BOWEN, II,
4          Plaintiff,
5     V.
6     JAMES GATTO, MERL CODE,
      CHRISTIAN DAWKINS, MUNISH
7     SOOD, THOMAS GASSNOLA, and
      CHRISTOPHER RIVERS,
8          Defendants,
9     and
10    ADIDAS AMERICA, INC.,
           Defendant/Cross-Claimant,
11
      V.
12
      MUNISH SOOD and
13    THOMAS GASSNOLA,
           Defendants/Cross-Defendants,
14
      and
15
      BRIAN BOWEN, SR.,
16         Cross-Defendant.
17    VIDEOTAPED VIDEOTELECONFERENCE
      DEPOSITION OF:   BRIAN LAMAR BOWEN, II
18
      DATE:            January 7, 2021
19
      TIME:            12:12 p.m.
20
      LOCATION:        333 Delaware Street
21                     Indianapolis
22    TAKEN BY:        Counsel for the Defendant
                       ADIDAS AMERICA, INC.
23
      REPORTED BY:     Susan M. Valsecchi, Registered
24                     Professional Reporter, CRR
      _____
25

Page 2

```
 1      APPEARANCES OF COUNSEL VIA VTC:
 2          ATTORNEYS FOR PLAINTIFF
                 BRIAN BOWEN, II:
 3
                 MCLEOD LAW GROUP LLC
 4               BY:  COLIN RAM
                     W. MULLINS MCLEOD
 5               (Appearing by VTC)
                 3 Morris Street, Suite A
 6               Charleston, SC  29403
                 (843) 277-6655
 7               mullins@mcleod-lawgroup.com
                 colin@mcleod-lawgroup.com
 8
 9          ATTORNEYS FOR DEFENDANT
                 ADIDAS AMERICA, INC.:
10
                 DEBEVOISE & PLIMPTON LLP
11               BY:  ANDREW CERESNEY
                     MATTHEW D. FORBES
12                   CATHERINE HART
                     WILLIAM H. TAFT, V
13               (Appearing by VTC)
                 919 3rd Avenue
14               New York NY 10022-3916
                 (212) 909-6886
15               aceresney@dbevoise.com
                 mforbes@debevoise.com
16               chart@debevoise.com
                 whtaft@debevoise.com
17
18          ATTORNEYS FOR THE DEFENDANT
                 CHRISTOPHER RIVERS:
19
                 NELSON MULLINS RILEY & SCARBOROUGH
20               BY:  ROBERT LINDHOLM
                     WESLEY MORAN
21               (Appearing by VTC)
                 301 S. College Street
22               One Wells Fargo Center
                 23rd Floor
23               Charlotte, NC  28202
                 (704) 417-3000
24               robert.lindholm@nelsonmullins.com
                 wes.moran@nelsonmullins.com
25
```

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 3

```
 1          ATTORNEYS FOR THE DEFENDANT
                CHRISTIAN DAWKINS:
 2
                HANEY LAW GROUP
 3              BY: STEVE HANEY
                (Appearing by VTC)
 4              3000 Town Center Drive
                Suite 2570
 5              Southfield, MI 48075
                (248) 414-1470
 6              steve@haneygroup.net
 7
 8          ATTORNEYS FOR THE DEFENDANT
                MUNISH SOOD:
 9
                TROUTMAN PEPPER, LLP
10              BY:  THOMAS CORDOVA
                (Appearing by VTC)
11              899 Cassatt Road, 400 Berwyn Park
                Berwyn, PA  19312
12              (610) 640-7800
                thomas.cordova@troutman.com
13
14
                ATTORNEYS FOR THE DEFENDANT
15              BRIAN BOWEN, SR.:
16              GOINGS LAW FIRM
                BY:  CHRISTOPHER M. PASCHAL
17              (Appearing by VTC)
                1510 Calhoun Street
18              Columbia, SC  29201
                (803) 350-9230
19              cpaschal@goingslawfirm.com
20
                ATTORNEYS FOR THE DEFENDANT
21              MERL CODE:
22              FINGER MELNICK & BROOKS
                BY:  TERRY A. FINGER
23              (Appearing by VTC)
                35 Hospital Center Commons, Suite 200
24              Hilton Head Island, SC  29926
                (843) 681-7000
25              tfinger@fingerlaw.com
```

Brian Lamar Bowen , II                                    January 7, 2021
Bowen v. Adidas

Page 4

1          ATTORNEYS FOR THE DEFENDANT
                JAMES GATTO:
2
                DEBORAH B. BARBIER, LLC
3               BY: DEBORAH BARBIER
                (Appearing by VTC)
4               1811 Pickens Street
                Columbia, SC  29201
5               (803) 445-1032
                dbb@deborahbarbier.com
6

7

8          ALSO PRESENT VIA VTC:
                Keith McIntire, Adidas America
9               Edan Cope, Videographer
10

11

12         (INDEX AT REAR OF TRANSCRIPT)
13

14

15

16

17

18

19

20

21

22

23

24

25

Brian Lamar Bowen , II                     January 7, 2021
Bowen v. Adidas

                                                      Page 9

1          Q.   Where are you currently employed?

2          A.   The Indiana Pacers of the National

3    Basketball Association.

4          Q.   And what's your current status with the

5    team?

6          A.   Player.

7          Q.   Okay.  Are you -- are you currently

8    injured?

9          A.   Yes.

10         Q.   Okay.  And what was the injury that you

11   sustained?

12         A.   A groin injury.

13         Q.   How long do you anticipate being out of

14   -- out of competition?

15         A.   About a week.

16         Q.   Okay.  And what did you do this

17   morning?

18         A.   Worked out --

19         Q.   What did that consist of --

20         A.   -- had treatment --

21         Q.   Okay.  And what did --

22         A.   Uh, had treatment --

23         Q.   Go ahead, sorry.

24         A.   I had treatment for my groin and I

25   worked out in the weight room and on the basketball

Page 10

```
 1    court.
 2            Q.   And how long did you do that for?
 3            A.   A few hours.
 4            Q.   Okay.  Have you given sworn testimony
 5    before today?
 6            A.   Yes.
 7            Q.   When have you -- in what prior instance
 8    have you given sworn testimony?
 9            A.   Um, with the FBI here in this case --
10            Q.   In connection with this matter?
11            A.   Yes.
12            Q.   And was that -- did the FBI swear you?
13    Did they put you under oath in connection with
14    that -- with that discussion?
15            A.   Yes.
16            Q.   Okay.  Was that in a grand jury --
17            A.   Um, I don't -- no.
18            Q.   -- or was it in the FBI's offices?
19            A.   Yes.
20            Q.   How many times did you meet with the
21    FBI?
22            A.   Um, two times.
23            Q.   Okay.  Was there anyone else present
24    other than the FBI at those discussions?
25            A.   My lawyers.
```

Page 24

1    wanted to provide you with information below after

2    a review of your status.  The University of

3    Louisville will provide you with written

4    permission, per Bylaw 13.1.1.3, to contact another

5    collegiate institution if you wish to transfer.

6            And then it says, If you choose to

7    remain at U of L, you will continue to receive your

8    athletics scholarship, but you will not be allowed

9    to practice with or compete for our men's

10   basketball team at any point in the future.

11           Okay.  Do you see that?

12   A.    Yes.

13   Q.    So did -- did Louisville essentially

14   tell you you would retain your athletic scholarship

15   but that you could not play with the team going

16   forward?

17   A.    That's what this -- this letter says.

18   Q.    And that was your understanding of

19   Louisville's decision; is that correct?

20   A.    Yes.

21   Q.    Okay.  And is that what then caused you

22   to reach out to the University of Oregon in the

23   Exhibit, Exhibit 1 that we talked about just a

24   moment ago?

25   A.    Um, he's going back to that.

Page 49

1                  (EXHIBIT 4, List of High School and

2          Collegiate Basketball Teams, was marked for

3          identification.)

4          BY MR. CERESNEY:

5                  Q.    Okay.   Mr. Bowen, I will ask you to

6          take a look at this chart which we created.   And we

7          have tried in here -- and this is to try to save

8          some time -- to just include the high school and

9          AAU teams that you attended and the time periods

10         that you attended them, or played with them.

11                 And I would ask you just to take a look

12         at that chart and tell me whether this appears to

13         you to be accurate.

14                 A.    I don't believe so because I -- this

15         says -- as far as me looking at the dates, I don't

16         know, maybe I could be calculating wrong, but it

17         says 2013-2015 Arthur Hills and 2013-2014 Dorian's

18         Pride.  But I'm not sure -- I believe I was in the

19         8th grade playing with them, but I could -- my

20         calculations could be wrong, so --

21                 Q.    Okay, that's good.   Well, thank you.

22         That's very helpful.

23                 So the Dorian's Pride dates, do you

24         think -- in your high school years -- I think you

25         graduated from high school in May or June of 2017;

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 51

1    Mustangs, just for a moment, do you remember like

2    what years of high school you played for them?

3              A.   My sophomore year.

4              Q.   Okay.

5              A.   Well, would it be prior?  That's what

6    I'm saying.  I don't know if it was prior sophomore

7    or -- do you know what I'm saying -- post sophomore

8    year, so I don't know.

9              Q.   But it was around your sophomore year

10   basically, is, I think, what you're saying.

11             A.   Yes.

12             Q.   Okay.  And then Meanstreets, was that

13   your junior and senior years?

14             A.   Junior, yeah, yeah.

15             Q.   Okay.  All right.  So let me start with

16   Arthur Hill for just a minute.  Is Arthur Hill your

17   local public school in Saginaw?

18             A.   Uh, one of them, yes.

19             Q.   Is that the one you attended?

20             A.   Yes.

21             Q.   Did you like it at Arthur Hill?

22             A.   Yes.

23             Q.   Why did you leave Arthur Hill?

24             A.   Um, just from a basketball standpoint,

25   the talent in Michigan was going down.  And I seen

Page 52

1    players in the past from Michigan, in general, they

2    were, you know, highly ranked players that

3    transferred elsewhere because of the talent.

4              And the amount of rules that Michigan

5    has, whether it's you can't play out of state, you

6    can't play on TV, you can't travel, like all of the

7    above.  You can't play in all star games.  Like

8    there's just too many rules in Michigan, I just --

9    yeah, so that's the main reason.

10         Q.   Okay.  And who decided that you would

11   go and transfer?  Did your father play a role in

12   that?

13         A.   Yes.

14         Q.   Did he basically decide that for you?

15         A.   Uh, he played a role in it, yes.

16         Q.   Okay.  And when did you transfer to La

17   Lumiere?  Do you have a recollection?  Was it after

18   your sophomore year?

19         A.   Yes.

20         Q.   So you played at La Lumiere for your

21   junior and senior years, basically?

22         A.   Yes.

23         Q.   Okay.  And what did you think that La

24   Lumiere would give you that Arthur Hill couldn't

25   give you?

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 80

1          Q.   Great.

2               So Mr. Bowen, just to clarify, during

3     the break, did you have any substantive discussions

4     with your counsel about your testimony?

5          A.   No.

6          Q.   Okay.  I know you're in the same room

7     with Mr. Ram, so I know you may have said, you

8     know, non-substantive words with him, but just any

9     discussion about your testimony?

10         A.   No.

11         Q.   Okay, great.

12              All right.  So, Mr. Bowen, did there

13    come a time when you retained an attorney in

14    connection with your eligibility issues?

15         A.   Yes.

16         Q.   When was that?

17         A.   Um, I don't remember the exact date,

18    but it was after that situation happened.

19         Q.   When you say after the situation, do

20    you mean -- what do you mean by that?

21         A.   When the news dropped about the whole

22    ordeal.

23         Q.   Okay.  So you didn't retain Mr. -- what

24    was the name of the attorney?

25         A.   Jason Setchen.

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 141

1      I'm not sure, though.
2              Q.    Okay.  And when he references service
3      after the sell, do you know what he means?
4              A.    I don't know what he means.
5              Q.    Is it your expectation that coaches at
6      the school that you were attending owed your family
7      service in connection with your playing basketball
8      for them?
9              A.    From me, no.
10             Q.    How about your father?
11             A.    I'm not sure.
12             Q.    Was that the way you conceived it?
13             A.    No.
14             Q.    Okay.  Once you committed and moved to
15     Louisville, did you begin practicing with the team?
16             A.    Um, yes.  I don't know when the exact
17     date we started practicing, but, yes.
18             Q.    Okay.  And did you play any scrimmages
19     with them?
20             A.    Not official scrimmages, no --
21             Q.    Okay.
22             A.    -- just practiced.
23             Q.    Okay.  And I know that the issues that
24     arose were in late September of 2017 and after that
25     you weren't allowed to practice with the team, but

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

1    up until that point, how was your practices going

2    with the team?

3         A.   Oh, they were going really well, really

4    well.  I was doing a lot that -- you know, that

5    showed me that I was going to have a big part in

6    the team just by running plays, the certain plays

7    we were running around me, that whole ordeal, but

8    it was going pretty good.

9         Q.   And how did you -- where were you when

10   you learned about the arrests in September of 2017?

11        A.   Uh, I was leaving class.

12        Q.   And how did you -- how did you learn

13   about it?

14        A.   Uh, just through social media and then

15   I was walking through the locker room and I saw it

16   on TV.

17        Q.   And did you immediately know that it

18   related to you?

19        A.   I didn't know, but like Twitter kind of

20   gave me assumptions, so I could just only assume.

21   I didn't know anything definite, so I didn't -- I

22   still didn't think anything about it.

23        Q.   And what did you do right after you

24   heard?  Did you call anyone?

25        A.   No, I just went up to study hall and

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 146

1    doing in connection with your recruitments.

2            A.   Oh, I never -- I never really asked any

3    questions about that.

4            Q.   So you didn't want to know anything?

5            A.   Yeah, I didn't ask any questions.

6            Q.   Now, after that, Louisville decided

7    that you shouldn't practice with the team anymore;

8    is that fair?

9            A.   Yes.

10           Q.   And were you still permitted to attend

11   classes, though, after that?

12           A.   Uh, I mean, I wasn't permitted, but I

13   did.  I took one day off of school and then I went

14   right back to class.

15           Q.   Okay.  And there was no prohibition on

16   you attending class; is that fair?

17           A.   No, no.

18           Q.   And in fact the university told you

19   that you could continue with your scholarship even

20   though you weren't playing basketball; is that

21   fair?

22           A.   Um, I mean, yeah, I still went.  That

23   was later on, but, yes.

24           Q.   Well, at some point the university told

25   you that they weren't going to allow you to play

Brian Lamar Bowen, II                    January 7, 2021
Bowen v. Adidas

Page 147

1    basketball, but they also told you that your
2    scholarship -- you would continue to receive your
3    scholarship; is that fair?
4            A.   Yeah, I found out about that, yeah.
5            Q.   And did the NCAA ever declare you
6    ineligible to play basketball, do you know?
7            A.   That's a great question.  I'm not --
8    I'm sure they did, but I'm not -- I don't know the
9    100 percent facts of that.
10           Q.   So you don't know for sure; is that
11   fair?
12               MR. MCLEOD:  Object to the form of the
13   question.
14               THE WITNESS:  Yeah, my lawyer --
15   BY MR. CERESNEY:
16           Q.   Let me ask the question this way.
17               Do you know sitting here today whether
18   the NCAA ever declared you ineligible?
19           A.   Ineligible?  Oh, yes, yes.
20           Q.   The NCAA, you think, declared you
21   ineligible?
22           A.   That they declared me ineligible, yes,
23   that's why I couldn't play basketball.
24           Q.   That's your understanding.
25           A.   Yes.

Page 150

1              A.   Yes.

2              Q.   Do you remember seeing this tweet at

3      the time?

4              A.   Yes.

5              Q.   Did this indicate that you would be

6      permitted to remain on your scholarship even though

7      you weren't being allowed to practice or compete?

8              A.   Yes.

9              MR. CERESNEY:  And let's look

10     at -- let's mark -- Mr. Forbes, why don't we mark

11     Tab -- Tab 13 as exhibit -- I think we're up to 14;

12     is that right?  Yeah.

13              So Exhibit 14.

14              This is a document Bates stamped UOL896

15     to UOL898.

16              MR. RAM:  Andrew, Exhibit 14 is the

17     tweet --

18              MR. CERESNEY:  Oh, I'm sorry.

19              MR. RAM:  -- we just reviewed.

20              MR. CERESNEY:  I'm sorry.

21              MR. RAM:  This would be Exhibit 15.

22              MR. CERESNEY:  This will be 15, okay.

23     Sorry about that.  Thank you.

24              And, Mr. McLeod, you know, we've been

25     going for almost an hour and a half, so I will

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

                                              Page 155

1      you to continue on your scholarship; is that fair?
2              A.    For that -- yeah, I did for the
3      semester.
4              Q.    Wouldn't they have allowed you to
5      continue for all four years on scholarship?
6              A.    I don't know that.  I really don't
7      know.  Personally, I just don't know that.  I don't
8      know.
9              Q.    Did anyone from Louisville ever tell
10     you that they were withdrawing your scholarship?
11             A.    I never got to that point because I was
12     already ready to leave.
13             Q.    You were ready to leave.
14             A.    I was ready to leave but they still --
15     it was still the same thing with them, though.  I
16     don't know what their position was.
17             Q.    I understand, but you had decided to
18     leave Louisville at that point; hadn't you?
19             A.    After -- no, not at that point, no.
20             Q.    When did you decide to leave
21     Louisville?
22             A.    I transferred -- when I transferred,
23     exactly.  That's when I transferred.
24             Q.    And you went to University of South
25     Carolina?

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 156

```
 1            A.   Yes.
 2            Q.   And do you remember approximately when
 3      you made that decision?
 4            A.   I don't know exactly for sure.
 5            Q.   Was it sometime in that academic year
 6      when you were a freshman?
 7            A.   When I was a freshman, yes.
 8            Q.   And did you wait until the end of the
 9      semester?  Did you finish up the semester at
10      Louisville before deciding to leave?
11            A.   Yes.
12            Q.   Did you take your finals?
13            A.   Yes.
14            Q.   So you completed your -- your classes
15      that semester at Louisville?
16            A.   Yes.
17            Q.   And then you decided to leave and go to
18      South Carolina?
19            A.   Yeah, I went to South Carolina.
20            Q.   And why did you decide to transfer to
21      South Carolina?
22            A.   To try to gain my eligibility back.
23            Q.   And what about going to South Carolina
24      gave you the impression that that would help get
25      you your eligibility back?
```

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 162

1    academic points.  Obviously those are all things

2    you get from going and playing Division 1.  How

3    about skill development?  Did you believe that you

4    could acquire better skill development in Division

5    1 basketball versus overseas basketball?

6          A.    Yes, for sure.  Um, it's really just

7    based on seeing the amount of guys that have gone

8    overseas and then guys that have went to college

9    and the difference in that.  You know, a lot of

10   guys go overseas and then they don't get developed,

11   but going to college, there's a lot of guys that

12   coaches are really -- um, how do you say --

13   passionately, like, involved with the -- with the

14   student-athletes and wanting to get them better,

15   obviously because it's going to help the team get

16   better, but they want to see them get better

17   because it helps them look better as well.  So just

18   being around that atmosphere and playing with a

19   strength coach.  The whole ordeal.  So that goes a

20   long way.

21         Q.    Are there people that have been drafted

22   that didn't play Division 1 basketball but did play

23   overseas?

24         A.    I believe so.

25         Q.    Okay.  So it's possible for that to

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 163

1     happen; is that fair?

2              A.    Yes.

3              Q.    Okay.  And what is your sense of what

4     factors influence whether you would be drafted in

5     the MBA draft?  Like I'm not asking you in

6     particular, but just generally, what factors

7     influence whether somebody gets drafted?

8              A.    Um, obviously team fits, um, just --

9     just the player that you are, honestly.  That's

10    really just, I mean, as simple as that, really,

11    just the player that you are.  Either you're a good

12    player or you're not a good player, If you have,

13    you know, the potential to be an NBA player or you

14    don't.  It's just that type of deal.  And then

15    obviously work ethic goes a long way as well with

16    it.  There's a lot of guys that never even thought

17    they had a chance to do that, but once they get

18    into college and they get to be around those guys

19    and mature themselves and really mature themselves

20    to a specific schedule and just finding those

21    random hours to get into the gym and stuff, you

22    know, they work themselves up to, you know, being

23    drafted.

24             Q.    But there's a lot of work that goes

25    into it; is that fair?

Brian Lamar Bowen , II                      January 7, 2021
Bowen v. Adidas

Page 165

1          Q.   Is it fair to say that when you

2     committed to Louisville, you didn't know whether

3     you would be one and done, two and done, or some

4     other combination; is that fair?

5          A.   It's the same type of question as

6     before.  Counting on myself.  Like, I didn't know

7     that eventually, whether it is one year, whether it

8     is two years, throughout that whole time, I know

9     I'm going to be -- you know, I would be an NBA

10    player for sure, so I think that's just me again,

11    so...

12         Q.   Okay.  But that depends on you putting

13    in the effort to become an NBA player; is that

14    fair?

15         A.   Yeah, it's on me and then just being

16    around people that can help develop me.

17         Q.   Okay.  Now, did you declare an intent

18    to enter the 2018 draft?

19         A.   '18, yes.

20         Q.   Okay.  And do you remember why you

21    declared for that draft?

22         A.   Just to get feedback, um, from the NBA

23    representatives, so just going there, you know, do

24    whatever I could do, just trying to get feedback,

25    um, and then, you know, just go from there.

Brian Lamar Bowen , II                          January 7, 2021
Bowen v. Adidas

Page 166

1         Q.   Did you participate in the 2018 NBA
2    draft combine?
3         A.   Yes.
4         Q.   What do you recall happened at the
5    combine?  What was the feedback you got?
6         A.   Um, the biggest thing they honestly
7    were saying was that they just -- they didn't get
8    to see me play for a year.  And then they were
9    trying to compare me to guys that, you know, had
10   played, that were in college at the time, they
11   played in college and then they entered that draft,
12   and seeing how far that they had come just over the
13   course of a season.  I didn't get to play for an
14   entire year, so it kind of had me, you know, like,
15   at a setback honestly.
16             And then just hearing from their
17   coaching staffs -- the NBA representatives hearing
18   from these players' coaching staffs, just based on
19   how guys are maturing in the weight room, or
20   they're taking leadership on the court, and just
21   that whole -- whole ordeal.  But that was the
22   biggest thing, just not being able to see me play.
23        Q.   Did you have a sense -- at some point
24   you withdrew from the 2018 draft; is that fair?
25        A.   Yes.

Page 167

1           Q.   And you made that decision -- why did
2      you make that decision?
3           A.   Just based on the feedback that they
4      gave me, that was the biggest thing.
5           Q.   Was it clear from the feedback that you
6      weren't going to get drafted?
7           A.   Yes.
8           Q.   And did you work out directly with any
9      teams in advance of that draft?
10          A.   Yes.
11          Q.   Do you have a recollection of how many
12     teams you worked out with?
13          A.   Uh, I don't know the exact number,
14     honestly.  I don't know the exact number.  It was
15     over -- over 12 teams.  It was more than that.  But
16     I don't know the exact number.
17          Q.   Okay.  And did you get feedback from
18     those teams as well?
19          A.   Yes, it's the same deal.  I mean, it
20     really -- they just didn't have any film to go back
21     on, no matter what I did, and they didn't have any
22     film to compare me playing against those guys
23     that -- you know what I'm saying -- that I was in
24     the workouts with.  So that -- that goes a long
25     way.

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 169

1   like that, but you understand what I'm saying.  So
2   that whole -- that bubble around me.
3            And then really but the biggest thing
4   was -- like that feedback was just not being able
5   to have a film that, you know, seeing I can prove
6   myself playing against those other guys.
7            Q.   Got you, okay.
8            So it's fair to say that -- let me
9   withdraw that.
10           We talked earlier about your personal
11  view about you being drafted, that you felt like
12  you would ultimately be drafted.
13           Are there -- isn't it true, though,
14  that lots of things can ultimately happen that will
15  impact whether a player is drafted?  Can we agree
16  that there's lots of factors which ultimately go
17  into that?
18           A.   Yes.
19           Q.   And that would include things like
20  maybe if a player gets injured, that could impact
21  their ability to get drafted; is that fair?
22           A.   It could.
23           Q.   If they engage in personal conduct
24  issues, that could impact their ability, is that
25  fair?

Brian Lamar Bowen , II                  January 7, 2021
Bowen v. Adidas

Page 172

1          Q.   Is it fair to say there were people who
2     were ranked higher than you who were not drafted?
3          A.   I don't know that for sure.
4          Q.   Okay.  Let me ask you about a few
5     people.  Do you know Trevon Duval?
6          A.   Yes, yes.
7          Q.   And he graduated high school the same
8     year you did, correct?
9          A.   Uh-huh.
10         Q.   And you were both ranked as 5 star
11    recruits; is that fair?
12         A.   Yeah.
13         Q.   And you were both McDonalds All
14    Americans; is that fair?
15         A.   Yes.
16         Q.   You both played in the Jordan Brand
17    Classic, right?
18         A.   Yes.
19         Q.   And you mentioned the rankings before.
20    Are some of the rankings called things like Rivals,
21    247 Sports, and ESPN?  Are those some of the
22    rankings?
23         A.   Uh-huh, yes.
24         Q.   And do you remember what your highest
25    ranking was on Rivals?

Brian Lamar Bowen , II                   January 7, 2021
Bowen v. Adidas

Page 173

1           A.    I have no clue.

2           Q.    Or how about on ESPN?

3           A.    I really don't know my highest,

4    honestly.

5           Q.    Okay.  So if I told you that you were

6    ranked 14 on ESPN as your highest, does that --

7    does that sound right?

8           A.    During what time period?

9           Q.    In the period of when you were

10   committing to schools.

11          A.    Okay.

12          Q.    So does that -- does that sound about

13   right, again, without saying exactly you were 14,

14   but was 14 around where you were ranked?

15          A.    In that ballpark, yes, yes.

16          Q.    And for 247 Sports, I have you ranked

17   the highest as 18.  Does that sound right?

18          A.    Yeah, I don't -- I don't know for sure,

19   but somewhere, maybe, in that ballpark.

20          Q.    And for Rivals, I have you ranked at

21   21; does that sound right?

22          A.    I don't know, but if you can show me

23   that, that would be perfect.

24               MR. CERESNEY:  Okay.  Why don't we

25   mark, Mr. Forbes, just to show Mr. Bowen as

Brian Lamar Bowen , II                      January 7, 2021
Bowen v. Adidas

Page 174

1    Exhibits 15, 16 and 17, Tabs 43, 44 and 45.

2                    MR. FORBES:  Sure --

3                    MR. CERESNEY:  We can look at these --

4                    MR. FORBES:  Just a second.

5                    MR. CERESNEY:  We can look at these --

6                    MR. RAM:  Andrew, we already have an

7    Exhibit 15, is what I'm showing over here, so you

8    need to mark those differently.

9                    MR. CERESNEY:  Oh, okay, I'm sorry.

10   Thank you.  I keep doing that.

11                   Mr. Forbes, this is 16, 17 and 18,

12   then?

13                   MR. FORBES:  That's right.

14                   MR. CERESNEY:  Okay.  Thank you,

15   Mr. Ram.

16                   MR. RAM:  Okay.  We have 16 pulled up

17   right now.

18                   (EXHIBIT 16, Brian Bowen ranking -

19   Rivals, was marked for identification.)

20                   (EXHIBIT 17, Rankings History for Brian

21   Bowen; 247 Sports, was marked for identification.)

22                   (EXHIBIT 18, Brian Bowen Player

23   Profile - ESPN, was marked for identification.)

24   BY MR. CERESNEY:

25           Q.   Okay.  So take a look at 16.  Why don't

Brian Lamar Bowen, II                      January 7, 2021
Bowen v. Adidas

Page 175

1      we start with that.  This is an excerpt of the

2      website and 16 is Rivals.  This is the Rivals

3      website.  And it shows you, if you see their

4      ranking, national ranking for you of 21.

5                Does that look -- does this look like

6      this is the correct ranking for you around the time

7      you were committing to schools?

8            A.   Yeah, I see that.

9            Q.   And then if we look at 17, this is 247

10     Sports and it has a listing of your rankings on

11     certain dates.  And if you look at 7/14/2017,

12     you're ranked 18, and it goes through 9/28/2017

13     when you're ranked 19.

14               Do you see that?

15           A.   Yeah, I see 13.

16           Q.   When you say you see 13, do you --

17           A.   Oh, next to underneath National.  My

18     bad.

19           Q.   Yeah, okay.

20           A.   Yeah.

21           Q.   And then if we look at exhibit -- I

22     think it's going to be 18, I guess.  This is ESPN.

23     And if you look there, you're ranked 14th.  Do you

24     see that?

25           A.   Yep, yes.

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 176

1          Q.    So do those appear to be essentially
2     the rankings that you had around the time of your
3     commitment to Louisville?
4          A.    Yes.
5          Q.    And are those rankings typically a
6     reliable indicator of how highly regarded a
7     basketball player is relative to their peers?
8          A.    Uh, yes.
9          Q.    Now, Mr. Duval was ranked higher in all
10    of those outlets; is that right?
11         A.    Yes.
12         Q.    In fact, he was in the top 7 across the
13    board; is that right?
14         A.    I don't know.
15              MR. CERESNEY:  Okay.  Why don't we look
16    at -- why don't we mark, Mr. Forbes, as Exhibit 19,
17    Tab 46.
18              MR. FORBES:  All right.
19              (EXHIBIT 19, Trevon Duval - Wikipedia
20    profile, was marked for identification.)
21    BY MR. CERESNEY:
22         Q.    And this is a Wikipedia entry for
23    Trevon Duval; is that right?
24              MR. RAM:  Hold on a second.
25              MR. CERESNEY:  Okay.  Tell me when

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 177

1      you're ready.

2                  THE WITNESS:  Yeah.

3      BY MR. CERESNEY:

4            Q.   If you look at the second page, you

5      will see that there's an overall -- in the middle

6      of the page there's a reference to overall

7      recruiting rankings; do you see that?

8            A.   Yes, I see it.

9            Q.   And that shows that for Scouts, he's

10     ranked 7, for Rivals 5, for 247 Sports 7 and for

11     ESPN 6.  Is that what that shows?

12           A.   Yes.  You said this is Wikipedia?

13           Q.   Yeah.

14           A.   Okay.  I was just curious.

15           Q.   Yeah.

16           A.   Okay.

17           Q.   And he attended Duke University, right?

18           A.   Yes.

19           Q.   And he declared for the 2018 draft,

20     right?

21           A.   I believe so.

22           Q.   And he was not drafted; is that right?

23           A.   Yes.

24           Q.   Not in the first round and not in the

25     second round, right?

Brian Lamar Bowen , II                          January 7, 2021
Bowen v. Adidas

Page 178

1           A.   He was not drafted.

2           Q.   And do you know where he's currently

3    playing basketball?

4           A.   I have no clue.

5           Q.   If I told you he was playing for the

6    Iowa Wolves, which is the G League affiliate of the

7    Minnesota Timberwolves, would that be -- would you

8    have any knowledge of that?

9           A.   I don't know, I didn't -- I'm not sure.

10   I guess.

11          Q.   Okay.

12          A.   I'm not sure, though.

13          Q.   So bottom line here, is it fair to say

14   that Mr. Duval, who was ranked higher than you

15   going into college and then played for Duke, wasn't

16   ultimately drafted?

17          A.   Yes.

18          Q.   So is it fair to say that there's no

19   guarantee that even if you played for a top-ranked

20   university, that you will ultimately be drafted?

21          A.   In his case, no.

22          Q.   Okay.  Do you remember Brandon McCoy?

23          A.   Yeah.

24          Q.   He also graduated from high school your

25   year; isn't that right?

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 179

1                   A.    Uh-huh, yes.

2                   Q.    And he was also a McDonalds All

3       American and played in the Jordan Brand Classic,

4       right?

5                   A.    Yes.

6                   Q.    He was also highly ranked.  Is that

7       right?

8                   A.    Oh.  Yes.

9                   Q.    And if I -- do you have a sense of

10      where he -- whether he was ranked higher than you?

11                  A.    I'm not even sure.

12                  Q.    Okay.  Why don't we mark as Exhibit 20,

13      21 and 22, Mr. Forbes, Tabs 47, 48 and 49.

14                        MR. FORBES:  Okay.

15                        (EXHIBIT 20, Brandon McCoy Rankings,

16      was marked for identification.)

17                        (EXHIBIT 21, Rankings History for

18      Brandon McCoy, was marked for identification.)

19                        (EXHIBIT 22, Brandon McCoy ESPN

20      profile, was marked for identification.)

21                        MR. CERESNEY:  And, Mr. Ram, just tell

22      me when you guys are ready.

23                        MR. RAM:  Yeah, we're sill waiting on

24      them.

25                        MR. CERESNEY:  Okay.

Brian Lamar Bowen , II                January 7, 2021
Bowen v. Adidas

Page 180

1              MR. RAM:  Okay.  We've got Tab -- or

2       Exhibit 20 up.

3       BY MR. CERESNEY:

4              Q.   Okay.  So if you look at Exhibit 20,

5       this is very similar to what I've showed you for

6       Rivals.com for you.  And you see there that he is

7       ranked 12th nationally, right?

8              A.   Yes.

9              Q.   And that's higher than your ranking of

10      21, correct?

11             A.   Yes.

12             Q.   And if you look at tab -- at Exhibit

13      21, that's from the 247 Sports website and that

14      indicates that he was ranked at different points in

15      time, 13, 12 and 14; is that right?

16             A.   I still see 16, but I see that other

17      part.

18             Q.   Okay.  But you were ranked 18; is that

19      fair?

20             A.   I think it said 13th, but...

21             Q.   For you?

22             A.   Yeah, it said national 13th.

23             Q.   Okay.  So you were about the same rank

24      as him.  Is that fair?

25             A.   I was 13th, yeah.

Brian Lamar Bowen , II                     January 7, 2021
Bowen v. Adidas

Page 181

1          Q.   Okay.  And then if we look at tab --
2     Exhibit 22 which is the ESPN Sports for Brandon
3     McCoy it shows that he's ranked 16th; is that
4     right?
5          A.   Yes.
6          Q.   And you were ranked 14th, so you were
7     ranked slightly higher than him, right?
8          A.   Yes, sir.
9          Q.   Now, Mr. McCoy attended UNLV after high
10    school; didn't he?
11         A.   Yes.
12         Q.   And then he declared for the 2018
13    draft, right?
14         A.   I believe so, yes.
15         Q.   And he was not drafted in the draft; is
16    that fair?
17         A.   Yes.
18         Q.   And so you would agree again, there,
19    that someone who had similar rankings to you was
20    not drafted in the draft even though he attended
21    university.
22         A.   In his case, yes.
23         Q.   Okay.  Are you familiar with Darius
24    Bazley?
25         A.   A little bit, yeah.

Brian Lamar Bowen , II                     January 7, 2021
Bowen v. Adidas

                                              Page 182

 1          Q.    And he was also a five star recruit in
 2    high school, right?
 3          A.    Uh, I believe so.
 4          Q.    And he committed and signed with
 5    Syracuse; do you remember that?
 6          A.    I think so.
 7          Q.    But later he chose to bypass college
 8    and trained with New Balance as an intern; do you
 9    remember that?
10          A.    Yes.
11          Q.    And he was selected in the 2019 draft
12    Number 23; does that sound right?
13          A.    Yes.
14          Q.    So he was drafted even though he didn't
15    go to college; is that right?
16          A.    In his case, yes.
17          Q.    So players can be successfully drafted
18    without playing college basketball; is that right?
19          A.    He was, yes.
20          Q.    Okay.  How about Terrence Ferguson; do
21    you know Mr. Ferguson?
22          A.    Yes.
23          Q.    And he was the top 20 player in the
24    class of 2016, right?
25          A.    Uh-huh, yes.

Page 183

```
 1              Q.   So that was the year before you, right?

 2              A.   Yes, yeah.

 3              Q.   And he originally committed to Alabama

 4     and Arizona, but then he -- he did not go to

 5     college and instead joined the NBL in Australia; is

 6     that right?

 7              A.   Yes.

 8              Q.   And he played there in the 2016/17

 9     season, right?

10              A.   Yes.

11              Q.   And he ultimately was selected in the

12     draft, number 21 in the 2017 draft; is that right?

13              A.   Yes.

14              Q.   So he spent the same amount of time in

15     the NBL as you did but then was drafted in the

16     first round; is that correct?

17              A.   Yes.

18              Q.   And what makes him different from you

19     in your understanding?

20              A.   I'm not sure.

21              Q.   So you don't know why he would have

22     been drafted and you weren't?

23              A.   Nope.

24              Q.   Because that's really impossible to

25     really know, ultimately, why somebody is drafted or
```

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 184

1    not drafted; is that fair?

2         A.   I don't know.

3         Q.   Do you know why he -- you weren't --

4    you weren't drafted and he was?  Do you have any

5    sense?

6         A.   I'm not sure.  A lot of factors could

7    have went in, but --

8         Q.   Okay.  A lot of factors go into the

9    decision of whether someone is drafted; is that

10   fair?

11        A.   It's a good amount.

12        Q.   And it's hard to predict that in

13   advance; is that fair?

14        A.   You have a good sense, I would say, um,

15   but, yeah.

16        Q.   There's no guarantees; is that fair?

17        A.   Nope.

18        Q.   Okay.  Now, do you know somebody named

19   R.J. Hanson?

20        A.   Yes.

21        Q.   He was also a five star recruit in the

22   class of 2019; is that right?

23        A.   Yes.

24        Q.   And he skipped college because he

25   wanted to, quote, live like a pro and play like a

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 185

1    pro and not juggle books and basketball.

2                Does that sound like something he might

3    have said?

4          A.   I have no clue.

5                MR. MCLEOD:  Object to the form of the

6    question.

7                MR. CERESNEY:  Okay.  I will withdraw

8    the question.  Let me ask a different question.

9    BY MR. CERESNEY:

10         Q.   Did he skip college and spend a season

11   in the NBL like you?

12         A.   Yes.

13         Q.   And after that season, did he get

14   picked 24th in the 2020 NBA draft?

15         A.   Yes.

16         Q.   And do you know why he was chosen in

17   that draft and you weren't, in the -- in that

18   draft?

19         A.   Um, I'm not sure.

20         Q.   Do you know if he performed any better

21   in the NBL than you did?

22         A.   I'm not sure.

23         Q.   Um, let me actually show you a document

24   which will give you the answer to that question.

25                Let me show you Exhibit 20 -- so let's

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

                                              Page 188

1              A.    Yes.

2              Q.    But he was drafted in the first round

3       of the 2020 draft; is that right?

4              A.    Yes.

5              Q.    So it's fair to say that the NBL is a

6       viable pathway to being selected in the first round

7       of the NBA draft?

8              A.    In his case, yes.

9              Q.    And why wasn't it in your case?

10             A.    It's a lot of factors.

11             Q.    What were some of those factors?

12             A.    Um, the players on my team, uh, the

13      coaches, that whole ordeal.  It's a lot of factors,

14      a lot of factors.

15             Q.    Okay.  But a bunch of -- a bunch of

16      things came together.  Is that what you're saying?

17             A.    What was that?

18             Q.    In other words, you pointed to a number

19      of things that led to you not being drafted; is

20      that fair?

21             A.    I believe so.

22             Q.    Okay.  And among those things, I think

23      you said, was your team, your coaches.  Anything

24      else that you might point to?

25             A.    I will just leave it at that.

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 189

1          Q.    Let me ask you about one other player.
2     You know somebody named Anfernee Simons?
3          A.    Yes.
4          Q.    And he was part of the recruiting class
5     of 2018, right?
6          A.    Yes.
7          Q.    The year after you, right?
8          A.    Yes.
9          Q.    And he had planned to attend
10    Louisville, is that right?
11         A.    I believe so.
12         Q.    And he was a five star recruit like you
13    were, right?
14         A.    Yes.
15         Q.    What was that?
16         A.    Yes.
17         Q.    Oh, okay, sorry, I didn't hear you.
18               Do you know if he ever attended
19    Louisville?
20         A.    I don't believe so.
21         Q.    Ultimately he decided not to attend any
22    college, right?
23         A.    I believe so.
24         Q.    Do you know what he did for that year?
25         A.    I have no clue.

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 190

1          Q.    But he then declared for the 2018
2     draft, right?
3          A.    Wait, what did you say?  I'm sorry.
4          Q.    He declared for the 2018 NBA draft,
5     right?
6          A.    I believe so.
7          Q.    And he was able to do that because he
8     officially graduated in 2017, but then took a year
9     of post-graduate work?  Is that right?  From high
10    school, he took a year of post-graduate from high
11    school?  Does that sound right?
12         A.    That sounds right.
13         Q.    And 2018 was the same draft that you
14    withdrew from, right?
15         A.    Yes.
16         Q.    And just like you, Mr. Simons didn't
17    get to play college ball; is that fair?
18              MR. MCLEOD:  I'm just going to object
19    to the form of the question.  I don't mind the
20    leading just for the sake of time, but just to the
21    extent you keep leading him into what other people
22    would have done and what they think, there will
23    just be a standing objection, but I don't want to
24    slow you down.  Keep -- keep plugging away.
25    BY MR. CERESNEY:

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 191

1         Q.   Okay, yeah, I tried not to phrase that
2    as what he thought or the like, so let me -- let me
3    rephrase the question to remove any ambiguity on
4    that.
5              He declared for the 2018 NBA draft and
6    was drafted in that draft.
7              Is that fair?
8         A.   I think it was that draft, yes.
9         Q.   And he was drafted Number 24 in that
10   draft, right?
11        A.   I think so.
12        Q.   And you withdrew from that draft.
13        A.   Yes.
14        Q.   And he was drafted even though he
15   didn't play a day of college basketball.
16        A.   He was.
17        Q.   And so players can be successfully
18   drafted without playing college basketball; is that
19   correct?
20        A.   In his case, yes.
21        Q.   And what makes his situation different
22   from yours?
23        A.   Uh, my situation, um, I was in the
24   middle of an FBI investigation.  Um, you know, I
25   got bought up in that whole ordeal, got stuck in

Brian Lamar Bowen , II                         January 7, 2021
Bowen v. Adidas

Page 193

1      those years you would have gotten drafted; is that
2      what you're saying?
3              A.    In the first round, yes.
4              Q.    Do you know where in the first round
5      you would have been drafted?
6              A.    Who knows.
7              Q.    Um, now, you ultimately did go to play
8      for the Sidney Kings; is that right?
9              A.    Yes.
10             Q.    Why did you decide to go play in
11     Australia?
12             A.    Um, because I had just been waiting
13     along for a long ride and I would have never known
14     whether or not I would have gotten my eligibility
15     back or not, so I couldn't sit out and I couldn't
16     wait.  It would have been another year of just --
17     just sitting around.
18             Q.    Okay.  And so why go to Australia?  I
19     mean, is there anything else you considered doing?
20             A.    Um, playing in the G League.  And that
21     was it.  There was no other -- I had no other
22     routes.
23             Q.    And why go to the NBL over playing in
24     the G league?
25             A.    Um, just a different -- different

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 197

1          Q.   Okay.  Did you have any opportunity to

2     play against professional basketball players in the

3     NBL?

4          A.   Yes.

5          Q.   And did you have the opportunity to

6     work on your game while you were there?

7          A.   Yes.

8          Q.   Do you think you improved as a player

9     while you were playing in Australia?

10         A.   Yes.

11         Q.   What level do you think is more

12    advanced in terms of the level of play, college

13    basketball or Australian?

14         A.   Um, honestly, I would say college

15    because it seems like guys are a lot more skilled.

16    Um, you know, that's a -- that's a professional

17    league but it's like -- it's just a different brand

18    of basketball.  It's not American basketball, so

19    it's -- it's completely different.

20         Q.   And were you hoping when you went to

21    the NBL -- well, I guess, strike that.  I've asked

22    that question already.

23              Okay.  Now, following your year in

24    Australia, I think we've talked about, did you

25    participate in the 2019 combine that year and then

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 198

1    the next year, for the 2020 draft?

2            A.    Um, in '19, did I?  Yeah.  No, wait.

3    Hold up.  I don't know.  I'm getting my dates mixed

4    up.  But that next year I did --

5            Q.    So let me --

6            A.    I don't really remember.

7            Q.    Let me walk you back.

8                  So you played at -- you had -- you were

9    at Louisville, you committed there.  At the end of

10   that semester, you transferred to South Carolina.

11   That was the spring of 2018.  You opted into the

12   draft in 2018.  I think we talked about how you

13   attended the combine in the 2018 draft.  And then

14   you withdrew from South Carolina, went to the NBL

15   in 20 -- fall of 2018 and spring of 2019 -- came

16   back to the U.S., you opted for the draft.

17           A.    Right.

18           Q.    And at that point did you also attend

19   the combine?

20           A.    Yes.

21           Q.    And how did you -- what happened at the

22   combine?  Do you have any recollection of any

23   feedback you got?

24           A.    Um, they -- they liked my improvement

25   as far as just different numbers and stuff, um,

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 199

1    and, yeah, I didn't -- that year I really

2    didn't -- I had an agent so he was -- he was

3    getting more feedback than I was more than

4    anything.

5            Q.    Who was your agent at that point?

6            A.    Brandon Rosenthal.

7            Q.    And why did you select Mr. Rosenthal as

8    your agent?

9            A.    Um, I just had a good vibe with him,

10    um, just his -- a couple of his clients, you know,

11    were really good guys as well.  Yeah, that was

12    ultimately the main thing, though.  He just seemed

13    like he wanted to invest in me the most.

14            Q.    Okay.  And what was your sense

15    of -- did you also play with teams after that, as

16    well, before the draft?

17            A.    Did I play with teams?

18            Q.    Did you go try out or work out with

19    teams.

20            A.    Oh, oh, oh, yes, yes.

21            Q.    I think last time you said for the 2018

22    draft it was about 12 or so teams.  Was it a

23    similar amount in 2019?

24            A.    Um, around there, maybe a little less,

25    maybe like 10.  I'm not sure.  It was around there,

Page 200

1    though.

2          Q.    And what kind of feedback did you get

3    from those workouts?

4          A.    Um, just they see improvement in me,

5    um, just maturity wise, all of the above.  They see

6    that, you know, I can -- what I could be, um, and,

7    yeah.

8          Q.    Did you believe, as you approached the

9    2019 draft, that you would be drafted?

10         A.    Uh, yes.

11         Q.    Where did you think you were going to

12   be drafted?

13         A.    I wasn't sure.

14         Q.    Was it the first round?

15         A.    Uh, I had hopes of that.

16         Q.    Did you think it was possible?

17         A.    Yes.

18         Q.    And but you ultimately -- you

19   ultimately were not drafted in that draft; is that

20   fair?  I guess I know the answer to that question.

21         A.    All right, the next question.

22         Q.    Yeah, I will ask you the next question.

23               Now, I actually didn't ask you in the

24   2018 and 2019 combine, was one aspect of those

25   combines a medical examination that you go through?

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 209

1    process after that for finding a team that you
2    might play on?
3              A.    Teams just calling my agent.
4              Q.    Did you work -- did you work out with a
5    number of teams after that?
6              A.    I didn't.
7              Q.    What -- what teams did you ultimately
8    have discussions -- did your agent have discussions
9    with about you playing for them?
10             A.    I don't know exactly.
11             Q.    When did the Pacers show an interest in
12   you?
13             A.    Directly after that.
14             Q.    After the draft?
15             A.    Yes.
16             Q.    And how did that progress?  Like what
17   happened with the Pacers after that?
18             A.    Uh, I talked to my agent and then
19   eventually I went to the -- I came to Indiana for
20   summer league practices and I signed my contract.
21             Q.    Okay.  So you -- you went to Indiana
22   for summer league practices and you signed the
23   contract after those summer league practices?
24             A.    No, just probably the same -- the same
25   day or the day before, right there, or even after.

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 210

1          Q.   What kind of contract did you actually
2     sign?
3          A.   A two-way contract.
4          Q.   What is a two-way contract?
5          A.   Um, you get so many days up in the NBA
6     and then so many days you can dress and then you
7     play so many games in the -- in the NBA G league.
8          Q.   Is there a certain number of games,
9     you know, that's determined in advance that you
10    will play in each league?
11         A.   It was 45 days.
12         Q.   45 days in each league?
13         A.   No, I don't know -- I don't know the
14    exact.  I know 45 days for sure in the NBA.  And
15    then in the G league, it just all depends on who is
16    injured and all of that type of deal.
17         Q.   Is that a different kind of contract
18    than a contract that a full-fledged NBA player
19    would have?
20         A.   Yes.
21         Q.   What kind of contract does somebody who
22    plays only in the NBA have?
23         A.   The range goes a long way.
24         Q.   Is there a term for that kind of
25    contract?

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 213

1    continue to see that.

2         Q.    Now, they have a right to make a

3    qualifying offer to ensure that you stayed on the

4    team for the upcoming season; is that right?

5         A.    Right.

6         Q.    Um, and they were obviously most

7    familiar with your strengths and weaknesses as a

8    player at that point; is that fair?

9         A.    I believe so.

10        Q.    And would you also agree that the

11   Pacers coaches and trainers are supportive of your

12   career goals?

13        A.    I would like to hope so.

14        Q.    And it's fair to say the Pacers,

15   amongst all the teams in the NBA, were the most

16   familiar with your skills at that time -- at that

17   point in time?

18        A.    Um, I don't know for sure, but I guess

19   that --

20        Q.    Okay.  Did the Pacers extend you a

21   qualifying offer for the following season?

22        A.    No.

23        Q.    So you were a free agent after the

24   season; is that fair?

25        A.    Yes.

Brian Lamar Bowen, II                    January 7, 2021
Bowen v. Adidas

Page 214

1            Q.   And you could sign with any other NBA
2      team at that point; is that fair?
3            A.   Yes.
4            Q.   Did any other teams talk with you or
5      your agent at that point?
6            A.   That's all my agent.
7            Q.   Did you learn from your agent that any
8      other teams had reached out about signing you?
9            A.   Teams were definitely talking to him.
10           THE COURT REPORTER:  Say that again.
11     BY MR. CERESNEY:
12           Q.   Did any other teams offer you a Uniform
13     Player Contract --
14           THE COURT REPORTER:  Just a second.
15     I'm so sorry.  Can you repeat that answer.  I
16     didn't understand it.
17           THE WITNESS:  Teams were --
18           THE COURT REPORTER:  You said -- go
19     ahead, sorry.
20           THE WITNESS:  Teams were talking to my
21     agent.
22           MR. CERESNEY:  Susan, did you get that?
23           THE COURT REPORTER:  I did.  So the
24     question was, Did you learn from your agent that
25     any other teams had reached out about signing you?

Brian Lamar Bowen , II                January 7, 2021
Bowen v. Adidas

Page 216

1    Player Contract from another team, Mr. Bowen, why
2    would you have taken -- why would you not have
3    taken that deal over the two-way contract that you
4    got from the Pacers?
5              MR. MCLEOD:  Same objection.
6    BY MR. CERESNEY:
7         Q.   You can answer.  You can answer, Mr.
8    Bowen.
9         A.   No, I just said I don't -- I don't
10   know.  I don't know for sure.  That was all worked
11   through my agent.
12        Q.   Well, did you end up signing a two-way
13   contract with the Pacers for this season?
14        A.   Yes.
15        Q.   And all things being equal, is it fair
16   to say you would have preferred to have a Uniform
17   Player Contract?
18        A.   Yes.
19        Q.   But you weren't offered such a
20   contract?
21        A.   I'm not sure.
22        Q.   Well, did the Pacers offer you such a
23   contract?
24        A.   No.
25        Q.   Do you know why they didn't?

Brian Lamar Bowen, II                           January 7, 2021
Bowen v. Adidas

Page 235

1           Do you remember a little bit about
2    that, those questions?
3           A.    Do I remember a little bit about which
4    questions, that he asked me or --
5           Q.    The questions about your -- about --
6    Andrew asked you some questions about your father
7    going on a trip to New York.  Do you remember that?
8           A.    Yeah, yeah.
9           Q.    When he got -- when he got back, within
10   a month or two or any time, did he give you any
11   cash after he got back from New York?
12          A.    No, sir.
13          Q.    Australia, they film games, don't they,
14   down there?
15          A.    Yes.
16          Q.    Okay.  So any -- any NBA team could
17   have seen all the film they wanted about the season
18   you played down there; am I correct?
19          A.    Yes.
20          Q.    Okay.  Tell me all facts that you have
21   that support your claim that Merl Code did anything
22   to damage or harm you.
23          A.    Uh, I wouldn't have that.  My lawyers
24   would have everything.
25          Q.    You don't have any facts in your -- you

Brian Lamar Bowen, II                January 7, 2021
Bowen v. Adidas

Page 278

1          A.   I do not remember.

2          Q.   Who paid his -- who paid your legal

3     fees?

4          A.   I don't know.

5          Q.   Well, did you have a free lawyer or was

6     your lawyer somebody that --

7          A.   Ma'am, respectfully, I was -- I was 12

8     years old.  I don't know anything about that.  I

9     don't -- I was 12 years old.  I don't know.  I

10    really don't.

11         Q.   Okay.  Were you 12 or 14?

12         A.   I had to be 12 years old.

13         Q.   When you had a lawyer with you to be

14    interviewed by the FBI, who -- who paid for that

15    lawyer?

16         A.   Uh, my father, I believe, and then it

17    was -- I'm paying him through -- you know, saying

18    when I get my money back.

19         Q.   When you get what money back?

20         A.   Well, like, with my payments now that I

21    make, I pay my father, and he pays -- you know what

22    I'm saying -- from him paying the lawyer in the

23    past.  And I have all of my invoices and everything

24    so, you know...

25         Q.   So your dad says you owe him money?

Brian Lamar Bowen , II                    January 7, 2021
Bowen v. Adidas

Page 314

1    study?

2          Q.   Were you planning to study for your

3    courses?

4          A.   Yeah, I kind of had to --

5          Q.   Okay.  Were you planning --

6          A.   -- to be eligible to play.

7          Q.   Were you planning to go to class?

8               THE COURT REPORTER:  Say that again.

9               THE WITNESS:  I went to class.  I went

10   to class.

11   BY MS. BARBIER:

12         Q.   Okay.  You went to class, right?

13         A.   Yes.

14         Q.   And you had to study for those classes,

15   right?

16         A.   Yes.

17         Q.   And you were taking challenging courses

18   in the business school, right?

19         A.   Yes.

20         Q.   And that takes a significant amount of

21   time; doesn't it?

22         A.   Yes.

23         Q.   And if you're not in school, you don't

24   have to spend any of that time studying or going to

25   class; do you?

Brian Lamar Bowen , II                        January 7, 2021
Bowen v. Adidas

Page 315

1          A.   No.

2          Q.   You could have spent that time working

3     out and honing your basketball skills, correct?

4          A.   Yes.

5          Q.   So one could say that you really have a

6     better opportunity to improve your basketball

7     skills and grow as a professional if you're not in

8     school, right?

9          A.   They can say that, yes.

10         Q.   Right.

11              So the fact that you weren't in school

12    for a year actually could have played in your favor

13    in helping you become a better basketball player,

14    correct?

15         A.   I -- I don't know.

16         Q.   You didn't have to spend any time

17    studying, did you?

18         A.   No.

19         Q.   Or any time going to class?

20         A.   No.

21         Q.   You said that in -- previously that in

22    high school you wanted to get all of the playing

23    time that you could in college; is that right?

24         A.   Yes.

25         Q.   Okay.  How did you make the

Brian Lamar Bowen , II                     January 7, 2021
Bowen v. Adidas

Page 340

1          A.    Yes.

2          Q.    Who was it?

3          A.    Charlotte Hornets.

4          Q.    Okay.  So is it fair to say that LaMelo

5    Ball, he didn't go to college, he went to the

6    Australian Professional Basketball League and he

7    was drafted Number 3 in the 2020 draft; do I have

8    that right?

9          A.    That sounds about right.

10         Q.    Any idea why LaMelo Ball got drafted in

11   the NBA draft, but you didn't?

12         A.    I'm not sure.

13         Q.    If you had to take a guess, any idea?

14               MR. MCLEOD:  Object to the form.

15               THE WITNESS:  I don't know why he got

16   drafted.

17   BY MR. LINDHOLM:

18         Q.    All right.  Brian, I want to spend a

19   couple minutes just going through some

20   eligibility-related questions and walking through

21   what happened with Louisville.

22               I think we talked about before -- we

23   said that the first time -- I think you testified

24   the first time that you heard from Louisville and

25   their compliance department was then someone

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.