# EXHIBIT 17

Recorded Conversation between M. Sood, M. Code, and J. D'Angelo

```
 1                       UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF NEW YORK
 2


 3
     -----------------------------x
 4                                :
     UNITED STATES OF AMERICA     :
 5                                :
     v.                           :       S2 17 Cr. 686 (LAK)
 6                                :
     James Gatto,                 :
 7   Merl Code, and               :
     Christian Dawkins,           :
 8                                :
              Defendants.         :
 9                                :
     -----------------------------x
10


11


12


13


14
                         Recorded Conversation
15                          989-493-4317


16


17
                      Date: July 10, 2017
18                    Time: 12:43:19 PM
                      Session Number: 17
19                    Participants: Munish Sood
                                    Merl Code
20                                  Jeff


21


22
                      (U/I) - UNINTELLIGIBLE
23                    (PH)  - PHONETIC SPELLING


24


25
```

GOVERNMENT EXHIBIT 57T
S2 17 Cr. 686 (LAK)

| | | |
|---|---|---|
| 1 | SOOD: | Hey, Jeff, it's Munish. |
| 2 | JEFF: | Hey, Munish, what's going on? |
| 3 | SOOD: | Hey, I got uh Merl on the phone, okay. |
| 4 | CODE: | Merl. |
| 5 | JEFF: | Merl, right? |
| 6 | CODE: | No, no.  Hold on. |
| 7 | SOOD: | Hello. Hey guys. |
| 8 | CODE: | Hello. |
| 9 | SOOD: | Hey guys. |
| 10 | JEFF: | Hello. |
| 11 | SOOD: | Hey, Jeff.  Hey, Jeff, Merl.  You guys are all on. |
| 13 | JEFF: | Oh, good.  Nice job.  What's going on? |
| 14 | CODE: | Thank you.  Thank you. |
| 15 | SOOD: | So hey, sorry for my voice again.  And it is not because I was partying too much (U/I). |
| 17 | CODE: | I don't believe that, but okay. |
| 18 | JEFF: | Yeah, me neither. |
| 19 | SOOD: | All right, all right, whatever.  Um, this shouldn't take too long but, Merl, as you know, um, Christian is helping the Bowen family out. |
| 23 | CODE: | Yes. |
| 24 | SOOD: | And my -- |
| 25 | CODE: | Well, yeah.  I'm helping the Bowen family |

| | | |
|---|---|---|
| 1 | | out, but yeah.  Go ahead. |
| 2 | SOOD: | Well, let me start, let me start again.  I |
| 3 | | hear you.  Merl is helping the Bowen family |
| 4 | | out.  Yeah, but I guess the father was |
| 5 | | expecting money today. |
| 6 | CODE: | So, yeah.  So let me, let me kind of give |
| 7 | | you guys the back story so you'll kind of |
| 8 | | know what's going on.  So certainly, man, |
| 9 | | you guys are being introduced to, you know, |
| 10 | | shoe wars and how stuff happens with kids |
| 11 | | and getting into particular schools and so |
| 12 | | this is kind of one of those instances where |
| 13 | | we needed to step up and help one of our |
| 14 | | flagship schools in Louisville, you know, |
| 15 | | secure a five-star caliber kid.  So |
| 16 | | obviously that helps, you know, our |
| 17 | | potential business in terms of, in terms of |
| 18 | | Adidas. |
| 19 | JEFF: | In terms of an Adidas school, yeah. |
| 20 | CODE: | Right.  And then as an Adidas school. |
| 21 | JEFF: | An Adidas school. |
| 22 | CODE: | Yes.  Jeff? |
| 23 | JEFF: | Go ahead, sorry, I was just tuning out for a |
| 24 | | second.  Sorry. |
| 25 | CODE: | Okay.  So, so, yeah.  So, you know, we had |

| | |
|---|---|
| 1 | to do some things to help in -- from that |
| 2 | vantage point.  So long story short, it's |
| 3 | got to go through some, some processes, um, |
| 4 | and steps and what have you to -- and it |
| 5 | takes a while.  So we're talking another two |
| 6 | or three weeks before it really runs through |
| 7 | the corporate structure and dad was – dad's |
| 8 | expectations were, you know, Christian was |
| 9 | going to be able to able him to do some |
| 10 | things, you know, a month ago. Um. And so |
| 11 | that obviously hasn't happened so Christian |
| 12 | called me and said, hey, I'm going to lean |
| 13 | on Jeff and Munish, um, to get it done. |
| 14 | Would you mind, you know, just making sure |
| 15 | that they were, um, aware of the situation |
| 16 | and with the understanding that, that they |
| 17 | would be reimbursed.  And I said "no, I have |
| 18 | no problem with that."  So that's kind of |
| 19 | what, what it is and what happened and how |
| 20 | it happened.  So yes, it's in process. |
| 21 | We've already done our part on our end. |
| 22 | We're waiting for um purchase orders and |
| 23 | numbers and that kind of stuff to come back |
| 24 | and go through the accounts payable system |
| 25 | and so it is in process.  Um, but again, |

| | | |
|---|---|---|
| 1 | | will take probably another two or three |
| 2 | | weeks. |
| 3 | JEFF: | So, Merl, just so, just so -- because this |
| 4 | | is obviously all new to me and -- |
| 5 | CODE: | Sure. |
| 6 | JEFF: | -- the expert -- and you're the expert here. |
| 7 | | Um. So this is something that Adidas does |
| 8 | | with obviously top, top, top kids going to |
| 9 | | Adidas schools where they, they, they will, |
| 10 | | they're able to give them some type of |
| 11 | | compensation like people using (U/I). |
| 12 | CODE: | So no -- no.  I mean when I say no, again, |
| 13 | | it's not a situation where, you know, we |
| 14 | | partake in, so we're actually taking care of |
| 15 | | the relationship with Christian, right.  So |
| 16 | | that whatever, whatever he will decide to do |
| 17 | | or how he will decide to do it, so it's |
| 18 | | really him helping us, third party, but |
| 19 | | we're not, we're not engaging in any |
| 20 | | monetary relationship with uh, a, um, |
| 21 | | amateur athlete.  We're engaging in a |
| 22 | | monetary relationship with a business |
| 23 | | manager and whatever he decides to do with |
| 24 | | it, that's between him and the family. |
| 25 | JEFF: | Got you. |

```
 1  CODE:      Um. You know, so no, we don't -- we can't.
 2             You know what I mean, we can't --
 3  JEFF:     Right.
 4  CODE:     --get involved directly in those kind of
 5            situation scenarios but certainly when it
 6            helps one of our flagship schools, you know,
 7            we're more apt to try to help that business
 8            manager or that particular agent or -- you
 9            know, because that's, you know, helps them
10            and it helps us.
11  JEFF:     And then --
12  CODE:     But we don't, you know, we don't directly do
13            it.
14  JEFF:     Right, right.  Explain it better than I
15            guess then from what Munish was telling me
16            yesterday, I guess this kid or the dad was
17            promised 100,000 over the year, 25,000 a
18            quarter, does that sound right?
19  CODE:     Yes.
20  JEFF:     And then -- now, has he, has he received a
21            payment yet or this is the first one and he
22            was just expecting it sooner?
23  CODE:     I think, I think Christian had said, uh -- I
24            think at the time Christian was there, he
25            would have received his first installment
```

```
 1                      sooner.
 2  JEFF:   Okay.  So he hasn't yet.  So this will be
 3          his first, first payment.
 4  CODE:   Yes, yes.
 5  JEFF:   So, um, so if, if, uh I'm able to help, you
 6          know, obviously Christian and you guys with
 7          this payment -- how does it work going
 8          forward?  Like will I have help like --
 9  CODE:   Well, no.  It will be a -- it should be a
10          one-time only um situation.  You shouldn't
11          be involved in this afterward, because the
12          process should have been established and
13          going forward, you shouldn't have any
14          involvement.
15  JEFF:   And then --
16  CODE:   So it should just be a one-time deal.
17  JEFF:   One.  Okay.  And then Adidas will pick up
18          the remaining three payments once everything
19          gets sorted out, I guess.
20  CODE:   We'll, we'll, we'll make sure Christian has
21          whatever he needs.
22  JEFF:   Right, right, right.  Yeah, yeah, yeah.  I
23          got you.
24  CODE:   Yes, yes.
25  JEFF:   Okay.  All right.  That sounds good.  So
```

| | | |
|---|---|---|
| 1 | | then how does the money um exchange hands? |
| 2 | | Like is it the cash?  Is it wire? |
| 3 | CODE: | From who to who?  From -- I'm not sure what |
| 4 | | Christian does with his relationship with |
| 5 | | the family.  I'm not -- |
| 6 | JEFF: | So I guess, so I guess if I laid it out, how |
| 7 | | am I going to get that? |
| 8 | CODE: | I would suggest, I would suggest for, for |
| 9 | | cleanliness and lack of, lack of questions, |
| 10 | | I would always assume cash is better, right? |
| 11 | JEFF: | Yeah, I would -- yeah. |
| 12 | CODE: | For reimbursement, certainly that can happen |
| 13 | | a number of ways.  If you don't care, then |
| 14 | | certainly it could be via check.  If you do |
| 15 | | care, it could be by other means. |
| 16 | JEFF: | Okay.  Okay. |
| 17 | SOOD: | Merl, so, um Merl, when you help Christian |
| 18 | | or anyone like him, is it typically a check |
| 19 | | or a wire you would send to these guys and |
| 20 | | then that's their problem? |
| 21 | CODE: | Well, yeah.  Typically it will be a -- |
| 22 | | because I need to be able to use it -- |
| 23 | SOOD: | Right. |
| 24 | CODE: | -- because he's basically getting paid as a |
| 25 | | consulting fee so he can incur whatever |

| | | |
|---|---|---|
| 1 | | taxes or whatever, you know, because I don't |
| 2 | | want to, I don't want to get into that |
| 3 | | fight. |
| 4 | SOODE: | Yeah, right. |
| 5 | CODE: | So, so for us, he'll be -- cut a check that |
| 6 | | will, that will say consulting fees, and |
| 7 | | that will be done and then -- however he |
| 8 | | decides to disseminate those funds |
| 9 | | afterwards is on him. |
| 10 | SOOD: | Right, but could you pay the management |
| 11 | | company because as you know, we have this |
| 12 | | company called Loyd Management. |
| 13 | CODE: | Yeah, I mean, we can, we can cut the check |
| 14 | | to whoever needs the check to be cut to. |
| 15 | JEFF: | Okay. Perfect. So then can -- |
| 16 | CODE: | But it won't be -- so it won't come directly |
| 17 | | from, um, because we can't have a, again, a |
| 18 | | direct relationship with a management |
| 19 | | company. |
| 20 | SOOD: | All right. |
| 21 | CODE: | So, so what will happen was it'll go to a -- |
| 22 | | it's in process to go to a 501(c)(3). |
| 23 | JEFF: | Okay. |
| 24 | CODE: | Right. And then that 501(c)(3) will then |
| 25 | | cut the check wherever you guys need it to |

| | | |
|---|---|---|
| 1 | | be cut. |
| 2 | SOOD: | Okay, got it. |
| 3 | JEFF: | Okay.  All right.  And then, and then, um -- |
| 4 | | and I'm assuming the fact that Christian's |
| 5 | | involved, I guess so this this money, |
| 6 | | whatever Christian is doing with the family, |
| 7 | | um, how you guys are helping him, uh, I |
| 8 | | guess the the kid's father, he's already |
| 9 | | been -- like he's already on the same page |
| 10 | | that like – |
| 11 | CODE: | Yes. |
| 12 | JEFF: | -- ultimately like we think this kid is |
| 13 | | coming to Christian and coming to you guys. |
| 14 | CODE: | Yes, there you go. |
| 15 | JEFF: | Okay. |
| 16 | CODE: | There you go, yes. |
| 17 | JEFF: | All right. |
| 18 | CODE: | That is, that is the rationale behind any of |
| 19 | | this taking place, so, yes. |
| 20 | JEFF: | Fantastic.  So how do I -- |
| 21 | CODE: | These are the kinds of situations that we, |
| 22 | | you know, we have our hands on. |
| 23 | JEFF: | And we, we talked about it when we met in |
| 24 | | New York, yeah. |
| 25 | CODE: | Right. |

```
 1  JEFF:    This is like exactly what we were talking
 2           about about getting in at the, at the right
 3           time with all of --
 4  CODE:    Sure.
 5  JEFF:    -- you know, with your wealth of connections
 6           and knowledge.  So how, how would we, how
 7           would -- so if I have to lay it out, it's
 8           got to go to -- it has to go to you first or
 9           it just needs to go to Christian?
10  CODE:    No, it goes to Christian.  I don't need to
11           touch it.
12  JEFF:    You don't need to touch it.
13  CODE:    No.
14  JEFF:    It just goes to Christian.
15  CODE:    Yeah, it goes to him --
16  SOOD:    Yeah.
17  CODE:    -- because he's going, he's going to be the
18           one dealing with dad and family, not me.
19  JEFF:    Okay.
20  CODE:    So I won't deal with dad and family until I,
21           you know, see them during the season and
22           that kind of deal.  So I'm -- I need --
23           there needs to be some separation, um, from
24           me and that, and then Christian's already
25           got an established relationship with, you
```

```
 1                     know, with the kid and his dad.
 2  JEFF:              Okay.  All right.  So we'll we'll try to -
 3  CODE:              Okay.
 4  JEFF:              Yeah, so let me um -- cause obviously we
 5                     want to try to get an answer today.  I just
 6                     need like a couple hours, maybe I'll try to
 7                     have an answer to you like before you get on
 8                     the plane, and then, uh we'll just figure
 9                     out the logistics of the money.
10  SOOD:              All right. That's perfect.
11  CODE:              So give me -- today is the 10th.  So, um by
12                     my guestimation, by the 25th, this should be
13                     done.  It should be finished around then.
14  JEFF:              The twenty - you (U/I) you just said.  My
15                     phone lost connection.
16  CODE:              I said by the -- yeah, by the 25th of this
17                     month, you know.
18  JEFF:              This month.
19  CODE:              I said probably within a couple weeks
20                     before, before this whole thing in process
21                     is taking, taking, uh taking shape.  So I'm
22                     saying it should take shape in the next two
23                     weeks, so by the 25th of this month, it
24                     should have been –
25  JEFF:   Returned in full.
```

```
                                                            12

 1  CODE:           -- in hand, absolutely.

 2  JEFF:           Okay.  And then obviously, if it's -- you'll

 3                  just keep us posted.

 4  CODE:           I'll keep you posted of something if there's

 5                  any delays or hiccups or what have you.

 6  JEFF:           Delay.

 7  CODE:           But there shouldn't be.  I mean I'm

 8                  expecting a purchase order sometime between

 9                  today and Wednesday.

10  JEFF:           Okay.
```

14

14

15



12        (End of recording)

13

14

15

16

17

18

19

20

21

22

23

24

25

15