# EXHIBIT 41

Rosenthal Dep. Tr

Page 1

1             UNITED STATES DISTRICT COURT
2        IN AND FOR THE DISTRICT OF SOUTH CAROLINA
3                   COLUMBIA DIVISION
4   BRIAN BOWEN, II,              )
                                   )
5                  Plaintiff,   )  C/A No.
                                   )   3:18-3118-JFA
6   vs.                            )
                                   )
7   ADIDAS AMERICA, INC.; JAMES )
    GATTO; MERL CODE; CHRISTIAN )
8   DAWKINS; MUNISH SOOD; THOMAS)
    GASSNOLA; and CHRISTOPHER   )
9   RIVERS,                        )
                                   )
10                 Defendants.  )
    _____)
11
12
13
14
15       VIDEOTAPED VIDEOCONFERENCE DEPOSITION
16             OF BRANDON MICHAEL ROSENTHAL
17               THURSDAY, JANUARY 14, 2021
18
19
20
21
22
23
24  Reported by:  Monice K. Campbell, CA CCR No. 14171
25  Job No.: 4414825

```
 1         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
 2     BRANDON MICHAEL ROSENTHAL, held on THURSDAY, JANUARY
 3     14, 2021, at 10:08 a.m., before Monice K. Campbell,
 4     Certified Court Reporter, in and for the State of
 5     California.
 6
 7     VIRTUAL APPEARANCES:
 8     For the Plaintiff:
 9             MCLEOD LAW GROUP LLC
                BY:   COLIN V. RAM, ESQ.
10              BY:   COOPER WILSON, ESQ.
                3 Morris Street
11              Charleston, South Carolina  29403
                843.277.6655
12              colin@mcleod-lawgroup.com
                cooper@mcleod-lawgroup.com
13
14     For the Defendant Adidas America:
15              DEBEVOISE & PLIMPTON
                BY:   MATTHEW FORBES, ESQ.
16              BY:   MELANIE CALERO, ESQ.
                913 Third Avenue
17              New York, New York  10022
                212.909.6886
18              mforbes@debevoise.com
                mcalero@debevoise.com
19
20     For the Defendant Gatto:
21              DEBORAH B. BARBIER LAW OFFICES
                BY:   DEBORAH B. BARBIER, ESQ.
22              1811 Pickens Street
                Columbia, South Carolina  29201
23              803.445.1032
                dbb@deborahhbarbier.com
24
25
```

```
 1   APPEARANCES:
 2   For the Defendant Rivers:
 3             NELSON MULLINS
               BY:  ROBERT L. LINDHOLM, ESQ.
 4             BY:  WESLEY MORAN, ESQ.
               One Wells Fargo Center, 23rd Floor
 5             301 South College Street
               Charlotte, North Carolina  28202
 6             704.417.3000
               robert.lindholm@nelsonmullins.com
 7             wesley.moran@nelsonmullins.com
 8   For the Defendant Code:
 9             FINGER, MELNICK & BROOKS P.A.
               BY:  TERRY A. FINGER, ESQ.
10             35 Hospital Center Commons
               Hilton Head, South Carolina  29926
11             843.681.7000
               tfinger@fingerlaw.com
12
13   For the Defendant Bowen Senior:
14             GOINGS LAW FIRM, LLC
               BY:  JESSICA L. GOODING, ESQ.
15             BY:  CHRISTOPHER M. PASCHAL, ESQ.
               1510 Calhoun Street
16             Columbia, South Carolina  29201
               803.350.9230
17             jgooding@goingslawfirm.com
               cpaschal@goingslawfirm.com
18
19   Also Present:
20             CASSIE COOK
21             FRITZ SPERBERG, VIDEOGRAPHER
22
23
24
25
```

Page 4

```
 1                      I N D E X
 2   BRANDON MICHAEL ROSENTHAL                              PAGE
 3   Examination By Mr. Forbes                                 8
 4   Examination By Mr. Finger                               154
 5   Examination By Mr. Moran                                160
 6   Examination By Ms. Barbier                              180
 7   Examination By Mr. Wilson                               264
 8
                          E X H I B I T S
 9
     NUMBER            DESCRIPTION                          PAGE
10
     Exhibit BR1    2016 Statement of Information             21
11
     Exhibit BR2    2019 Statement of Information             21
12
     Exhibit BR3    Rosenthal Agent Agreement                 32
13
     Exhibit BR4    NBL Contract                              42
14
     Exhibit BR5    0597_001, Emails Re: Fully                48
15                  Executed Player Contract
16   Exhibit BR6    NBL Ambassador Agreement                  52
17   Exhibit BR7    Forbes Article, Australian Set Up         52
                    Brian Bowen II for the NBA
18
     Exhibit BR8    Bowen Sr. Text Messages, 000196           58
19
     Exhibit BR9    Printout from Rivals.com                 103
20
     Exhibit BR10   Brian Bowen at La Lumiere School         103
21                  Recruit Rank History
22   Exhibit BR11   Brian Bowen - Basketball                 104
                    Recruiting - Player Profiles -
23                  ESPN
24   Exhibit BR12   Trevon Duval Wikipedia                   105
25
```

```
                       E X H I B I T S
 NUMBER              DESCRIPTION                              PAGE
 Exhibit BR13   Trail Blazers Select Anfernee                  112
                Simons with No. 24 Pick in 2018
                NBA Draft
 Exhibit BR14   Terrance Feguson International                 117
                Stats

 Exhibit BR15   Brian Bowen's International Stats              120

 Exhibit BR16   2019 NBA Draft - Wikipedia                     125

 Exhibit BR17   2020 NBA Draft - Wikipedia                     125

 Exhibit BR18   People of the State of Michigan                133
                vs. Brian Lamar Bowen, II
 Exhibit BR19   Player Contract Information Form               136
 Exhibit BR20   National Basketball Association                136
                Uniform Player Contract

 Exhibit BR21   Email Re: Invoices                             145

 Exhibit BR22   Tax Invoice                                    146

 Exhibit BR23   3/2019 Email Re: Travel Back to                150
                the US
 Exhibit BR24   March 2019 Email, Re: Travel back              151
                to the US

 Exhibit BR25   Draft Combine Schedule                         154
```

Page 72

1  locked in on the top of the draft, so he was kind
2  of having his scouts -- I mean, he was new,
3  relatively, over there, so he was kind of moreso,
4  hey, scouts say they like him; we're going to
5  continue to get more info as the draft gets closer.
6       Q.   But they weren't focused on him
7  because he wasn't at the top of the draft?
8       A.   He wasn't a top ten -- he wasn't expected
9  to be top ten for that draft.
10      Q.   And Bowen Jr. ultimately was not
11 drafted by any of these teams in the 2019 draft;
12 is that right?
13      A.   Correct.
14      Q.   Going back to this text message chain
15 with Bowen Sr., why are you communicating with
16 Bowen Sr.?
17      A.   Because we communicate with all family
18 members of our players to kind of keep them
19 up-to-date and let them know kind of where guys
20 are -- you know, how they're doing, what's the
21 latest.  You know, it's from draft prospects to
22 rookies to veterans.  Because we're a boutique
23 firm, we kind of take that family approach, so we
24 reach out to everybody around a player.
25      Q.   So this is a 25-page document, and it

1  on their comfort level.
2       Q.   All right.  Okay.  Let's move on -- we
3  can step back.  Let's focus on the NBA draft
4  more generally.
5            Can we agree that a successful career in
6  the NBA is never a certainty for any high school
7  athlete?
8       A.   Yes.
9       Q.   Can we also agree that no high school
10 athlete has a right to be drafted?
11      A.   Correct.
12      Q.   Lots of things can develop in high
13 school and college that might affect whether and
14 what kind of professional career an amateur
15 athlete has, right?
16      A.   Yes.
17      Q.   Is one factor their development as a
18 basketball player?
19      A.   It can be.
20      Q.   Can another factor that affects a
21 professional career be an injury or injuries?
22      A.   Yes.
23      Q.   Can personal conduct affect an
24 athlete's ability to have a successful
25 professional career?

Page 98

1    A.   I mean, at times.  Pretty rare, if the
2    talent, you know, is there.
3    Q.   Can the performance of the high school
4    or college team affect whether and what kind of
5    professional career an athlete has?
6    A.   The performance from the team as a whole?
7    Q.   Correct.
8    A.   I mean, yes.  I think a smaller factor,
9    but it could.
10   Q.   It's a factor, though?
11   A.   Potentially.  I mean, these are all
12   questions that I think teams would have to answer,
13   but yeah.
14   Q.   They're potential factors, though?
15   A.   Potential factors.
16   Q.   Is it also fair to say that no amateur
17   athlete has a right to be drafted in the first
18   round of the NBA draft?
19   A.   Has the right to be drafted?
20   Q.   Correct.  The right.
21   A.   No.
22   Q.   No, it's not correct, or --
23   A.   No, they don't have the right.
24   Q.   In your mind, was Bowen Jr. certain to
25   be a first-round draft pick?

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.