

Deposition of:
# Trevor J. Ames

*December 2, 2020*

In the Matter of:

# Bowen v. Adidas

A. William Roberts, Jr & Assoc.
800-743-3376 | calendar-awr@veritext.com | www.veritext.com

CONTAINS CONFIDENTIAL MATERIAL                    December 2, 2020
Bowen v. Adidas

Page 1

1                UNITED STATES DISTRICT COURT
2         IN AND FOR THE DISTRICT OF SOUTH CAROLINA
3                     COLUMBIA DIVISION
4
                                       )
5       BRIAN BOWEN, II,                )
                                       )
6              Plaintiff,               )
                                       )
7              v.                       )  C/A No.
                                       )  3:18-3118-JFA
8       ADIDAS AMERICA, INC.; JAMES     )
        GATTO; MERL CODE; CHRISTIAN     )
9       DAWKINS; MUNISH SOOD;           )
        THOMAS GASSNOLA; and            )
10      CHRISTOPHER RIVERS,             )
                                       )
11             Defendants.              )
                                       )
12
13            VIDEO CONFERENCE DEPOSITION OF
14                   TREVOR J. AMES
15            Contain Confidential Material
16            Taken in behalf of Plaintiff
17                      *   *   *
18                 December 2, 2020
19                 Portland, Oregon
20
21
22
23      Shannon K. Krska,
24      CSR, CCR
25      Court Reporter

A. William Roberts, Jr & Assoc.                    800-743-3376
A Veritext Company                                 www.veritext.com

Page 42

1  store -- you know, if you had notes or, you
2  know, your own Excel models, that type of thing,
3  where did you store that information?  Was that
4  on a centralized server or was it sort of on
5  your desktop or somewhere else?  How did that
6  work?
7         MR. FORBES:  Objection.
8         THE WITNESS:  All of -- all of -- I
9  would say most of my financial documents were
10 stored on our internal drive.
11    Q.  (By Mr. Ram)  The internal drive.  Did
12 that internal drive have a name?
13    A.  We call it the N drive, but I don't -- I
14 don't know what the -- if there's more to that.
15    Q.  Okay.  You said N as in Nancy or --
16    A.  Yes, correct.
17    Q.  All right.
18        Are you familiar with the term budget
19 codes?
20    A.  Yes.
21    Q.  What are budget codes?
22    A.  It's a combination of your -- the GL
23 number, the company code, and the -- could be
24 the internal order number or a cost center,
25 depending on what the spend is, but it was --

Page 43

1  the budget code was there to -- to put the --
2  the -- to put the spend in the right category I
3  guess.
4     Q.  When you say put the spend in the right
5  category, does that mean to essentially assign
6  whatever money was spent to a particular vendor
7  or individual or company that was paid out?
8     A.  So one example would be a contract
9  payment, we would want to make sure that it goes
10 to the correct cash GL line, and then we'd also
11 want that spend to be coded to the correct in
12 this case internal order number that was
13 associated with the contract.
14    Q.  All right.  Are budget codes the same
15 thing as vendor numbers?
16    A.  No.
17    Q.  What's the difference between a budget
18 code and a vendor number?
19    A.  A vendor number is -- is the -- is the
20 number that signifies who is the -- who is
21 receiving the payment.  A budget code is --
22 is -- is something different that's more on
23 the -- the budgeting forecasting actuals side.
24    Q.  All right.  So is the budget code the
25 code for the -- I guess you said either -- the

Page 44

1  general ledger account that's being expensed
2  against that's being paid to the vendor?
3     A.  Yes.
4     Q.  All right.  So you can have multiple
5  vendors who submit invoices be expensed against
6  the same budget code.  Correct?
7     A.  That could happen.
8     Q.  All right.  And that wouldn't be
9  unusual, would it?
10    A.  No.
11    Q.  All right.  Do you recall whether
12 grassroots basketball, how many budget codes
13 were assigned to that unit?
14    A.  I don't remember.
15    Q.  Okay.  Was it more than one or how
16 granular were -- are the budget codes for sports
17 marketing?
18    A.  It was up to the budget owner how they
19 would like to -- we would like to have more to
20 help signify what the spend is for easily.
21    Q.  Was that important to do, to have the
22 right budget code for different expenses?
23    A.  It was -- it was important to have it --
24 have it correct.
25    Q.  And just why is it important to have it

Page 45

1  correct?
2     A.  So we can -- so we could quickly see
3  what a spend was -- was for.
4     Q.  All right.  If the wrong budget code is
5  assigned to a spend or an expense, would the
6  company's books and records be accurate at that
7  point?
8     A.  If -- if it was incorrect, we would --
9  we could do a re-class to the correct -- to the
10 correct budget code if necessary.
11    Q.  All right.  And if there was no re-class
12 done or there was no request to re-class from
13 one budget code to another, would the books and
14 records be accurate?
15    A.  It would -- it would still fall under
16 the marketing group overall, so it would still
17 be accurate in that sense.  But we like to try
18 to keep those as -- we would try to make it as
19 accurate as possible down to the internal order
20 number.
21    Q.  All right.
22        Okay.  And, again, it's a common sense
23 question, but why -- why would you try to keep
24 it as accurate as possible?
25    A.  So we could have better visibility

Page 46

 1  into -- into what the spend was for and help the
 2  team stay on -- stay on budget.
 3     Q.  Okay.
 4         How you doing right now?  Do you want to
 5  take a quick break or are you all right?
 6     A.  Quick break would be -- would be great.
 7     Q.  Okay.  Let's take just a quick
 8  five-minute break and we'll reconvene in five
 9  minutes.
10         Before we do, I just want to remind you,
11  to the extent you have any discussions with
12  anybody, I'm going to ask you to -- to describe
13  those discussions to me when we get back.  And
14  also if you talk to any attorneys about the
15  substance of your testimony, they're going to be
16  obligated to -- to disclose that as well on the
17  record.  So just want to give you fair warning
18  before we go on a break.
19     A.  Okay.
20     Q.  All right.  Good deal.  We'll come back
21  in five or so minutes.
22         (Recess:  10:51 a.m. to 11:04 a.m.)
23     Q.  (By Mr. Ram)  All right.  Let's go ahead
24  and get started again then.
25         Trevor, do you have any -- during the

Page 47

 1  break did you have any conversation regarding
 2  your testimony with anybody?
 3     A.  No.
 4     Q.  I'm sorry, what was that?
 5     A.  No.
 6     Q.  All right.  Thank you.
 7         In the -- the 2015 to 2017 time frame
 8  while you were a financial analyst in sports
 9  marketing, did you have any involvement in the
10  processing of invoices for payments?
11     A.  Yes.
12     Q.  Okay.  And are -- are you familiar with
13  the process that -- that was used in 2015
14  through 2017 for invoice approval and payment
15  for sports marketing?
16     A.  There was, at that time, a --
17         We're having an echo.
18         There was a -- there was a couple
19  different ways -- sorry, I'm getting --
20     Q.  There was a couple different processes?
21     A.  Apologize, I'm getting a big echo.
22         MR. FORBES:  Yeah, I'm hearing that as
23  well.  Shannon or Colin, is that you maybe?
24         MR. RAM:  I only have -- are you hearing
25  it right now from me?

Page 48

 1         THE WITNESS:  I'm not.
 2         MR. FORBES:  No.
 3     Q.  (By Mr. Ram)  Okay.  Well, if it comes
 4  back, let us know.
 5     A.  Okay.
 6     Q.  All right.  So -- and I wasn't sure what
 7  your prior response was.  I think -- did you say
 8  there was multiple processes during 2015 to 2017
 9  for approving invoices for payment for sports
10  marketing?
11     A.  Yes.  There was a couple, a couple
12  different ways.
13     Q.  All right.  Can you -- can you describe
14  those processes for us, please?
15     A.  One way was through our PO system which
16  was through SAP, another way was a manual
17  invoice approval process, and another way would
18  have been our contract payment approval process.
19     Q.  All right.  Let's start with the first
20  process.  What did you describe that as?  What
21  was the term you used for the first process?
22     A.  I used PO, but it stands for purchase
23  order process.
24     Q.  Okay.  And what is the -- the PO
25  process?

Page 49

 1     A.  Someone would submit a PO through our PO
 2  system and -- and, based on the value, they
 3  would have to put in the -- and based on the
 4  value --
 5         THE REPORTER:  I'm not able to catch
 6  this.
 7     Q.  (By Mr. Ram)  Okay.  Hold on.
 8         Yeah.  The connection there was breaking
 9  up I think for us.  Do you mind repeating that,
10  that response, please?
11     A.  Sure.  The PO process where someone
12  would submit a PO by putting in the budget code
13  for the GL line item as well as the internal
14  order number.  They would also have to put in
15  the vendor number.  And it was all through SAP
16  or our PO system.  And based on the value, it
17  would get approved by different people before we
18  would have a purchase order created.
19     Q.  All right.
20         Shannon, were you able to get that?
21         THE REPORTER:  Yes.  Thank you.
22     Q.  (By Mr. Ram)  And with that -- that PO
23  process, who could -- who could enter that
24  information into SAP?  Who was authorized to do
25  that?

Page 50

1  A.  It would have been someone -- anyone on
2  the marketing -- marketing team.
3  Q.  All right.  And were there -- you
4  mentioned that there's different approvals
5  depending on the invoice.  Was there a threshold
6  -- dollar amount threshold that determined what
7  types of approvals the invoice would receive?
8  A.  There were dollar thresholds.  I -- I
9  can't remember what the exact thresholds were.
10  Q.  Do you have a ballpark sense of what
11  they were in terms of hundred dollars, 10,000,
12  $20,000?
13  A.  I don't -- I don't remember the
14  specifics part of that.
15  Q.  Okay.  Was -- was that -- was that
16  documented somewhere in terms of what the
17  threshold values were for various approvals?
18  A.  It -- it would have been documented.
19  Q.  Do you know where it would be
20  documented?
21  A.  I don't know.
22  Q.  Okay.  Would you have had access to that
23  in your job as a financial analyst?
24  A.  Yes.
25  Q.  Okay.  Would that have been -- I mean,

Page 51

1  how would you have gone about it?  I mean, if
2  somebody asked you today, hey, you know, what
3  were the thresholds we used for different
4  approvals in 2016 and 2017, where would you look
5  to find that information?
6  A.  I would either look at -- there is a
7  what we call SRM which is our PO process.  There
8  is a portal that has training documents and --
9  and you can -- I believe you can request access
10  to it from there online, and so I would start
11  there.
12  Q.  And someone from that sports marketing
13  can enter -- do they enter a request into SAP
14  saying, hey, please process this purchase order?
15  Is that -- is that what you're referring?  Or is
16  there a different process?
17  A.  They would -- they would put in the PO
18  into the system.  The PO would get -- if it got
19  approved, it would come back with a purchase
20  order that would be sent to the vendor.  And
21  then the vendor -- once the -- once the service
22  was received, the vendor would then submit the
23  invoice to an email collection box.  And if it
24  had --
25       There were a bunch of -- there was a few

Page 52

1  criteria that it had to hit in order to be
2  accepted, one of them being the purchase order
3  number.  And if that matched with the amount of
4  the purchase order, then it would be processed
5  for payment.
6  Q.  Okay.  Did you -- as a financial analyst
7  in the marketing finance group, did you have
8  visibility into that PO process?  In terms of
9  somebody from sports marketing enter the data
10  into SAP, would that come across your desk at
11  some point?
12  A.  Because I did -- I did not have
13  approval -- I wasn't able to approve things, it
14  wouldn't -- during the approval process it would
15  not have come across my desk.
16  Q.  All right.  Who -- who had authority to
17  approve invoices within marketing finance?
18  A.  It would have been the budget owners as
19  well as finance had to approve if it was above a
20  certain amount as well as different thresholds
21  from there.  So it would go up, senior director
22  of sports marketing would have to approve if
23  it's -- if it's above a certain amount as well.
24  Q.  All right.  And would Lindsay -- from
25  the finance point of view, marketing finance,

Page 53

1  would it be Lindsay Harksen who had that
2  approval authority?
3  A.  Yes.
4  Q.  All right.  Did anyone else in marketing
5  finance, other than Lindsay, have authority to
6  approve invoices?
7  A.  If it was above a certain amount, we
8  would need approval from our VP of finance.
9  Q.  Okay.  And who was the VP of finance at
10  the time?
11  A.  It -- I believe it changed during that
12  time.  At first when I first started it was
13  somebody named Klaus Flock, and currently it's
14  Annie Mitchell.
15  Q.  All right.  Was Klaus based in the US or
16  was he based overseas?
17  A.  He was based in the US.
18  Q.  And is Amy (sic) Mitchell, is she based
19  in the US as well?
20  A.  Yes.
21  Q.  All right.  And so the second process
22  you mentioned was the manual process.  Can you
23  please describe that for us?
24  A.  It's a process where someone from the
25  marketing team would send -- in my case where I

Page 54

 1  had involvement with, they would send me an
 2  invoice. I would then put in the -- the vendor
 3  and the budget code information based on --
 4  based on what the invoice says, and then I would
 5  get approvals from the -- the business -- budget
 6  owner finance approval as well as I would -- I
 7  would get senior director of sports marketing
 8  approval as well.
 9      Q. All right. And who was the senior
10  director of sports marketing at the time?
11      A. Chris McGuire.
12      Q. All right. And so when you -- you said
13  somebody from sports marketing would send you an
14  invoice. And I guess that's what the manual
15  process is. Right? You would manually
16  receiving the invoice?
17      A. Correct.
18      Q. All right. Would that be sent to you
19  through email?
20      A. Could be email, could be drop -- drop
21  off an invoice at my desk.
22      Q. All right. And we'll take a look at
23  some of these in a few minutes.
24           And so what do you -- once you receive
25  that -- that invoice, whether it's dropped off

Page 55

 1  at your desk or emailed to you or transmitted
 2  some other way, what -- you know, what's your
 3  first step in processing that invoice?
 4      A. The first step would be to get the
 5  budget code and the vendor information on there
 6  where I would -- I would manually write that
 7  information on the invoice. And then from there
 8  I would get approvals.
 9      Q. All right. And so did you -- and I know
10  we talked about it, you don't recall exactly
11  what the approval threshold was, but was there
12  sort of a -- did the system tell you, you know,
13  if you enter the data into SAP, would it say,
14  okay, now you need to get approval from these
15  individuals, or was it -- was it up to you to
16  determine who gets --
17      A. If I --
18      Q. -- who has the approval authority?
19      A. If I did not have proper approvals, it
20  would be rejected from -- from accounts payable.
21      Q. From accounts payable?
22      A. Yes.
23      Q. Okay. Was that -- was that a manual
24  process in terms of rejection or -- or would
25  somebody, you know, a person within accounts

Page 56

 1  payable review it and reject it?
 2      MR. FORBES: Objection.
 3      THE WITNESS: I'm not -- I don't know
 4  what their -- exactly what their process was
 5  once they would receive the invoice.
 6      Q. (By Mr. Ram) All right. Would you get
 7  an automated notice either on software or email
 8  that the invoice has been rejected or would
 9  somebody pick up the phone or email you? I
10  mean, just how did that process work?
11      MR. FORBES: Objection.
12      THE WITNESS: I can't remember all the
13  different reasons. If -- I could -- one of the
14  ways that I would communicate with them is
15  through the ASPEN ticketing system.
16      Q. (By Mr. Ram) Okay. And once you get
17  the required approvals for a particular invoice,
18  did you say you submitted it over to accounts
19  payable at that point?
20      A. Yes.
21      Q. All right. Is your involvement in
22  the -- the invoice payment process completed
23  then or do you have any further tracking
24  responsibilities for it to make sure it actually
25  does get paid?

Page 57

 1      MR. FORBES: Objection.
 2      THE WITNESS: If -- if a business
 3  partner were to come back to me and ask that --
 4  where -- where a payment is in -- is in the
 5  process, I -- I could reach out to accounts
 6  payable in that regard. But once I submit it,
 7  it was not part of my process to -- to check in
 8  that sense.
 9      Q. (By Mr. Ram) Okay.
10          All right. I want to show you a
11  document I've marked as Exhibit Number 1. And
12  this is an invoice.
13          (Deposition Exhibit Number 1 marked for
14           identification.)
15      Q. (By Mr. Ram) Let me know when you're
16  able to pull it up on your screen there.
17          In the folder it should be marked as
18  Exhibit 1. And just go ahead and click on it.
19  And it's a three-page document.
20      A. I see it.
21      Q. Okay. And this is -- for the record,
22  it's -- it's an exhibit from the criminal trial.
23  It's Government Exhibit 1010.
24          And so I'd like, Trevor, if you can
25  scroll down to the third page of that document,