# Exhibit B

## 3/29/2021 C. Ram Letter to W. Taft and M. Richardson



Direct Dial: 843-614-6477                                    Email: colin@mcleod-lawgroup.com

March 29, 2021

**<u>VIA ELECTRONIC MAIL ONLY</u>**

William H. Taft V                                Matthew T. Richardson
Debevoise & Plimpton LLP                         Wyche, P.A.
919 Third Avenue                                 807 Gervais Street, Suite 301
New York, NY 10022                               Columbia, SC 29201


        Re.:     *Brian Bowen II v. Adidas America, Inc., et al.*

Dear Will and Matthew:

        On behalf of Plaintiff Brian Bowen II, we are writing to provide Defendant Adidas America, Inc. ("Adidas") with notice of our challenge to certain confidentiality designations it has asserted on the following materials produced or generated in this case.  In particular, we are challenging the wholesale assertion of confidentiality over a large number of documents and transcripts that contain little or no information protected from disclosure by statute; sensitive personal information; trade secrets; or confidential research, development, or commercial information, including the following:

- Spreadsheets of text messages and chats from the following custodians, along with all associated images and attachments sent/received:

     o Leo Abello
     o Dan Cutler
     o J.R. Duperrier
     o Olivia Guidera
     o Tonie Hanson
     o Michael Ladinig
     o Chris McGuire
     o James Murphy
     o Troy Payne
     o Christopher Rivers
     o Preston Smith
     o Marquise Watts

- Deposition transcripts of the following fact witnesses: Chris McGuire, Lindsay Harksen, Trevor Ames, and Edwin Janes.  We note that although the transcripts contain a confidentiality designation, there is no identification of the specific portions of the transcripts over which Adidas is asserting confidentiality.

W. Taft and M. Richardson
March 29, 2021
Page 2

- The following documents produced by Adidas in response to Plaintiff's requests for production (documents with a "ADID" prefix and starting Bates number listed below):

| | | | | | | |
|---|---|---|---|---|---|---|
| 000000066 | 000001106 | 000002806 | 000013897 | 000022751 | 000031648 | 000105340 |
| 000000076 | 000001111 | 000003126 | 000015696 | 000022753 | 000032968 | 000107464 |
| 000000472 | 000001116 | 000003131 | 000015696 | 000022821 | 000032968 | 000326837 |
| 000000472 | 000001148 | 000006363 | 000016590 | 000022889 | 000089229 | 000357497 |
| 000000518 | 000001188 | 000007598 | 000020153 | 000025811 | 000089229 | 000370362 |
| 000000767 | 000001560 | 000007636 | 000020545 | 000026815 | 000091606 | 000370372 |
| 000000784 | 000001999 | 000007636 | 000021473 | 000027431 | 000091862 | 000376169 |
| 000001003 | 000002026 | 000007654 | 000021604 | 000028066 | 000104011 | |
| 000001013 | 000002171 | 000011714 | 000022369 | 000028066 | 000104011 | |
| 000001046 | 000002483 | 000013672 | 000022369 | 000031521 | 000104013 | |

- The following documents produced by Adidas in response to Plaintiff's requests for production (documents with an "adidas" prefix and starting Bates number listed below):

| |
|---|
| 000000284 |
| 000000343 |
| 000000369 |

Pursuant to the Court's Confidentiality Order (ECF No. 153), please inform us within 15 days of the date of this letter if you agree to withdraw the confidentiality designations on any or all of the above documents or any portions thereof. Please also advise us whether the documents produced to federal prosecutors by Adidas on behalf of Dan Cutler, all of which contain a "Confidential" stamp, are also being designated by Adidas as confidential pursuant to the Confidentiality Order in this case where they appear without a secondary "CONFIDENTIAL" stamp or associated document-level metadata in your production.

We are continuing to evaluate your client's 19,000+ confidentiality designations and anticipate raising additional challenges to those as we prepare this case for summary judgment and trial. Please reach out to me if you would like to discuss any of these materials.

With kind regards, I am

Sincerely,

Colin V. Ram