# Exhibit D

## 4/20/2021 M. McLeod Letter to W. Taft



Direct Dial: 843-277-6657                                                                    Email: mullins@mcleod-lawgroup.com

April 20, 2021

**Via Email Only**
William H. Taft V
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022

> Re.:    Brian Bowen II v. Adidas America, Inc., et al.
>          Case No. 3:18-cv-03118-JFA
>          MLG File No.: 18-1027

Dear Will,

Please accept this letter as a response to your emails to Colin and me dated April 13 and April 18, 2021 and as follow up to our telephone conversation last week regarding Adidas' position on confidential designations in the above-referenced matter.

I have reviewed the twenty (22) documents identified in your email dated April 13, 2021. I do not agree these documents have confidential status according to the terms of the Court's Order dated September 25, 2020. The purported confidential designations as to portions of Mr. McGuire's deposition contained in your April 13, 2021 also do not qualify for confidential status pursuant to Judge Anderson's order.

Even if the discovery identified here and which has been exchanged between the parties was in fact confidential pursuant to the Order, nothing in the Order, the FRCP or the Local Rules preclude us from using this discovery in opposition to your dispositive motion. Nor are we required by the Order to file under seal any documents or sworn testimony needed to respond to a case dispositive motion.

As I indicated on last week's call we do not need the NBA player contracts at this juncture so they are a moot point. Please call me with any questions or concerns. Otherwise, I look forward to our continued work on this important case.

With kind regards, I am

Sincerely,

W. Mullins McLeod, Jr.

WMM/bad