# Exhibit E

**4/21/2021 W. Taft Email to M. McLeod and C. Ram**

## Hart, Catherine

| | |
|---|---|
| **From:** | Taft, William |
| **Sent:** | Wednesday, April 21, 2021 6:35 PM |
| **To:** | 'Brooke Dimeo'; 'Mullins McLeod'; 'Colin Ram' |
| **Cc:** | Forbes, Matthew; 'Matthew T. Richardson'; 'Lucy Dinkins' |
| **Subject:** | RE: Bowen v. Adidas America, et al |

Dear Mr. McLeod,

Your letter dated April 20, 2020 maintains plaintiff's objections to adidas' confidentiality designations covering 25 documents and specified portions of Mr. McGuire's deposition transcript. Although not addressed in your letter, we assume that plaintiff also maintains its objection to adidas' confidentiality designations relating to four strings of text messages attached to my correspondence of April 13, 2021.

Consistent with the Court's Confidentiality Order entered in this case, and our prior discussions on April 13, 2021, adidas will file a motion to confirm the confidential treatment of these documents. Section 8(c)(3) of the Order provides that "all material previously designated CONFIDENTIAL shall continue to be treated as subject to the full protections of this Order until … the court rules that the documents should no longer be designated as confidential information." Further, Section 6 of the Order specifically requires parties to "take appropriate action to ensure that the documents receive proper protection from public disclosure," including "seeking permission to file the document under seal pursuant to the procedural steps set forth in Local Civil Rule 5.03, DSC."

For the avoidance of doubt, adidas does not consent to plaintiff publicly filing material designated CONFIDENTIAL in response to adidas' motion for summary judgment, and under the circumstances would consider your publicly filing CONFIDENTIAL material to be a clear and deliberate violation of the Court's Order. To the extent plaintiff requests adidas' consent to a motion seeking permission to file CONFIDENTIAL material under seal, such consent would be forthcoming.

I am available for further discussions on this issue.

Best regards,

Will Taft

**William H. Taft V** | Partner | Debevoise & Plimpton LLP | whtaft@debevoise.com | +1 212 909 6877 | 919 Third Avenue, New York, NY 10022 |
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Brooke Dimeo [mailto:brooke@mcleod-lawgroup.com]
**Sent:** Tuesday, April 20, 2021 17:00
**To:** Taft, William
**Cc:** Mullins McLeod; Colin Ram
**Subject:** Bowen v. Adidas America, et al

Good Afternoon,

Please see attached correspondence from Mullins McLeod. Please let me know if you have any trouble with the attachment.

Thank you,

Brooke



**Brooke A. DiMeo** | Office Manager/Paralegal | McLeod Law Group, LLC
3 Morris Street, Suite A | Charleston, SC 29403
P: 843.277.6655 | F: 843.277.6660 | brooke@mcleod-lawgroup.com