

## Extraction Report - Samsung SM-G935V Galaxy S7 Edge

## SMS Messages (312)

> ⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | All timestamps | Status | Source | Message | Deleted |
|---|--------|-------|----------------|--------|--------|---------|---------|
| 1 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 9/18/2017 11:48:42 AM(UTC-5) | Read | | This is the uncle. Hit him. The mom is supposed to be emailing you today to recap the weekend the weekend... dan will explain what and what not to say. U did a good job with the mom this weekend. **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3906C86 (Table: sms, Size: 62115840 bytes) | |
| 2 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 9/18/2017 11:47:15 AM(UTC-5) | Read | | +1 (347) 860-0024 dan Matic **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3906DAF (Table: sms, Size: 62115840 bytes) | |
| 3 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 9/18/2017 10:51:41 AM(UTC-5) | Sent | | Hit me **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38ED2B2 (Table: sms, Size: 62115840 bytes) | |
| 4 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 9/16/2017 10:17:01 AM(UTC-5) | Read | | I leave tomo. Time tbd. I just have to drive over to Cincy to meet with bazley **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38DAC17 (Table: sms, Size: 62115840 bytes) | |
| 5 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 9/16/2017 9:49:54 AM(UTC-5) | Sent | | Im sure he is. When do you leave **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38DAD40 (Table: sms, Size: 62115840 bytes) | |
| 6 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 9/16/2017 8:48:10 AM(UTC-5) | Read | | Is Spaldings cousin in town? **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38DAE3E (Table: sms, Size: 62115840 bytes) | |
| 7 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 9/15/2017 9:35:00 PM(UTC-5) | Sent | | Yeah **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38D7EEA (Table: sms, Size: 62115840 bytes) | |
| 8 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 9/15/2017 9:33:55 PM(UTC-5) | Read | | U with Jordan n Brad, **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38D7FC6 (Table: sms, Size: 62115840 bytes) | |
| 9 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 9/15/2017 6:50:13 PM(UTC-5) | Read | | Bet **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38CE140 (Table: sms, Size: 62115840 bytes) | |
| 10 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 9/15/2017 6:32:01 PM(UTC-5) | Sent | | We will find something **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38CE7B8 (Table: sms, Size: 62115840 bytes) | |
| 11 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 9/15/2017 5:58:14 PM(UTC-5) | Read | | What u got going tonight... I'm in ur city **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x38CEF28 (Table: sms, Size: 62115840 bytes) | |
| 12 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 9/6/2017 11:19:31 AM(UTC-5) | Read | | Bet. Thx **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3800342 (Table: sms, Size: 62115840 bytes) | |
| 13 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 9/6/2017 10:37:24 AM(UTC-5) | Sent | | ALL GOOD **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3800483 (Table: sms, Size: 62115840 bytes) | |

000001

| | | | | | | |
|---|---|---|---|---|---|---|
| 149 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/31/2017 6:22:06 PM(UTC-5) | Read | | Tugs will be home in a couple hours. And we will talk to him then. We will know for sure on his decision tonight. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E2D0AF (Table: sms, Size: 62115840 bytes) |
| 150 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/31/2017 2:09:14 PM(UTC-5) | Read | | On it. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E59C31 (Table: sms, Size: 62115840 bytes) |
| 151 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/31/2017 2:08:33 PM(UTC-5) | Sent | | Tugs doesn't need to know but we should get started so he can be admitted Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E59D12 (Table: sms, Size: 62115840 bytes) |
| 152 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/31/2017 2:07:50 PM(UTC-5) | Read | | Ok. Let me hit them Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E59DC1 (Table: sms, Size: 62115840 bytes) |
| 153 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/31/2017 2:07:24 PM(UTC-5) | Sent | | Nothing Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E59EC7 (Table: sms, Size: 62115840 bytes) |
| 154 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/31/2017 2:06:28 PM(UTC-5) | Read | | What she say? I just landed. Spoke to B before I took off. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E59F36 (Table: sms, Size: 62115840 bytes) |
| 155 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/31/2017 2:06:05 PM(UTC-5) | Sent | | Carrie Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E59FD6 (Table: sms, Size: 62115840 bytes) |
| 156 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/31/2017 2:05:24 PM(UTC-5) | Read | | Did u send it to Big B? Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E593F1 (Table: sms, Size: 62115840 bytes) |
| 157 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/31/2017 2:01:07 PM(UTC-5) | Sent | | Application? Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E8424F (Table: sms, Size: 62115840 bytes) |
| 158 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/31/2017 10:21:34 AM(UTC-5) | Read | | Today should be a good day for u. Hit u between 6-8 ur time. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E84974 (Table: sms, Size: 62115840 bytes) |
| 159 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/30/2017 9:27:00 PM(UTC-5) | Sent | | Hit me Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E7B62F (Table: sms, Size: 62115840 bytes) |
| 160 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/30/2017 7:52:50 PM(UTC-5) | Read | | Ok cool. Stay on him. And I'll hit them all too. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E76D6F (Table: sms, Size: 62115840 bytes) |
| 161 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/30/2017 7:39:04 PM(UTC-5) | Sent | | I just sent the text to Rivers that we had a good visit. We going be good im sure. Lets go. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6D75E (Table: sms, Size: 62115840 bytes) |
| 162 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/30/2017 7:27:38 PM(UTC-5) | Read | | They liked it. I just need to talk to adidas when I'm away from them and get back with Them and we should be good. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6DB6B (Table: sms, Size: 62115840 bytes) |
| 163 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/30/2017 7:26:47 PM(UTC-5) | Sent | | What was the vibe after seeing the city? Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6DC44 (Table: sms, Size: 62115840 bytes) |
| 164 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/30/2017 7:26:05 PM(UTC-5) | Read | | Hell no! We barely To Hammond Indiana. We stayed a Lil bit after & seen the city. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6DCD3 (Table: sms, Size: 62115840 bytes) |
| 165 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/30/2017 7:25:21 PM(UTC-5) | Sent | | Are yall back yet Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6DD8A (Table: sms, Size: 62115840 bytes) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 166 | Sent | To +19894934317 Christian Dawkins* <br> Direction: Outgoing | Time 5/30/2017 6:59:31 PM(UTC-5) | Sent | | let me know <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E7162F (Table: sms, Size: 62115840 bytes) |
| 167 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 6:56:55 PM(UTC-5) | Read | | Lmao!!! My shooters don't miss man!! You'll be fine! <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E716A6 (Table: sms, Size: 62115840 bytes) |
| 168 | Sent | To +19894934317 Christian Dawkins* <br> Direction: Outgoing | Time 5/30/2017 6:56:13 PM(UTC-5) | Sent | | And im very sleepy btw so this will be torture <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E71741 (Table: sms, Size: 62115840 bytes) |
| 169 | Sent | To +19894934317 Christian Dawkins* <br> Direction: Outgoing | Time 5/30/2017 6:44:01 PM(UTC-5) | Sent | | Im not going to sleep until you tell me he is coming <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E71979 (Table: sms, Size: 62115840 bytes) |
| 170 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 6:09:15 PM(UTC-5) | Read | | Yes. He really liked it. He liked you. He liked coach. The Fact that Damion Lee came in resonated with everyone. I'm going to breakdown the pros and cons of each school he's looking at now so he can see on paper and I think that will seal the deal. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E71A15 (Table: sms, Size: 62115840 bytes) |
| 171 | Sent | To +19894934317 Christian Dawkins* <br> Direction: Outgoing | Time 5/30/2017 6:06:39 PM(UTC-5) | Sent | | Is he talking positively? <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E71B73 (Table: sms, Size: 62115840 bytes) |
| 172 | Sent | To +19894934317 Christian Dawkins* <br> Direction: Outgoing | Time 5/30/2017 6:06:21 PM(UTC-5) | Sent | | He will have to meet with compliance and get cleared and do physicals and stuff so the earlier the better. Hopefully he decides so we can get him accepted and registered tomorrow during the day with all the paperwork so its a smooth transition Thursday. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E71BF3 (Table: sms, Size: 62115840 bytes) |
| 173 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 6:00:52 PM(UTC-5) | Read | | What time does everything start on Thursday? <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E71D57 (Table: sms, Size: 62115840 bytes) |
| 174 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 6:00:45 PM(UTC-5) | Read | | The goal is to have him back by Thursday. But going to let him take the night so he thinks he came to this decision by himself. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E71DEB (Table: sms, Size: 62115840 bytes) |
| 175 | Sent | To +19894934317 Christian Dawkins* <br> Direction: Outgoing | Time 5/30/2017 5:54:36 PM(UTC-5) | Sent | | Any progress? <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E71ED0 (Table: sms, Size: 62115840 bytes) |
| 176 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 2:47:54 PM(UTC-5) | Read | | Ok bet. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6B444 (Table: sms, Size: 62115840 bytes) |
| 177 | Sent | To +19894934317 Christian Dawkins* <br> Direction: Outgoing | Time 5/30/2017 2:47:44 PM(UTC-5) | Sent | | 100% done. Tom Jurich. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6B4B1 (Table: sms, Size: 62115840 bytes) |
| 178 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 2:47:21 PM(UTC-5) | Read | | Went through all the proper channels. Lloyds of London. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6B52E (Table: sms, Size: 62115840 bytes) |
| 179 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 2:47:01 PM(UTC-5) | Read | | I have the quote & paperwork. Just need AD to approve that it's paid for. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6B5CD (Table: sms, Size: 62115840 bytes) |
| 180 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 2:41:25 PM(UTC-5) | Read | | Check on them paying for insurance policy. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6B711 (Table: sms, Size: 62115840 bytes) |
| 181 | Inbox | From +19894934317 Christian Dawkins* <br> Direction: Incoming | Time 5/30/2017 2:41:14 PM(UTC-5) | Read | | Ok bet. <br> **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E6B7A2 (Table: sms, Size: 62115840 bytes) |

000011

| | | | | | | |
|---|---|---|---|---|---|---|
| 215 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/28/2017 2:19:14 PM(UTC-5) | Sent | | Everything good? On schedule? Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E21E3F (Table: sms, Size: 62115840 bytes) |
| 216 | Sent | To +19417161139 Mike Bowden* Direction: Outgoing | Time 5/27/2017 1:28:42 PM(UTC-5) | Sent | | Remove Christian Dawkins from all records on this visit. No paperwork. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E0810D (Table: sms, Size: 62115840 bytes) |
| 217 | Sent | To +19144097357 Patrick Louisville Manager* Direction: Outgoing | Time 5/27/2017 1:26:49 PM(UTC-5) | Sent | | Last correction...take Dawkins off all correspondence Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E082B1 (Table: sms, Size: 62115840 bytes) |
| 218 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/26/2017 10:06:07 PM(UTC-5) | Sent | | Lol Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8473 (Table: sms, Size: 62115840 bytes) |
| 219 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/26/2017 10:04:06 PM(UTC-5) | Read | | Depends on the day of the week. But u could say yes. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF855A (Table: sms, Size: 62115840 bytes) |
| 220 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/26/2017 10:03:34 PM(UTC-5) | Sent | | Oh ok lol...live together though? Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF86C6 (Table: sms, Size: 62115840 bytes) |
| 221 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/26/2017 10:03:14 PM(UTC-5) | Read | | They just "go together" Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8928 (Table: sms, Size: 62115840 bytes) |
| 222 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/26/2017 10:02:54 PM(UTC-5) | Read | | Lol. No. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8A24 (Table: sms, Size: 62115840 bytes) |
| 223 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/26/2017 10:02:37 PM(UTC-5) | Sent | | Are they married? Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8A92 (Table: sms, Size: 62115840 bytes) |
| 224 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/26/2017 9:43:03 PM(UTC-5) | Read | | Malecke Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8CD8 (Table: sms, Size: 62115840 bytes) |
| 225 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/26/2017 9:42:37 PM(UTC-5) | Sent | | What is moms last name Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8D45 (Table: sms, Size: 62115840 bytes) |
| 226 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/26/2017 8:25:13 PM(UTC-5) | Read | | Ok good. That works. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8DC0 (Table: sms, Size: 62115840 bytes) |
| 227 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/26/2017 8:07:19 PM(UTC-5) | Sent | | Ok Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8EB2 (Table: sms, Size: 62115840 bytes) |
| 228 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/26/2017 8:07:00 PM(UTC-5) | Read | | If anything needs to be added/taken out to make the most of the visit. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8F1B (Table: sms, Size: 62115840 bytes) |
| 229 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/26/2017 8:06:50 PM(UTC-5) | Read | | And I'll let u know** Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF8FC7 (Table: sms, Size: 62115840 bytes) |
| 230 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/26/2017 8:06:40 PM(UTC-5) | Read | | Put together an itinerary and send it to me and let me know. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF5099 (Table: sms, Size: 62115840 bytes) |
| 231 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/26/2017 8:06:04 PM(UTC-5) | Sent | | I just want to get an estimate for planning purposes...but we can figure it out Monday Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2DF513D (Table: sms, Size: 62115840 bytes) |

000014