Confidential

| | | | |
|---|---|---|---|
| Kenny Johnson | +13013260616 | 5/26/2017 9:56:06 AM | Thats what they are saying because they are driving and Christian is flying in to meet them. I will be prepared in case that changes. |
| Patrick Louisville Manager <+19144097357> | Kenny Johnson | 5/26/2017 2:47:21 PM | When you get a chance can you send me who Brian is coming with and his academic interests for cover page of itinerary |
| Kenny Johnson | Patrick Louisville Manager <+19144097357> | 5/26/2017 2:52:47 PM | Carrie and Brian Sr. Friend Christian Dawkins. Undecided major |
| Kenny Johnson | Christian Dawkins <+19894934317> | 5/26/2017 8:38:30 PM | I will get you from the airport |
| Kenny Johnson | Patrick Louisville Manager <+19144097357> | 5/27/2017 2:26:49 PM | Last correction...take Dawkins off all correspondence |
| Kenny Johnson | Mike Bowden <+19417161139> | 5/27/2017 2:28:42 PM | Remove Christian Dawkins from all records on this visit. No paperwork. |
| Mike Bowden <+19417161139> | Kenny Johnson | 5/27/2017 2:29:24 PM | Ok. Never even heard the name before |
| Christian Dawkins <+19894934317> | Kenny Johnson | 5/30/2017 7:00:45 PM | The goal is to have him back by Thursday. But going to let him take the night so he thinks he came to this decision by himself. |
| Kenny Johnson | Christian Dawkins <+19894934317> | 5/30/2017 8:26:47 PM | What was the vibe after seeing the city? |
| Christian Dawkins <+19894934317> | Kenny Johnson | 5/30/2017 8:27:38 PM | They liked it. I just need to talk to adidas when I'm away from them and get back with Them and we should be good. |
| Kenny Johnson | Chris Rivers <+16173659526> | 5/30/2017 8:30:00 PM | Nevermind on Keith. I dont think he is serious and I will never waste your time. On another note. We had a great visit with Brian Bowen. Couldn't have went better. Hope to get it done asap. |
| Kenny Johnson | Christian Dawkins <+19894934317> | 5/30/2017 8:39:04 PM | I just sent the text to Rivers that we had a good visit. We going be good im sure. Lets go. |
| Kenny Johnson | Rick Pitino <+15025992045> | 5/31/2017 11:53:10 PM | Tugs trying to call you |
| Kenny Johnson | Carrie Bowen <+19897141866> | 6/1/2017 12:10:48 AM | I know you are probably tired but you are my partner forever now!!! So happy . Let me know if you are able to apply its a quick process actually. I will resend you the link. |
| Kenny Johnson | Christian Dawkins <+19894934317> | 6/1/2017 12:13:59 AM | Check out Brian Bowen Commit? (@DidBowenCommit): https://twitter.com/DidBowenCommit?s=09 |
| Rick Pitino <+15025992045> | Kenny Johnson | 6/2/2017 9:17:31 PM | Coach DePaul trying to pay Bowen 200 k to come there. Crazy world! |
| Kenny Johnson | Rick Pitino <+15025992045> | 6/2/2017 9:19:47 PM | Oregon, DePaul...desperate times |

UL 0058