

Deposition of:

# Zion Armstrong

*March 26, 2021*

In the Matter of:

# Bowen v. Adidas

## Veritext Legal Solutions

800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Page 1

1                UNITED STATES DISTRICT COURT

2                  DISTRICT OF SOUTH CAROLINA

3                      COLUMBIA DIVISION

4

5    BRIAN BOWEN II,

6                 Plaintiff,

7         v.                      No. 3:18-3118-JFA

8    ADIDAS AMERICA, INC.;

9    JAMES GATTO; MERL CODE;

10   CHRISTIAN DAWKINS; MUNISH

11   SOOD; THOMAS GASSNOLA,

12   and CHRISTOPHER RIVERS,

13                 Defendants,

14        v.

15   BRIAN BOWEN SR.,

16                 Cross Defendant.

17

18        CONFIDENTIAL - UNDER PROTECTIVE ORDER

19                  VIDEOTELECONFERENCE

20        VIDEO DEPOSITION OF ZION ARMSTRONG

21              FRIDAY, MARCH 26, 2021

22                  PORTLAND, OREGON

23

24   Reported by:   Marilynn Hoover, RPR

25                  Oregon CSR No. 04-0387

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 29

| | | |
|---|---|---|
| 1 | me, please, sir.  I just want to make sure I | 09:45:50 |
| 2 | understand. | 09:45:51 |
| 3 | A.    Absolutely.  We have global teams sitting | 09:45:52 |
| 4 | based here, that do not report to me. | 09:45:57 |
| 5 | Q.    That do not report to you? | 09:45:59 |
| 6 | A.    Correct. | 09:46:00 |
| 7 | Q.    Okay.  And how many different global teams | 09:46:01 |
| 8 | were there? | 09:46:03 |
| 9 | A.    In 2014? | 09:46:04 |
| 10 | Q.    Yes, sir. | 09:46:06 |
| 11 | A.    I do not recall. | 09:46:07 |
| 12 | Q.    Would it be more or less than five? | 09:46:08 |
| 13 | A.    Probably five to ten. | 09:46:16 |
| 14 | Q.    Okay.  What is Adidas International BV? | 09:46:18 |
| 15 | A.    I do not know. | 09:46:28 |
| 16 | Q.    Have you ever heard of Adidas | 09:46:31 |
| 17 | International BV -- B as in boy, V as in Victor? | 09:46:32 |
| 18 | A.    I have. | 09:46:38 |
| 19 | Q.    And what have you heard about an entity | 09:46:39 |
| 20 | known as Adidas International BV? | 09:46:43 |
| 21 | A.    I couldn't speak in specifics. | 09:46:48 |
| 22 | Q.    Okay.  So I guess it'd be fair to say that | 09:46:50 |
| 23 | you don't have any personal knowledge of Adidas | 09:46:55 |
| 24 | International BV having any corporate offices at the | 09:46:57 |
| 25 | Adidas Village in 2014 in Portland, Oregon; is that | 09:47:02 |

Page 30

```
 1    correct?                                      09:47:07
 2         A.   I'm certainly aware of Adidas BV in terms  09:47:11
 3    of I know it's one of our entities.  I couldn't tell  09:47:14
 4    you what reports in to BV.                    09:47:18
 5         Q.   Okay.  So my next question is:  Are you  09:47:20
 6    aware of Adidas International BV ever occupying  09:47:22
 7    office space at the Adidas Village in Portland,  09:47:27
 8    Oregon, at any time between 2014 and today?   09:47:30
 9         A.   I'm not familiar with the specifics of  09:47:35
10    what team sits under the BV.                  09:47:37
11         Q.   Okay.  But my question is:  If I go to the  09:47:40
12    Adidas Village, will I find any door that has the  09:47:46
13    title "Adidas International BV" outside that door?  09:47:51
14         A.   No.                                 09:47:56
15         Q.   Okay.  And would that be true from 2014  09:47:57
16    until today?                                  09:48:04
17         A.   Correct.                            09:48:07
18         Q.   Okay.  Now, sorry to take you through --  09:48:08
19         A.   To my knowledge.  Sorry to interrupt you;  09:48:14
20    but, to my knowledge, yes.                    09:48:17
21         Q.   Sure.  I understand.  And sorry to take  09:48:18
22    you through all your different jobs, but, you know,  09:48:21
23    I just wanted to generally understand the different  09:48:24
24    roles that you've played.                     09:48:26
25              Would it be fair to say that your   09:48:29
```

Page 61

1    global employee.                                    10:44:54

2         Q.   All right.  How about the third           10:44:57

3    individual?                                         10:44:59

4         A.   Corinne was part of global operations.    10:45:01

5    I'm not sure of the specific title.                 10:45:05

6         Q.   Okay.  Now, do you know who the -- who    10:45:09

7    Adidas America Inc.'s parent company is?            10:45:18

8         A.   I'm not sure of the official title, but   10:45:23

9    I'm guessing it's Adidas AG.                        10:45:28

10        Q.   Okay.  Have you ever heard of an entity   10:45:31

11   known as Adidas International BV that is            10:45:40

12   headquartered in the Netherlands?                   10:45:43

13        A.   Yes, I have.                              10:45:46

14        Q.   And what corporate relationship does      10:45:48

15   Adidas International BV have with the company that   10:45:51

16   you now are in charge of Adidas America Inc.?       10:45:55

17        A.   I do not know.                            10:45:59

18        Q.   Do you know if they're related at all?    10:46:02

19        A.   I do not know.                            10:46:07

20        Q.   Who did Jim Gatto work for in 2014 through 10:46:12

21   2017?                                               10:46:17

22        A.   Global business unit basketball.          10:46:18

23        Q.   What was the legal entity that Mr. Gatto  10:46:22

24   worked for from 2014 to 2017?                       10:46:24

25        A.   I do not know.                            10:46:28

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 62

| | | |
|---|---|---|
| 1 | Q.   Do you know whether Adidas America Inc. | 10:46:30 |
| 2 | issued a W-2, a 1099, or a K-1 to Mr. Gatto from | 10:46:33 |
| 3 | 2014 to 2017? | 10:46:40 |
| 4 | A.   No. | 10:46:43 |
| 5 | Q.   You're not aware of that? | 10:46:46 |
| 6 | A.   No, I'm not. | 10:46:48 |
| 7 | Q.   Okay.  Have you ever been to Amsterdam? | 10:46:49 |
| 8 | A.   Yes. | 10:46:57 |
| 9 | Q.   Have you ever been to any Adidas office | 10:46:58 |
| 10 | space in Amsterdam? | 10:47:02 |
| 11 | A.   Yes. | 10:47:05 |
| 12 | Q.   And when was that, sir? | 10:47:07 |
| 13 | A.   I believe it was 2018. | 10:47:14 |
| 14 | Q.   And that would have been after the | 10:47:19 |
| 15 | indictments were handed down in the Adidas bribery | 10:47:21 |
| 16 | scheme; is that correct? | 10:47:24 |
| 17 | A.   Correct. | 10:47:27 |
| 18 | Q.   All right.  And what was the cause of your | 10:47:28 |
| 19 | visit in 2018? | 10:47:32 |
| 20 | MR. LEVINE:  Sorry.  Just to interject for | 10:47:36 |
| 21 | a moment:  I objected to the prior question.  I | 10:47:38 |
| 22 | realize now I was on mute.  I apologize for that. | 10:47:40 |
| 23 | But if the record could reflect that, I'd appreciate | 10:47:42 |
| 24 | it. | 10:47:45 |
| 25 | MR. McLEOD:  Yep.  No problems. | 10:47:45 |

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 63

| | | |
|---|---|---|
| 1 | MR. LEVINE:  Thanks. | 10:47:46 |
| 2 | Q.   BY MR. McLEOD:  Mr. Armstrong -- | 10:47:47 |
| 3 | A.   I apologize.  Can you repeat the question. | 10:47:51 |
| 4 | Q.   Yeah.  Sorry.  You shared with us that in | 10:47:52 |
| 5 | 2018 you visited Amsterdam and that you visited an | 10:47:54 |
| 6 | Adidas facility or office. | 10:48:01 |
| 7 | And my question is:  What was the reason | 10:48:05 |
| 8 | for that trip? | 10:48:08 |
| 9 | A.   To present to our executive board. | 10:48:10 |
| 10 | Q.   All right.  And how many people were | 10:48:13 |
| 11 | present at that meeting? | 10:48:18 |
| 12 | A.   I believe seven. | 10:48:25 |
| 13 | Q.   And when you say "the executive board," | 10:48:28 |
| 14 | are you referring to the executive board of Adidas | 10:48:31 |
| 15 | AG, Adidas Group? | 10:48:35 |
| 16 | A.   Correct. | 10:48:38 |
| 17 | Q.   And does Adidas America Inc. have its own | 10:48:39 |
| 18 | executive board, or does Adidas Group's executive | 10:48:42 |
| 19 | board serve as executive board for Adidas America | 10:48:48 |
| 20 | Inc.? | 10:48:52 |
| 21 | A.   We only had one executive board which I'm | 10:48:55 |
| 22 | aware of, which sits in Germany. | 10:48:58 |
| 23 | Q.   Okay.  So Adidas America does not have its | 10:49:00 |
| 24 | own executive board; is that correct? | 10:49:02 |
| 25 | A.   Correct. | 10:49:04 |

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 64

| | | |
|---|---|---|
| 1 | Q.   All right.   Now, when you presented to the | 10:49:05 |
| 2 | executive board in 2018, who accompanied you on that | 10:49:10 |
| 3 | trip? | 10:49:16 |
| 4 | A.   Annie Mitchell. | 10:49:17 |
| 5 | Q.   Was that Andy Mitchell? | 10:49:21 |
| 6 | A.   Annie, A-N-N-I-E. | 10:49:23 |
| 7 | Q.   Okay.   And what was Ms. Mitchell's job | 10:49:25 |
| 8 | title at Adidas America in 2018? | 10:49:29 |
| 9 | A.   Vice-president of finance. | 10:49:37 |
| 10 | Q.   Okay.   I meant to ask you earlier:   Are | 10:49:39 |
| 11 | you married? | 10:49:45 |
| 12 | A.   Divorced. | 10:49:46 |
| 13 | Q.   Okay.   What year did you divorce? | 10:49:47 |
| 14 | A.   Approximately four years ago. | 10:49:58 |
| 15 | Q.   Okay.   And do you have any children? | 10:50:00 |
| 16 | A.   Yes. | 10:50:04 |
| 17 | Q.   And how many children? | 10:50:05 |
| 18 | A.   Two. | 10:50:06 |
| 19 | Q.   Okay.   How old are they?   I don't want | 10:50:08 |
| 20 | their names; I'm just curious how old they are. | 10:50:11 |
| 21 | I've got a crew of them at my house. | 10:50:13 |
| 22 | A.   When you have nine brothers and sisters, | 10:50:16 |
| 23 | I'm used to a crew.   Two children, nine and five. | 10:50:17 |
| 24 | Q.   Good deal.   When you -- And I'm sorry to | 10:50:21 |
| 25 | hear about your divorce.   And, obviously, I'm not | 10:50:24 |

Page 65

| | | |
|---|---|---|
| 1 | getting into that; but was the divorce done in | 10:50:25 |
| 2 | New Zealand or was it done in the U.S. or on some | 10:50:31 |
| 3 | other continent? | 10:50:35 |
| 4 | A.   State of Oregon. | 10:50:37 |
| 5 | Q.   Okay.  Were you all married in Oregon? | 10:50:38 |
| 6 | A.   No. | 10:50:41 |
| 7 | Q.   Okay.  So going back to that 2018 trip: | 10:50:42 |
| 8 | Do you recall where the Adidas -- the physical | 10:50:49 |
| 9 | address for the meeting there in Amsterdam? | 10:50:59 |
| 10 | A.   No, I do not. | 10:51:02 |
| 11 | Q.   Does the address -- and I know I will | 10:51:04 |
| 12 | butcher this, but it's spelled | 10:51:08 |
| 13 | H-O-O-G-O-O-R-D-D-R-E-E-F 9, ring a bell? | 10:51:11 |
| 14 | A.   It's familiar. | 10:51:20 |
| 15 | Q.   Okay.  Was the location that you presented | 10:51:22 |
| 16 | at in 2018 in a building that had other businesses | 10:51:30 |
| 17 | located in it, or was it an Adidas-only building? | 10:51:36 |
| 18 | A.   As far as I'm aware, it was an Adidas-only | 10:51:43 |
| 19 | building. | 10:51:46 |
| 20 | Q.   Okay.  Did it have retail stores in it? | 10:51:46 |
| 21 | A.   No, not that I saw. | 10:51:52 |
| 22 | Q.   All right.  And share with me, please, | 10:51:56 |
| 23 | sir, what you presented to the executive board in | 10:51:59 |
| 24 | 2018 in Amsterdam. | 10:52:04 |
| 25 | A.   The strategy for Adidas America at the | 10:52:08 |

UNDER PROTECTIVE ORDER                         March 26, 2021
Bowen v. Adidas

Page 66

| | | |
|---|---|---|
| 1 | 2000 -- the year 2018 business update. | 10:52:14 |
| 2 | Q.   And business update including what, sir? | 10:52:19 |
| 3 | A.   Financials, customer update -- two key | 10:52:25 |
| 4 | topics -- and supply chain update. | 10:52:32 |
| 5 | Q.   Was the Adidas bribery scheme one of the | 10:52:34 |
| 6 | topics that was discussed at that meeting in | 10:52:39 |
| 7 | Amsterdam with the executive board? | 10:52:41 |
| 8 | A.   No. | 10:52:44 |
| 9 | Q.   Was corporate governance discussed at that | 10:52:46 |
| 10 | 2018 meeting when you presented to the executive | 10:52:48 |
| 11 | board? | 10:52:51 |
| 12 | A.   No. | 10:52:52 |
| 13 | Q.   Okay.  Was this lawsuit discussed when you | 10:52:54 |
| 14 | presented to the executive board in 2018 in | 10:52:58 |
| 15 | Amsterdam? | 10:53:00 |
| 16 | A.   No. | 10:53:00 |
| 17 | MR. LEVINE:  Sorry.  Just to interject for | 10:53:02 |
| 18 | a quick -- a quick moment.  I'm sure we'll be | 10:53:05 |
| 19 | aligned on this.  But, clearly, you're -- you're | 10:53:06 |
| 20 | asking for -- for the topic of the conversation and | 10:53:08 |
| 21 | not for any communications that may have happened | 10:53:12 |
| 22 | with counsel.  Right? | 10:53:15 |
| 23 | MR. McLEOD:  Correct. | 10:53:18 |
| 24 | MR. LEVINE:  Good.  Okay.  Thanks. | 10:53:18 |
| 25 | Q.   BY MR. McLEOD:  All right.  Go ahead, | 10:53:23 |

Page 67

| | | |
|---|---|---|
| 1 | Mr. Armstrong. | 10:53:24 |
| 2 | A. No. | 10:53:26 |
| 3 | Q. So -- And, again, I don't want to know | 10:53:28 |
| 4 | anything that was communicated to an attorney; but, | 10:53:31 |
| 5 | in your communications with the executive board, did | 10:53:37 |
| 6 | corporate governance come up during those | 10:53:41 |
| 7 | conversations? | 10:53:44 |
| 8 | A. No, it did not. | 10:53:45 |
| 9 | Q. Okay. Did the Adidas bribery scheme come | 10:53:46 |
| 10 | up during those conversations? | 10:53:49 |
| 11 | A. No. | 10:53:51 |
| 12 | Q. Okay. At that building in Amsterdam, do | 10:53:53 |
| 13 | you know approximately how many Adidas people worked | 10:53:58 |
| 14 | there? | 10:54:03 |
| 15 | A. I do not. | 10:54:04 |
| 16 | Q. Do you know whether or not Adidas | 10:54:10 |
| 17 | International BV is the parent company of Adidas | 10:54:12 |
| 18 | America Inc.? | 10:54:15 |
| 19 | A. I do not. | 10:54:16 |
| 20 | Q. Do you know whether Adidas International | 10:54:19 |
| 21 | BV has less than 50 employees? | 10:54:22 |
| 22 | A. I do not. | 10:54:26 |
| 23 | Q. Now, at that executive board presentation | 10:54:30 |
| 24 | in Amsterdam, were all of the executives Caucasian? | 10:54:35 |
| 25 | MR. LEVINE: Objection. | 10:54:44 |

UNDER PROTECTIVE ORDER                     March 26, 2021
Bowen v. Adidas

                                              Page 73

1   Adidas had been struggling somewhat with regard to      11:01:30

2   the North American market?                              11:01:34

3        A.   That was not explained to me in those         11:01:37

4   words, no.                                              11:01:39

5        Q.   Did you quickly come to realize that upon     11:01:41

6   beginning work at Adidas America?                       11:01:43

7        A.   I realized we had challenges.                  11:01:48

8        Q.   Okay.  And I just want to visit with you      11:01:52

9   briefly on some of those challenges.                    11:01:54

10            In 2014, when you started in the U.S.,         11:01:57

11  Adidas AG was the largest sportswear manufacturer in    11:02:03

12  Europe; is that correct?                                11:02:07

13       A.   I do not know.                                 11:02:10

14       Q.   Okay.                                          11:02:12

15       A.   Otherwise, we're a very close number 2.        11:02:14

16            (Reporter request.)                            11:02:17

17            THE WITNESS:  I do not know.                   11:02:19

18       Q.   BY MR. McLEOD:  Okay.  Today, as we sit        11:02:22

19  here, is Adidas the largest sportswear manufacturer      11:02:23

20  in Europe?                                               11:02:28

21       A.   I do not know specifics.                       11:02:30

22       Q.   Okay.  When you first came to work at          11:02:32

23  Adidas America, did you come to realize that Nike        11:02:38

24  had a fairly large percentage of the market share        11:02:41

25  here in the U.S.?                                        11:02:46

UNDER PROTECTIVE ORDER                          March 26, 2021
Bowen v. Adidas

Page 74

| | | |
|---|---|---|
| 1 | A.    Correct. | 11:02:48 |
| 2 | Q.    And would it be fair to say that, from the | 11:02:49 |
| 3 | time that you came to work at Adidas America Inc. | 11:02:54 |
| 4 | until today, Nike and its affiliated brand, the | 11:02:58 |
| 5 | Jordan brand, are roughly three times the size of | 11:03:03 |
| 6 | Adidas AG? | 11:03:06 |
| 7 | A.    Adidas AG? | 11:03:11 |
| 8 | Q.    Yes, sir. | 11:03:12 |
| 9 | A.    Nike North America?  Can you -- Sorry.  Do | 11:03:14 |
| 10 | you mean Nike Global or Nike North America? | 11:03:17 |
| 11 | Q.    Nike Global. | 11:03:20 |
| 12 | A.    I don't believe it's three times the size, | 11:03:24 |
| 13 | no. | 11:03:26 |
| 14 | Q.    All right.  What is the -- Roughly what is | 11:03:26 |
| 15 | the market cap of Adidas AG today?  Is it roughly | 11:03:29 |
| 16 | 60 billion or so? | 11:03:35 |
| 17 | A.    I know the share price dropped yesterday. | 11:03:41 |
| 18 | I didn't look this morning.  Probably 40 to 45 to | 11:03:43 |
| 19 | 50 billion, somewhere in that range. | 11:03:49 |
| 20 | Q.    Okay.  And Nike's market cap is somewhere | 11:03:52 |
| 21 | close to 200 billion; is that correct? | 11:03:54 |
| 22 | A.    I don't know. | 11:03:56 |
| 23 | Q.    Okay.  Safe to say that your general | 11:03:58 |
| 24 | understanding of Nike's market cap is that it is | 11:04:02 |
| 25 | substantially greater than Adidas's market cap? | 11:04:04 |

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 75

1       A.    Yes.                                          11:04:07

2       Q.    Okay.  And with regard to gross revenues,    11:04:08

3   what are Adidas AG's approximate gross revenues for    11:04:15

4   -- what were their approximate gross revenues this     11:04:21

5   past fiscal year?                                      11:04:24

6       A.    Approximately 20 billion.                    11:04:27

7       Q.    Okay.  And do you know generally what        11:04:30

8   Nike's gross revenues were in this past fiscal year?   11:04:34

9       A.    I do not.                                     11:04:38

10      Q.    Do you understand, although you don't have    11:04:40

11  the exact figure, that their gross revenues were       11:04:41

12  substantially higher than Adidas?                      11:04:44

13      A.    Yes.                                          11:04:47

14      Q.    When you came to work at Adidas America      11:04:52

15  Inc., did it become known to you that North America    11:04:55

16  represents a fairly large percentage of the global     11:05:03

17  sports industry market?                                11:05:06

18      A.    Correct.                                      11:05:09

19      Q.    What percentage does North America           11:05:10

20  represent of the worldwide sporting industry market?   11:05:18

21      A.    Right now?                                    11:05:25

22      Q.    Yes, sir.                                     11:05:26

23      A.    Approximately 45 to 50 percent.              11:05:29

24      Q.    And when you started with Adidas America     11:05:31

25  Inc. in 2014, was North America's market share more    11:05:34

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

                                                    Page 76

1    or less than 45 percent?                        11:05:40

2        A.    Approximately the same.               11:05:42

3        Q.    Okay.  And within the North American  11:05:44

4    market, how does Adidas's -- how did Adidas's market  11:05:49

5    share in 2014 compare to Nike's market share?   11:05:54

6        A.    Significantly less.                    11:06:01

7        Q.    And could you just explain that for me,  11:06:03

8    please, sir?                                     11:06:05

9        A.    In 2014, we were approximately 4 percent  11:06:09

10   market share.  Nike -- again, I do not know     11:06:10

11   specifics -- was probably around 20 percent.    11:06:15

12       Q.    And when -- when you say 4 percent, is  11:06:18

13   that in the North American market?              11:06:21

14       A.    Correct.                               11:06:23

15       Q.    All right.  Now, when you were hired -- or  11:06:24

16   promoted, excuse me, to come to Adidas America Inc.,  11:06:33

17   isn't it true that Adidas Germany had begun     11:06:39

18   implementing a strategic priority to increase   11:06:48

19   Adidas's market share in North America?         11:06:52

20       A.    No.                                    11:06:57

21       Q.    Did you not understand that Adidas Germany  11:06:59

22   was making North America a top priority when you  11:07:04

23   were hired -- when you were promoted in 2014?   11:07:08

24       A.    No.                                    11:07:12

25       Q.    Did they make North America a strategic  11:07:13

Page 77

```
1    priority at any time after 2014, that you're aware     11:07:17

2    of?                                                     11:07:21

3         A.    Correct.                                     11:07:21

4         Q.    And when did that happen?                    11:07:22

5         A.    2015.                                        11:07:25

6         Q.    All right.  How did you learn that Adidas    11:07:28

7    Germany was making the North American market one of     11:07:32

8    its top priorities in 2015?                             11:07:36

9         A.    When the CEO announced our new five-year     11:07:40

10   strategy.                                               11:07:42

11        Q.    And share with us, please, sir, what that    11:07:44

12   five-year strategy was.                                 11:07:47

13        A.    The name of the strategy was Creating the    11:07:49

14   New.                                                    11:07:50

15        Q.    And, generally speaking, what was that       11:07:53

16   strategy?                                               11:07:55

17        A.    There's no way to describe that generally.   11:07:58

18   Obviously, it's a growth strategy focusing on key       11:08:04

19   categories and key regions.                             11:08:07

20        Q.    Do you know in 2015 whether the management   11:08:14

21   of Adidas Germany's compensation was contingent upon    11:08:22

22   growth in market share in the U.S.?                     11:08:29

23        A.    I do not know.                               11:08:33

24        Q.    Were you aware that in 2017 Adidas           11:08:35

25   Germany's compensation was tied to an increase in       11:08:39
```

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 91

1    casual products as compared to celebrity or athlete    11:28:25

2    endorsed products; is that correct?    11:28:32

3         A.    Well, I would separate celebrity and    11:28:35

4    athlete endorsed products.  It is a fact that we --    11:28:38

5    the growth has been driven by our life style    11:28:40

6    categories.    11:28:46

7         Q.    I'm sorry.  One more time.  What did you    11:28:46

8    say, sir?    11:28:49

9         A.    Can you repeat the question again, please.    11:28:49

10        Q.    Well, let me -- what did you -- what is    11:28:52

11   the growth that Adidas America Inc. experienced    11:28:52

12   between 2015 and 2017 related to?  What was the    11:28:57

13   cause of that growth?    11:29:03

14        A.    That's -- That's three years, so it's hard    11:29:05

15   to be very specific, but we had strong growth as    11:29:08

16   across multiple categories.    11:29:11

17        Q.    And share with me what those multiple    11:29:13

18   categories were, please.    11:29:16

19        A.    In no particular order:  Soccer;    11:29:17

20   originals, which would have been the biggest growth    11:29:19

21   category; training; softball; baseball; running;    11:29:22

22   kids.    11:29:31

23        Q.    All right.  Would you agree with me that    11:29:38

24   Adidas, since 2014, has allocated a significant    11:29:41

25   amount of resources, both in human capital and    11:29:49

UNDER PROTECTIVE ORDER                           March 26, 2021
Bowen v. Adidas

Page 92

1    money, towards increasing the athlete endorsements    11:29:55

2    of its products?                                      11:30:02

3         A.   That's correct.                             11:30:04

4         Q.   Okay.  Some people have said that the life  11:30:06

5    blood of the apparel industry in America is           11:30:09

6    celebrity and athlete endorsements.                   11:30:15

7              Do you agree with that?                      11:30:17

8         A.   I agree with that.                           11:30:18

9         Q.   Okay.  And in 2014, when -- right before    11:30:20

10   you arrived at Adidas America Inc., do you know how   11:30:27

11   many of the top 10 endorsement deals Adidas had for   11:30:34

12   NBA players?                                          11:30:38

13        A.   I do not.                                   11:30:41

14        Q.   Okay.  Did you know that Adidas only had    11:30:45

15   two of the top 10 endorsement deals for NBA players   11:30:48

16   in 2014?                                              11:30:53

17        A.   It wouldn't surprise me.                    11:30:55

18        Q.   And Nike, conversely, had approximately     11:30:58

19   seven of the top 10 endorsement deals with NBA        11:31:02

20   players in 2014; is that correct?                     11:31:07

21        A.   I don't know if it's correct, but it        11:31:10

22   sounds approximately right.                           11:31:12

23        Q.   Okay.  And of the two Adidas-endorsed       11:31:14

24   athletes, Dwight Howard was endorsed by Adidas;       11:31:22

25   correct?                                              11:31:29

Page 98

```
 1   today, there has been an emphasis on increasing      11:38:27

 2   brand loyalty and increasing sales; is that correct?  11:38:32

 3        A.   It was an emphasis on improving our NPS     11:38:36

 4   score, and definitely on sales as well, yes.         11:38:39

 5        Q.   Okay.  And when -- I want to make sure my   11:38:43

 6   definition of brand loyalty is consistent with       11:38:46

 7   yours; and, of course, yours will control, since you 11:38:50

 8   run a company and I'm just a lawyer.                  11:38:54

 9        How do you describe brand loyalty and its       11:38:57

10   importance in your business?                         11:39:00

11        A.   It's when a consumer would say something   11:39:03

12   about our brand when we're not in the room.  And,    11:39:05

13   obviously, if they're promoters, then hopefully that 11:39:09

14   drives incremental sales.                            11:39:12

15        Q.   Okay.  And have you seen studies that      11:39:14

16   indicate that brand loyalty is, in part, an          11:39:16

17   emotional decision made by a consumer?               11:39:20

18        A.   Yes.                                        11:39:24

19        Q.   So, for example, some people drive Chevy   11:39:25

20   trucks and some people drive Ford trucks.            11:39:31

21        Is that an example of how there can be an       11:39:34

22   emotional component to brand loyalty?                11:39:37

23        MR. LEVINE:  Objection.                         11:39:39

24        THE WITNESS:  I'm not a -- I'm not a car         11:39:41

25   expert; but, yes.                                     11:39:42
```

Page 106

1    A.    Well, it depends on the consumer's          11:59:14

2    passion:  If he or she is a runner, and also a     11:59:16

3    cyclist, they may have a brand affinity to different 11:59:21

4    brands.                                            11:59:25

5    Q.    Okay.  Okay.  So once you establish brand    11:59:26

6    loyalty, isn't it true, sir, that that consumer will 11:59:30

7    choose your product over other products, regardless 11:59:35

8    of how your product compares to the other products, 11:59:40

9    because of that emotional connection and their      11:59:42

10   loyalty to the brand?                              11:59:45

11        MR. LEVINE:  Objection.                       11:59:46

12        THE WITNESS:  Not true.                       11:59:48

13   Q.    BY MR. McLEOD:  Okay.  Tell me why, sir,      11:59:49

14   that's not true.                                   11:59:52

15   A.    I think the consumer today has so many       11:59:53

16   more choices.                                      11:59:55

17   Q.    Okay.  Well, and it's because they have so   11:59:57

18   many more choices that brand loyalty has such a    12:00:01

19   heightened importance in today's market; is that   12:00:04

20   correct?                                           12:00:07

21   A.    That's correct.                              12:00:08

22   Q.    Okay.  Now, with regard to increase in       12:00:09

23   Adidas's market share in America, would it be fair 12:00:16

24   to say that Adidas adopted a three-step approach:  12:00:21

25   The first step being reinvestment in youth         12:00:25

UNDER PROTECTIVE ORDER                      March 26, 2021
Bowen v. Adidas

Page 144

1            Would you agree with that?                13:38:00

2       A.   It doesn't say "promotion"; it says "new  13:38:03

3   position."                                          13:38:05

4       Q.   Well, that's incorrect, sir.              13:38:05

5            If you look at the second full paragraph:  13:38:07

6   "As a condition of your promotion."                 13:38:08

7            You see that, don't you?                   13:38:10

8       A.   I do now.  Sorry.  Yes.                    13:38:16

9       Q.   So would you agree with me, sir, that this 13:38:18

10  letter dated January 9th, 2007, indicates Mr. Gatto 13:38:20

11  received a promotion?                                13:38:23

12      A.   It seems so.                               13:38:26

13      Q.   All right.  And would you also agree with  13:38:27

14  me, sir, that if you look at the first paragraph,    13:38:29

15  the position is with Adidas International?           13:38:30

16           Do you see that?                            13:38:38

17      A.   Correct.                                    13:38:39

18      Q.   All right.  Did you -- Do you know where    13:38:40

19  Adidas International BV is located, where its        13:38:45

20  corporate headquarters are?                          13:38:49

21      A.   No.                                         13:38:50

22      Q.   Did you know that Adidas International       13:38:51

23  BV's corporate headquarters was located in the       13:38:53

24  Netherlands?                                          13:38:57

25      A.   That is my understanding.                   13:38:59

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 145

1    Q.    Did you know that Adidas International    13:39:02

2    BV's headquarters is in the same building where you    13:39:03

3    presented to the executive board in 2018 in    13:39:10

4    Amsterdam?    13:39:16

5    A.    I believe so.    13:39:17

6    Q.    Okay.  Now, again, Mr. Gatto, his physical    13:39:19

7    presence and his job responsibilities were primarily    13:39:26

8    in the U.S. market; isn't that correct?    13:39:32

9    A.    Physical presence, correct.  Job    13:39:36

10    responsibilities were global.    13:39:38

11    Q.    Do you have any personal knowledge of    13:39:41

12    Mr. Gatto ever having a corporate office located    13:39:42

13    anywhere in the Netherlands?    13:39:46

14    A.    I do not know.    13:39:48

15    Q.    Do you have any personal knowledge of    13:39:49

16    Mr. Gatto ever having traveled to the Netherlands    13:39:51

17    for business or pleasure?    13:39:54

18    A.    I do not know.    13:39:56

19    Q.    All right.  Now, at Adidas, do they    13:39:57

20    require midlevel managers to sign covenants not to    13:40:05

21    compete?    13:40:10

22    A.    Sometimes, yes.    13:40:13

23    Q.    Do you have a covenant not to compete in    13:40:17

24    your employment contract with Adidas?    13:40:19

25    A.    Yes.    13:40:23

UNDER PROTECTIVE ORDER
March 26, 2021
Bowen v. Adidas

Page 164

1    basis.                                                      14:09:30

2        Q.    Are they provided -- provided to you at           14:09:31

3    the first of the month or at the end of the month?          14:09:33

4    How does that work?                                         14:09:35

5        A.    It varies.                                        14:09:36

6        Q.    Okay.  Going back to Exhibit No. 11:  Do          14:09:38

7    you see that the expense that you allege that was           14:09:44

8    misappropriated by Mr. Gatto was sent to Amsterdam?         14:09:49

9            Do you see that?                                    14:09:59

10       A.    Yes, I do.                                        14:10:02

11       Q.    And that the invoice was sent to                  14:10:04

12   Amsterdam, and Mr. Gassnola provided the wiring             14:10:07

13   instructions for his domestic bank located in               14:10:11

14   Massachusetts.                                              14:10:15

15           Do you see that?                                    14:10:16

16       A.    Yes, I do.                                        14:10:17

17       Q.    All right.  Now, would you agree with me,         14:10:18

18   sir, that part of this $30,000, according to this           14:10:19

19   exhibit, was for travel expenses?                           14:10:25

20       A.    Correct.                                          14:10:27

21       Q.    But you also agree with me, sir, that             14:10:28

22   nowhere on this document is there any                       14:10:30

23   substantiation, any itemization, of what those              14:10:33

24   travel expenses are?                                        14:10:36

25       A.    Correct.                                          14:10:38

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 217

1    15th, 2017?                                             15:36:59

2        A.    Yes.                                          15:37:07

3        Q.    And do you see it was billed to Jim Gatto     15:37:08

4    at the physical address where your corporate           15:37:13

5    headquarters are located?                              15:37:15

6        A.    Yes.                                          15:37:16

7        Q.    And do you see, sir, that under the           15:37:18

8    consulting fee and travel expenses, there's zero       15:37:20

9    detail as to what the request is for?                  15:37:25

10       A.    Yes.                                          15:37:31

11       Q.    And, again, for this $30,000 to have left     15:37:32

12   the treasury at Adidas, it would have had to have      15:37:37

13   been authorized by multiple people up the chain of     15:37:40

14   command from Mr. Gatto; is that correct?               15:37:43

15       A.    It would have to go through the approval      15:37:48

16   process.  That's correct.                              15:37:49

17       Q.    And neither Mr. Gatto -- Mr. Gatto did not    15:37:51

18   have wiring authority on May 15th, 2017, did he?       15:37:56

19           MR. LEVINE:  Objection.                         15:38:00

20           THE WITNESS:  Not that I'm aware of.            15:38:01

21       Q.    BY MR. McLEOD:  Okay.  Now, were you          15:38:03

22   aware, sir, that there are multiple invoices that      15:38:05

23   have been produced by your company, where Merl Code,   15:38:08

24   who was convicted in the Adidas bribery scheme, sent   15:38:13

25   invoices --                                            15:38:16

Page 218

| | | |
|---|---|---|
| 1 | MR. LEVINE:  Objection.  Sorry. | 15:38:17 |
| 2 | Q.   BY MR. McLEOD:  -- to Adidas International | 15:38:18 |
| 3 | in Amsterdam to be paid? | 15:38:21 |
| 4 | Were you aware of that? | 15:38:22 |
| 5 | MR. LEVINE:  Objection. | 15:38:23 |
| 6 | THE WITNESS:  No. | 15:38:25 |
| 7 | Q.   BY MR. McLEOD:  Were you aware, sir, that | 15:38:26 |
| 8 | there are several invoices that have been produced | 15:38:27 |
| 9 | in this litigation, where T.J. Gassnola, who | 15:38:30 |
| 10 | cooperated with the government and testified at the | 15:38:36 |
| 11 | Adidas bribery scheme trial, sent invoices to | 15:38:40 |
| 12 | Amsterdam to be paid? | 15:38:43 |
| 13 | Were you aware of that? | 15:38:45 |
| 14 | MR. LEVINE:  Objection. | 15:38:46 |
| 15 | THE WITNESS:  No. | 15:38:48 |
| 16 | Q.   BY MR. McLEOD:  Who in Amsterdam has | 15:38:49 |
| 17 | authority to release corporate funds, if you know? | 15:38:52 |
| 18 | A.   I do not know. | 15:38:57 |
| 19 | THE WITNESS:  Is it okay if we stop for | 15:39:09 |
| 20 | five minutes for a nature break? | 15:39:11 |
| 21 | MR. McLEOD:  Yeah. | 15:39:13 |
| 22 | THE VIDEOGRAPHER:  All right.  We're now | 15:39:14 |
| 23 | off the record.  It's 3:39. | 15:39:15 |
| 24 | (Recess.) | 15:39:18 |
| 25 | THE VIDEOGRAPHER:  We're now back on the | 15:49:27 |

Page 237

| | | |
|---|---|---|
| 1 | (Exhibit 25 marked.) | 16:14:46 |
| 2 | Q.   BY MR. McLEOD:   Okay.   So let's go to | 16:14:46 |
| 3 | bylaw 13.01.1, Exhibit 25. | 16:14:52 |
| 4 | And I'll ask you, please, sir, to read for | 16:15:05 |
| 5 | the record the first sentence of that particular | 16:15:08 |
| 6 | bylaw. | 16:15:11 |
| 7 | MR. LEVINE:   Could you repeat the number, | 16:15:15 |
| 8 | please. | 16:15:16 |
| 9 | Q.   BY MR. McLEOD:   Yes, sir. | 16:15:16 |
| 10 | It's bylaw 13.01.1.   And if you would, | 16:15:17 |
| 11 | please, sir, read the first sentence of that | 16:15:22 |
| 12 | particular bylaw. | 16:15:27 |
| 13 | A.   "The recruitment of a student-athlete by a | 16:15:28 |
| 14 | member institution or any representative of its | 16:15:32 |
| 15 | athletics interests in violation of the | 16:15:36 |
| 16 | association's legislation, as acknowledged by the | 16:15:39 |
| 17 | institution or established through the association's | 16:15:44 |
| 18 | infractions process, shall result in a | 16:15:47 |
| 19 | student-athlete being ineligible to represent that | 16:15:50 |
| 20 | institution in intercollegiate athletics." | 16:15:53 |
| 21 | Q.   Okay.   Now, Mr. Armstrong, prior to today, | 16:15:58 |
| 22 | have you had -- have you ever read that particular | 16:16:00 |
| 23 | bylaw before? | 16:16:04 |
| 24 | A.   No. | 16:16:06 |
| 25 | Q.   Have you -- Do you have any personal | 16:16:07 |

UNDER PROTECTIVE ORDER                     March 26, 2021
Bowen v. Adidas

Page 238

```
 1    knowledge of anybody at Adidas having conducted any       16:16:11

 2    training on that particular bylaw and how it relates      16:16:14

 3    to the ineligibility of kids?                             16:16:17

 4            MR. LEVINE:  Objection.                           16:16:21

 5            THE WITNESS:  I'm aware of a training.            16:16:23

 6    I'm not aware of what the content of the training         16:16:24

 7    was.                                                      16:16:28

 8        Q.   BY MR. McLEOD:  Okay.  Would you agree          16:16:29

 9    with me, sir, that, at the time Brian Bowen was           16:16:30

10    recruited to play at Louisville, that Adidas was a        16:16:34

11    representative of Louisville's interest?                  16:16:39

12            MR. LEVINE:  Objection.                           16:16:43

13            THE WITNESS:  I'm not familiar with the          16:16:44

14    dates.                                                    16:16:45

15        Q.   BY MR. McLEOD:  All right.  Would you           16:16:47

16    agree with me, sir, that, at all times when Adidas        16:16:49

17    had a contract with the University of Louisville,         16:16:52

18    that Adidas was a representative of Louisville's          16:16:56

19    athletic interest?                                        16:17:00

20            Would you agree with that?                        16:17:01

21            MR. LEVINE:  Objection.                           16:17:02

22            THE WITNESS:  We were the sponsor.                16:17:04

23        Q.   BY MR. McLEOD:  And would you agree the         16:17:06

24    sponsorship deal contract that was entered into           16:17:07

25    between Adidas and Louisville allowed your company        16:17:11
```

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 239

1    to be a sponsor of its athletics interest?          16:17:18

2            MR. LEVINE:  Objection.                      16:17:24

3            THE WITNESS:  We're the sponsor of the       16:17:29

4    school and, obviously, the sporting departments.    16:17:31

5            MR. McLEOD:  All right.  Well, I'll --       16:17:34

6    I'll show you the specifics so we're reading from   16:17:35

7    the same sheet of music:  NCAA bylaw 13.02.15.      16:17:37

8                (Sotto voce remarks.)                    16:17:57

9        Q.   BY MR. McLEOD:  13.02.15.  Do you have      16:18:01

10   that Exhibit 25 on your screen, sir?                16:18:15

11       A.   I do.                                       16:18:20

12       Q.   All right.  Let me ask you, if you would,   16:18:21

13   first:  It is your understanding that the NCAA is    16:18:22

14   the sole governing body for its membership           16:18:27

15   institutions.                                        16:18:32

16           Do you understand that, sir?                 16:18:32

17       A.   I'm not 100 percent sure.                   16:18:35

18       Q.   Well, who is the governing body for         16:18:38

19   college athletics in this country?                   16:18:43

20       A.   My understanding is NCAA.  I don't know if  16:18:45

21   they're sole or whether their individual conferences 16:18:47

22   have another governing body as well.                 16:18:51

23       Q.   Okay.  Do you know of another entity,       16:18:54

24   other than the National Collegiate Athletic          16:18:56

25   Association, that has governing authority over       16:18:58

UNDER PROTECTIVE ORDER

March 26, 2021

Bowen v. Adidas

Page 240

| | | |
|---|---|---|
| 1 | college sports in this country? | 16:19:02 |
| 2 | A.   Not that I'm aware of. | 16:19:04 |
| 3 | Q.   Okay.  If you would, please, sir, on | 16:19:06 |
| 4 | Exhibit 25, read the first sentence, that begins the | 16:19:09 |
| 5 | definition of "representative of athletic interest." | 16:19:15 |
| 6 | MR. LEVINE:  Objection. | 16:19:19 |
| 7 | Q.   BY MR. McLEOD:  You can read, sir. | 16:19:21 |
| 8 | A.   "A representative of the institution's | 16:19:22 |
| 9 | athletics interest is an individual, independent | 16:19:25 |
| 10 | agency, corporate entity," in brackets, "apparel or | 16:19:28 |
| 11 | equipment manufacturer, or other organization, who | 16:19:33 |
| 12 | is known," brackets, "or who should be known," | 16:19:37 |
| 13 | bracket close, "by a member of the institution's | 16:19:41 |
| 14 | executive or athletics administration, revised 2/1" | 16:19:44 |
| 15 | -- sorry -- "2/16/00." | 16:19:48 |
| 16 | Q.   All right.  So before we get to the | 16:19:53 |
| 17 | subparagraphs, let me first ask you:  Isn't it true, | 16:19:54 |
| 18 | sir, that Adidas is an apparel and equipment | 16:19:58 |
| 19 | manufacturer? | 16:20:02 |
| 20 | A.   That is correct. | 16:20:03 |
| 21 | Q.   And so Adidas qualifies for the type of | 16:20:05 |
| 22 | entity that fits the definition of a representative | 16:20:09 |
| 23 | of athletics interest per this bylaw; is that | 16:20:14 |
| 24 | correct? | 16:20:17 |
| 25 | MR. LEVINE:  Objection. | 16:20:18 |

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 241

1          THE WITNESS:  Now that I've just read        16:20:21

2     this, I do now understand that, yes.             16:20:22

3          Q.   BY MR. McLEOD:  All right.  Now, in     16:20:24

4     subparagraph B, do you see, sir -- if you could read  16:20:25

5     that for the record.                              16:20:29

6          A.   "Have made financial contributions to the  16:20:30

7     athletics department or to an athletics booster   16:20:34

8     organization of that institution."               16:20:37

9          Q.   And, Mr. Armstrong, isn't it true, sir,  16:20:40

10    that, beginning in 2014, when the contract was first  16:20:42

11    entered into with Louisville, at all times        16:20:47

12    thereafter your company made significant financial  16:20:49

13    contributions to the Louisville athletic department?  16:20:53

14          MR. LEVINE:  Objection.                      16:20:56

15          THE WITNESS:  I don't recall the year it    16:20:59

16    was first signed; but, yes, we were a sponsor to the  16:21:03

17    college --                                        16:21:06

18               (Cross talk.)                          16:21:06

19          Q.   BY MR. McLEOD:  All right.  And         16:21:06

20    representatives of the college's athletic interest;  16:21:10

21    isn't that correct, sir?                          16:21:12

22          MR. LEVINE:  Objection.                      16:21:14

23          THE WITNESS:  After reading this document   16:21:16

24    and being educated, yes.                          16:21:17

25          Q.   BY MR. McLEOD:  Okay.  Now, moving on to  16:21:19

UNDER PROTECTIVE ORDER                           March 26, 2021
Bowen v. Adidas

                                                            Page 248

1        THE WITNESS:  I have no idea.                16:29:14

2        Q.   BY MR. McLEOD:  Would you agree with me, 16:29:18

3    sir, that a player's NCAA eligibility is of      16:29:18

4    significant value to that player?                16:29:26

5        MR. LEVINE:  Objection.                       16:29:30

6        THE WITNESS:  Yes.                            16:29:32

7        Q.   BY MR. McLEOD:  And would you agree with 16:29:34

8    me, sir, that an elite prospect like Brian Bowen's 16:29:34

9    NCAA eligibility is of significant value to the  16:29:41

10   university?                                      16:29:44

11       MR. LEVINE:  Objection.                       16:29:46

12       THE WITNESS:  I do not know Brian Bowen's    16:29:48

13   skill level; but any player of great talent, of  16:29:50

14   course, is of high interest at the schools.      16:29:52

15       Q.   BY MR. McLEOD:  Okay.  And isn't it true, 16:30:00

16   sir, that an elite player's eligibility is of    16:30:00

17   significant value to a company like Adidas?      16:30:04

18       MR. LEVINE:  Objection.                       16:30:07

19       THE WITNESS:  No, it's not college level.    16:30:10

20       Q.   BY MR. McLEOD:  Well, if that elite player 16:30:13

21   pledges his eligibility to an Adidas-related school, 16:30:16

22   Adidas gets the right to market that athlete's image 16:30:20

23   and likeness during his college career; isn't that 16:30:25

24   correct?                                          16:30:28

25       A.   My understanding is that it's not correct. 16:30:31

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 250

1      Q.    And, with Internet marketing, the brand      16:31:45

2   loyalty can be enhanced simply by an elite player     16:31:53

3   like Brian Bowen wearing a jersey that has your       16:31:59

4   company's logo on it; isn't that correct?            16:32:04

5      A.    It's one.  But in terms of the grand         16:32:08

6   schemes, it's minor versus the major pros, major      16:32:11

7   leagues, our icon athletes, and the professional      16:32:14

8   leagues.                                              16:32:19

9      Q.    Absolutely.  So the college player is the    16:32:20

10  step to the professional player, when you talk about  16:32:27

11  basketball; isn't that correct?                       16:32:30

12         MR. LEVINE:  Objection.                         16:32:32

13         THE WITNESS:  I believe you can now skip        16:32:35

14  college; but, overall, yes.                           16:32:37

15     Q.    BY MR. McLEOD:  All right.  And so when       16:32:40

16  Brian was recruited, the NBA bargain agreement        16:32:41

17  prohibited him from entering the NBA draft until he   16:32:48

18  was at least one year removed from high school.       16:32:51

19         Are you aware of that?                          16:32:54

20     A.    I'm not aware.                                16:32:55

21     Q.    Would you agree with me, sir, that NCAA      16:32:58

22  college basketball is where all elite prospects in    16:33:00

23  this country go to train for the NBA while they are   16:33:07

24  ineligible for the draft due to age?                  16:33:11

25         MR. LEVINE:  Objection.                         16:33:15

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 251

```
 1              THE WITNESS:  The vast majority, yes.      16:33:16
 2       Q.   BY MR. McLEOD:  And the vast majority of    16:33:19
 3   the elite prospects attend NCAA schools because in   16:33:21
 4   North America there is not comparable amateur        16:33:27
 5   basketball product; isn't that correct?             16:33:30
 6              MR. LEVINE:  Objection.                    16:33:33
 7              THE WITNESS:  That's correct.              16:33:36
 8       Q.   BY MR. McLEOD:  And when you talk about an  16:33:37
 9   elite prospect's career, is it important for their   16:33:40
10   training and their development to be uninterrupted?  16:33:46
11              MR. LEVINE:  Objection.                    16:33:51
12              THE WITNESS:  That would be the ideal     16:33:54
13   situation, yes.                                       16:33:55
14       Q.   BY MR. McLEOD:  For example, you were a     16:33:57
15   hurdler:  And if your training for the Olympics had  16:34:00
16   not been cut short with a broken shoulder, the only  16:34:05
17   chance of you making the Olympic team was having     16:34:10
18   uninterrupted training.  Isn't that correct?         16:34:13
19              MR. LEVINE:  Objection.                    16:34:16
20              THE WITNESS:  I would add performance as  16:34:18
21   well.                                                 16:34:19
22       Q.   BY MR. McLEOD:  Correct.  You'd have to     16:34:21
23   have performance as well.                             16:34:23
24              And would it be next to impossible for you 16:34:24
25   to take 18 months off of training as a hurdler and  16:34:27
```

UNDER PROTECTIVE ORDER                     March 26, 2021
Bowen v. Adidas

Page 252

| | | |
|---|---|---|
| 1 | still make the New Zealand Olympic team? | 16:34:33 |
| 2 | MR. LEVINE:  Objection. | 16:34:37 |
| 3 | THE WITNESS:  Can you clarify that | 16:34:39 |
| 4 | question?  Do you mean stop training or not be -- | 16:34:40 |
| 5 | Q.   BY MR. McLEOD:  Yes, sir.  If you stopped | 16:34:44 |
| 6 | training for 18 months, would it make it next to | 16:34:47 |
| 7 | impossible for you to qualify for the New Zealand | 16:34:50 |
| 8 | Olympic team? | 16:34:54 |
| 9 | MR. LEVINE:  Objection. | 16:34:56 |
| 10 | Q.   BY MR. McLEOD:  You can answer. | 16:34:58 |
| 11 | A.   It would be very, very challenging, yes. | 16:34:59 |
| 12 | Q.   And sometimes, sir, I have to ask the | 16:35:02 |
| 13 | obvious:  And just share with me why that would -- | 16:35:03 |
| 14 | it would be very challenging. | 16:35:06 |
| 15 | A.   For the 400-meter hurdles? | 16:35:09 |
| 16 | Q.   Yes, sir. | 16:35:12 |
| 17 | A.   You wouldn't be fit. | 16:35:13 |
| 18 | Q.   Would you not be competition-ready either? | 16:35:20 |
| 19 | A.   You wouldn't be fit if you didn't train | 16:35:23 |
| 20 | for 18 months.  If you're not fit, you're not in | 16:35:25 |
| 21 | competition. | 16:35:27 |
| 22 | Q.   Okay.  Would you agree with me, sir, that | 16:35:28 |
| 23 | an elite basketball product prospect like Brian, if | 16:35:31 |
| 24 | he is precluded from playing team basketball for 18 | 16:35:40 |
| 25 | months, that would have a significant effect on his | 16:35:46 |

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 256

1   Brian, at the time he committed to Louisville, was    16:39:34
2   anything other than a potential first-round pick, do   16:39:39
3   you?                                                   16:39:41
4        A.   I've never heard his name before.           16:39:42
5        Q.   Okay.  So you are the head of Adidas         16:39:45
6   America Inc., and you have no personal knowledge       16:39:50
7   today of any information that would lead you to        16:39:52
8   believe that Brian was anything other than a           16:39:55
9   potential first-round pick when he committed his       16:40:00
10  NCAA eligibility to the University of Louisville; is   16:40:04
11  that correct?                                          16:40:08
12           MR. LEVINE:  Objection.                       16:40:09
13           THE WITNESS:  At the time?  At the time, I    16:40:09
14  had no idea who Brian Bowen is.                         16:40:10
15       Q.   BY MR. McLEOD:  How about today?  Do you     16:40:12
16  have any personal knowledge or any facts that you      16:40:13
17  could share with me to indicate that Brian was         16:40:16
18  anything other than a potential first-round pick       16:40:19
19  when he committed his NCAA eligibility to              16:40:22
20  Louisville?                                            16:40:25
21           MR. LEVINE:  Objection.                       16:40:27
22           THE WITNESS:  I read a couple of articles.    16:40:29
23  I don't recall if those articles stated whether he    16:40:31
24  was first round, second round, third round.           16:40:33
25       Q.   BY MR. McLEOD:  So is a fair answer to my    16:40:36

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

Page 257

| | | |
|---|---|---|
| 1 | question that you don't have any facts or any | 16:40:38 |
| 2 | documents you can point me to today, of which you | 16:40:42 |
| 3 | had personal knowledge, that would indicate Brian | 16:40:44 |
| 4 | was anything other than a potential first-round pick | 16:40:46 |
| 5 | at the time he committed his eligibility to | 16:40:50 |
| 6 | Louisville; is that correct? | 16:40:52 |
| 7 | MR. LEVINE: Objection. | 16:40:53 |
| 8 | THE WITNESS: I don't recall any documents | 16:40:56 |
| 9 | at the time. | 16:40:57 |
| 10 | Q. BY MR. McLEOD: Okay. Now, when -- what | 16:40:57 |
| 11 | year were you training for the Olympics when -- when | 16:41:04 |
| 12 | you hurt your shoulder? | 16:41:08 |
| 13 | A. The Olympics was the year 2000. | 16:41:10 |
| 14 | Q. Okay. And track and field -- In the 2000 | 16:41:12 |
| 15 | Olympics, were track and field competitors required | 16:41:17 |
| 16 | to be amateurs, or were professional track and field | 16:41:21 |
| 17 | participants allowed? | 16:41:25 |
| 18 | A. I can't recall. | 16:41:29 |
| 19 | Q. Okay. Do you have a general understanding | 16:41:30 |
| 20 | of what it means to be an amateur? | 16:41:34 |
| 21 | A. Yes, I do. | 16:41:37 |
| 22 | Q. And is it your general understanding that | 16:41:38 |
| 23 | a person's amateurism is a legal status that belongs | 16:41:41 |
| 24 | to that individual? | 16:41:47 |
| 25 | MR. LEVINE: Objection. | 16:41:50 |

UNDER PROTECTIVE ORDER                          March 26, 2021
Bowen v. Adidas

Page 261

1    A.    Oh, I have no idea.  There may be some      16:45:50

2    players from Europe.                              16:45:53

3    Q.    How about U.S. citizens who play in the     16:45:54

4    NBA and who have endorsement contracts with Adidas?  16:46:01

5          Are you aware of any of those players who   16:46:04

6    did not prepare for the NBA by attending an NCAA   16:46:06

7    institution?                                      16:46:11

8    A.    Not that I'm aware of.                       16:46:16

9    Q.    Now, in a business, planning and            16:46:23

10   forecasting is an important part of success, is it  16:46:31

11   not?                                              16:46:36

12   A.    Yes.                                         16:46:37

13   Q.    And the planning and forecasting that goes  16:46:39

14   into a successful business is typically driven by  16:46:46

15   data, is it not?                                  16:46:50

16   A.    No.                                          16:46:53

17   Q.    Tell me how Adidas forecasts, for example,  16:46:54

18   their budgets for the following year.             16:47:00

19   A.    This is not a simple answer.                 16:47:06

20         So it would be based on the prior year's    16:47:07

21   results.  It would then be based on what are the   16:47:10

22   priority categories.  It would then be based on what  16:47:13

23   is your market share.  And it would then be based   16:47:16

24   what are the products that we believe in and how   16:47:21

25   much do we believe we could sell.                  16:47:23

UNDER PROTECTIVE ORDER                    March 26, 2021
Bowen v. Adidas

                                                         Page 262

1       Q.    Okay.   And does that planning based upon      16:47:25

2   that data form the basis of Adidas's execution of       16:47:30

3   its corporate business?                                 16:47:37

4       A.    That's correct.                               16:47:40

5       Q.    And when it comes to planning and             16:47:42

6   forecasting, is budgeting part of the process?          16:47:45

7       A.    A hundred percent.                            16:47:49

8       Q.    Are potential sales part of the process?      16:47:52

9       A.    Yes.                                          16:47:57

10      Q.    And is it true that forecasting is an         16:47:59

11  important tool for businesses like Adidas's to use      16:48:03

12  to determine budgets for a given year?                  16:48:07

13      A.    Yes.                                          16:48:12

14      Q.    And it's important for a business like        16:48:14

15  Adidas to use to estimate anticipated expenses for a    16:48:16

16  given year; is that correct?                            16:48:20

17      A.    Operating.   Correct.                         16:48:24

18      Q.    Now, in any business, can disruption or       16:48:32

19  interruption cause problems with regard to top-line     16:48:35

20  growth?                                                 16:48:40

21      A.    Yes.                                          16:48:42

22      Q.    And would you agree with me that there's      16:48:44

23  no such thing as a good business interruption?          16:48:47

24            Would you agree with that?                    16:48:51

25            MR. LEVINE:   Objection.                      16:48:52

Page 266

1    others?                                                17:01:06

2            MR. LEVINE:  Objection.                        17:01:08

3            THE WITNESS:  I'm not aware.                   17:01:10

4        Q.   BY MR. McLEOD:  Do you -- Do you not          17:01:12

5    understand, sir, that, generally speaking, insurance   17:01:14

6    companies refuse to underwrite and indemnify for the   17:01:16

7    risk of criminal activity committed by others?         17:01:22

8            MR. LEVINE:  Objection.                        17:01:27

9            THE WITNESS:  I'm not aware.                   17:01:29

10       Q.   BY MR. McLEOD:  Okay.  When it comes to        17:01:31

11   training for the NBA as an elite prospect, would you   17:01:34

12   agree with me that an interruption or disruption to    17:01:41

13   that training is never a good thing?                   17:01:46

14           MR. LEVINE:  Objection.                        17:01:50

15           THE WITNESS:  If you're referencing an         17:01:53

16   injury, correct.                                       17:01:54

17       Q.   BY MR. McLEOD:  Okay.  Because any            17:01:55

18   interruption or disruption in an elite prospect's      17:01:57

19   training for the NBA is going to have a direct         17:02:02

20   effect upon that player's entry into the NBA; isn't    17:02:04

21   that correct?                                          17:02:11

22           MR. LEVINE:  Objection.                        17:02:12

23           THE WITNESS:  Potentially.                     17:02:14

24       Q.   BY MR. McLEOD:  So, in order to -- for an     17:02:16

25   elite player's entry into the NBA to be at its best,   17:02:19

UNDER PROTECTIVE ORDER          March 26, 2021
Bowen v. Adidas

                                                    Page 267

1    it's important for that elite prospect to have      17:02:28

2    continuous training, continuous coaching, and       17:02:31

3    continuous competition in minutes, prior to him     17:02:35

4    entering into the NBA draft.                         17:02:41

5            Would you agree with that?                   17:02:42

6            MR. LEVINE:  Objection.                       17:02:43

7            THE WITNESS:  I'm not a basketball expert    17:02:45

8    or coach.  You know, staying injury-free is, of     17:02:47

9    course, for any athlete doing any sport, very       17:02:51

10   important.                                           17:02:56

11       Q.   BY MR. McLEOD:  Okay.  And while a player   17:02:57

12   is injured, if they're unable to compete, they're   17:02:58

13   unable to practice, and they are not able to be     17:03:00

14   coached, would you agree with me that that has a    17:03:02

15   negative impact upon that player's career?          17:03:06

16           MR. LEVINE:  Objection.                       17:03:10

17           THE WITNESS:  Depends on what --             17:03:13

18       Q.   BY MR. McLEOD:  I know it's common sense    17:03:14

19   to a certain standpoint, but sometimes I have to ask 17:03:15

20   the obvious.                                          17:03:18

21           Would you agree with that, sir?              17:03:18

22           MR. LEVINE:  We've asked and answered this   17:03:20

23   three or four times at this point.                   17:03:20

24       Q.   BY MR. McLEOD:  You can answer, sir.        17:03:23

25       A.   It depends on the situation.  I'm sure      17:03:26