**Sent:** Fri, 1 Sep 2017 09:14:20 -0700 (PDT)
**To:** Hanson, Tonie[tonie.hanson@adidas.com]
**Subject:** RE: To begin our discussion of travel program investments...

I complteltey agree with most of this.

---

**From:** Hanson, Tonie
**Sent:** Wednesday, August 30, 2017 11:27 AM
**To:** Rivers, Chris
**Subject:** To begin our discussion of travel program investments...

Hi,
Here is my start to teams that I would like to either move or cut completely.
Reasons to reduce teams are to:
1. Keep Gold competitive and aspirational
2. Open space for new teams that we need to bring in
3. Reduce spend where we don't get a great return with athletes and play
4. Use that saved money to invest in new teams or middle school play

**Move to Silver Division (Teams who did not make .500)**
1. Showtime Ballers – sorry Pitino, they are terrible and did not win a game!
2. Upward Stars – unless we get a better price on the facility rental fee
3. Team Bradley NW Panthers
4. Juice All Stars
5. Urban DFW
6. Castle Knights
7. Gateway Basketball
8. Colorado Hawks
9. Ohio Basketball Club
10. Uran ASAK
11. The Firm
12. Indiana Elite – They would be exception with their 16U team moving up and winning at that level
13. Game Elite - unless they have great 16Us moving into 17U (or they compete at 16U level on Gold only) - we also could cut this team, use Game Elite 2019 only and pay Ryan a consulting fee

**NBA team dilemma – more teams to move to Silver**
NBA team criteria to play on Gold (if they are not a high-level performing team): NBA athlete must be active with team: i.e. attend games, coach, be present
1. Team Harden
2. K-Low
3. Team Lillard
4. Team Teague – off of Silver!!!!

**Completely Cut**
1. SC Supreme – no more Zion
2. 22 Vision – no more Romeo
3. Ramey Jets – no more Courtney
4. M33M Elite – we don't sponsor this NBA guy anymore
5. Team Knight (if we cut Knight)
6. EG10 Basketball (if we cut Eric Gordon)

**Teams in Question: Teams losing key athlete – do they still deserve a place on gold**
1. 1 Family (Nas Little)
2. One World (Sherif)

FOIA Confidential Treatment Requested
CONFIDENTIAL

ADID000001314

3. MBA Hoops ??
4. Arkansas Hawks (Perry)
5. Team Arsenal

**Teams we need to add:**
1. NY Jayhawks – they won Silver
2. Thunderstruck if we can get Scottie Barnes to stay
3. RJ Hampton team? Does he need a new team or joining one already formed?
4. New NBA athlete team? Like Zach Levine
5. Any other really good 15/16U teams?
6. Get DJ Sackmann to steal Team Rio for us – what type of deal would this take?
7. ??? - who else?

Thank you,

Tonie Hanson
adidas Basketball
503.348.7679

FOIA Confidential Treatment Requested
CONFIDENTIAL

ADID000001315