**From:** "Rivers, Chris" <Chris.Rivers@adidas.com>
**To:** "Duperrier, Junior" <junior.duperrier@adidas.com>, "Butler, Corey" <Corey.Butler@adidas.com>, "Coleman, Anthony" <Anthony.Coleman@adidas.com>, "tjgassnola@gmail.com" <tjgassnola@gmail.com>, corey smith <coreyhulio@yahoo.com>, Dan Cutler <dancutler@gmail.com>
**Cc:** "Gatto, Jim" <Jim.Gatto@adidas.com>, "Hanson, Tonie" <Tonie.Hanson@adidas.com>, "Rivers, Chris" <Chris.Rivers@adidas.com>
**Sent:** Wed, 18 Feb 2015 04:08:26 +0100
**Subject:** adidas Soul Patrol aka BlackOpp's Update #1

Gentleman,

First off, thank you for you relentless contributions towards getting our category refreshed and headed in a better direction. Each of you have provided constant energy, passion, hope and a commitment to elevating adidas basketball to better position in the market place. With that said it's time for us to take a look at our accomplishments and misses over the first 90 days and begin to upgrade our overall processes. Therefore, I need your focus in helping us improve in the below areas.

1. **Communication**- We have improved our internal and external methods significantly!! But we can do better. Continue to keep the text and phone calls coming with quick check-ins on a daily basis. Also remember that our smallest partner's need to be treated with the same respect as our major partners . . . except they get a lot less time.

   However, I am requesting that after every trip a short written recap be sent to Jim and myself. I am not concerned with the format (although later in the year I will formalize) but its important that we have notes on who we are seeing and how each of these touch points will help us in the short and long term future. Please don't include any confidential "Black Opp's" information but make sure there is enough detail that validates the money we spent in addition to demonstrating how we are building relationships that will help us in the draft signings process.

2. **Travel**- Jim and I are fully aware how beneficial getting in front of key partners is at all levels and that at some times last minute trips are business critical. But we need to plan better going forward. Please make a list of all of your possible trips over the next 45 days (Hulio has already submitted his). We may not be able to have people everywhere we would like so we need to streamline our efforts and get ready for a busy month of April, Please deliver by **Wednesday February 23rd**.

3. **Nations Depth Chart**- AC, TJ, Hulio and Dan I need you four to go through our depth chart and determine which players we have had minimal contact with and figure out how to do so quickly. As much as we are going after UA/Nike guys, they could do the same to ours! Please have updated by **February 26th**

4. **90 Days Re-cap-** On March 5th I would like to submit a presentation that demonstrates the great work we have been doing in the field. We have been killing it and upper management should be aware. Therefore, I want to compile a creative document that visually demonstrates the moves we are making. So I am looking for the information below and any other data you feel would support our efforts. You may have to go through your credit card statements to recall your memory but I really believe that if done correctly this will be a valuable document.

**Since December 1st ( Post JR)**
- # HS games have you attended?
- College games attended?
- adidas college coaches met with
- adidas campus visited
- Non adidas college coaches met with
- # of first round picks you have met with and their names
- Times you have seen Nike or UA staff members on the road
- # of times you have sat on Gucci row (JR only)
- # of Nike/UA high school and summer programs you have spoken with
- Top 30 high school players you have met with in the 2016, 2017 and 2018 classes
- Top 30 families you have met with  "  "
- Influential media members you have spoken with in person?
- Event site checks executed?
- Waffle houses eaten at
- Flights taken
- Cars rented

Confidential                                                                                          CUT000036191
FOIA Confidential Treatment Requested                                                                 ADID000326837
CONFIDENTIAL

- Hotel nights= nights away from home
- What else am I missing? Send me suggestions?

I am sure you get the vibe intent by now. I need this by **Friday February 27th**. I am aware that you will not remember everything but this is important. Let me know if you have any questions.

Let's keep it rolling gentleman,

***Rivers . . aka Mariano Rivera aka Mr.Back on my shit!***

Excuse the typos, delta seat 30D is giving me no room right now!

Confidential
FOIA Confidential Treatment Requested
CONFIDENTIAL

CUT000036192
ADID000326838