| | |
|---|---|
| **From:** | "Rivers, Chris" <Chris.Rivers@adidas.com> |
| **Sent:** | Sun, 20 Dec 2015 12:36:52 -0800 (PST) |
| **To:** | "Coleman, Anthony" <Anthony.Coleman@adidas.com>; "Butler, Corey"<Corey.Butler@adidas.com>; corey smith <coreyhulio@yahoo.com>; TJ Gassnola<tjgassnola@gmail.com>; "dancutler@gmail.com" <dancutler@gmail.com> |
| **Cc:** | "Rivers, Chris" <Chris.Rivers@adidas.com>; "Hanson, Tonie"<Tonie.Hanson@adidas.com>; "Duperrier, Junior" <junior.duperrier@adidas.com>; "Gatto, Jim" <Jim.Gatto@adidas.com> |
| **Subject:** | Soul Patrol Upcoming Missions |

Gentleman,

I realize that we are all moving in multiple directions which will continue for a while. So to help get us more streamlined I need your input.

1. By **Tuesday December 22nd**, please email Dan your list of top 5-7 players in the 2017 or 2018 classes that we should make a hard push to get (assuming it will take some creative persuasion to get it done).
2. Please plan on being in Portland **January 20th ( afternoon) and 21st** as we prepare for our Uprising Directors meeting in Las Vegas.
3. We are close to forming an official partnership with Marquise Watts to join the Soul Patrol in 2016.

Please contact me directly with any questions!

Thx,

Rivers