Message

| | |
|---|---|
| **From**: | Rivers, Chris [Chris.Rivers@adidas.com] |
| **Sent**: | 12/23/2015 1:57:44 PM |
| **To**: | dancutler@gmail.com |
| **Subject**: | FW: Soul Patrol Upcoming Missions- from TJ |

**From:** TJ Gassnola [mailto:tjgassnola@gmail.com]
**Sent:** Tuesday, December 22, 2015 3:30 PM
**To:** Rivers, Chris
**Subject:** Re: Soul Patrol Upcoming Missions

I will echo Hulio as well

2017

Ayton
Vanderbilt (asst)
McCoy
Bowen
Tillman
Tremont Waters MAYBEE LOL

2018

Javonte Smart ( asst)
Nazeeon Reid
Silvio Desousa
JORDAN Brown ( asst)

On Dec 20, 2015 3:36 PM, "Rivers, Chris" <Chris.Rivers@adidas.com> wrote:

Gentleman,

I realize that we are all moving in multiple directions which will continue for a while. So to help get us more streamlined I need your input.

1. By **Tuesday December 22nd**, please email Dan your list of top 5-7 players in the 2017 or 2018 classes that we should make a hard push to get (assuming it will take some creative persuasion to get it done).

2. Please plan on being in Portland **January 20th ( afternoon) and 21st** as we prepare for our Uprising Directors meeting in Las Vegas.

3. We are close to forming an official partnership with Marquise Watts to join the Soul Patrol in 2016.

Confidential
FOIA Confidential Treatment Requested

CUT000029623
ADID000324234

Please contact me directly with any questions!

Thx,

Rivers

Confidential
FOIA Confidential Treatment Requested

CUT000029624
ADID000324235