Message
---

**From**: Rivers, Chris [Chris.Rivers@adidas.com]
**Sent**: 2/1/2016 1:31:05 AM
**To**: dancutler@gmail.com; Etop UdoEma [UdoEma@aol.com]; Marquise Watts [marquisewatts@gmail.com]; TJ Gassnola [tjgassnola@gmail.com]; Butler, Corey [Corey.Butler@adidas.com]; corey smith [coreyhulio@yahoo.com]; Duperrier, Junior [junior.duperrier@adidas.com]
**CC**: Gatto, Jim [Jim.Gatto@adidas.com]; Rivers, Chris [Chris.Rivers@adidas.com]
**Subject**: Black Opp's Rivers Solo Mission Recap Napa ,CA

Distinguished Soul Patrol Members.

As we discussed in Portland, it's imperative that you recap your field trips. I don't need anything formal but I need to make sure that you accomplished some real business objectives and that you communicate key points to Jim and I.

With that said, here are my highlights from my visit to the ***Grind Session*** hosted by Prolific Prep

- The **Grind Session** was held at Napa Valley College hosted by Prolific Prep
- The Grind Session is a multi-city basketball circuit that features "Non Traditional" high schools . . . aka basketball factories. Other stops have included, Kentucky, Detroit and New York
- Overall the event had a good vibe and a decent turnout from the community
- Josh Jackson, Prolific Prep (Top 5, 2016) vs. DeAndre Ayton, Hillcrest Prep (#1, 2017) will bring the people out if marketed correctly
- Prolific Prep is going to build something special as they have a fantastic set up for good kids, who are good students and committed to training! We need to be better partners to them.
- Notable attendees: Gary Payton (watching his son), Mark Spears (Yahoo Sports), Pete Spellman (writer SI), Aaron Goodwin (watching nephew), Chris Farr (Demar DeRozan trainer) Clayton Williams ( Director Dream Vision), Mark Olivier ( Director, Oakland Soldiers) Kyree Walker and Shammond Morrow (Oakland Soldiers Top 10 C/O 2020), Brian Merritt (ASU) and Lorenzo Romar (UW Head Coach who flew up after a loss to USC)
- First game I saw featured Victory Prep ( Houston, TX) getting blasted by Balboa Prep ( San Diego) . . . Nothing to report
- Quick touch point with Jaylen Hands who said "Damn you guys are everywhere" but did not speak with Jared Vanderbilt who got hurt the night before
- Spent most of the game speaking with Kelly Williams who was recruiting for the So-Cal Under Armour program
- Ironically, UA was concluding their directors meeting in Ft. Lauderdale earlier that day and they had Skype calls with those who could not attend
- Connected with Apple Jones ( Josh Jackson, Mom for the first time who is on a different level!!!
- Spoke briefly with Ed Smith and Ira Lee's dad but nothing to report
- More importantly had 45 minutes with Deon Brown (Jordan Brown-2018's Dad) and I have a much better understanding about what's important to him. I need you guys to remind me to stay connected with him and show him some love!
- In the featured match up Josh was really good (including talking trash to GP) and DeAndre was okay.
- The DeAndre situation is still in flux and Andrea the mom still loves TJ . She cheeses when you say his name. We still have a long shot at getting him with the Brand.
- Thanks for the intel that you each provided to make me sound informed


Rivers