**EXPERT REPORT OF MIKE BRATZ.**

**Address:**
7503 Tillman Hill Rd
Colleyville, TX 76034

Counsel for the plaintiff hired me in this case of Bowen vs Adidas to evaluate whether being declared ineligible to play basketball at the University of Louisville had a direct impact on Brian Bowen's development as a basketball player.

**Background and Qualifications**

My background is detailed in the curriculum vitae attached to this report.

The opinions expressed in this report, to a reasonable degree of certainty, are based on my experiences of having worked for 36 years in the NBA as well as experiences gained from playing for 4 years in college; one year at a California junior college and 3 years at Division 1, Stanford University. I spent 9 years as a player in the NBA, over 7 years as an assistant coach for 3 different NBA teams, 7 years as a scout in the NBA, scouting both college and professional players, and 13 years in NBA player management which involved collegiate and pro personnel scouting and player evaluation.

I have played an integral part in 20 NBA drafts going back to my 1st year as an assistant coach with the Sacramento Kings. I would personally run the pre-draft workouts with prospects that the team was considering selecting. I would put the players through a series of drills including ball handling, shooting, agility, and speed. These skill drills were observed by other members of the coaching staff as well as team scouts, and front office executives which include the general manager, assistant general manager, and directors of player personnel.
The scouts, executives, and coaches would compile lists ranking the players. The players on these lists would be discussed and ranked on a regular basis in the days leading up to the draft.
The NBA draft consists of 2 rounds with each of the 30 teams having 1 pick in each round. Sixty players are selected in the draft each year. This has been the case since 1988 when there were 3 rounds and 75 players selected. In previous years there even more rounds and more players selected. For example in 1977 there were 8 total rounds and 170 players selected. I was selected by the Phoenix Suns in the 3rd round of that draft, the 66th player chosen.
In today's NBA compensation is predetermined for all players picked in the first round with contracts usually guaranteed for 2 years with 2 additional years at a team option with significant salary increases each season.
Normally in the days prior to the draft, each team would create a draft board with the names and ranking of all draft candidates 1-60 plus a few more.
I was responsible for the draft board for 4 years with the Cleveland Cavaliers. The Cavaliers owner at the time was Gordon Gund, who is blind. I would go over our draft board for Mr. Gund, verbalizing all 60 players scouting reports listing their

strengths, weaknesses, and why the Cavaliers should or should not consider selecting the player.

I ran the draft board all 5 years with the Denver Nuggets and the first 3 years with the Sacramento Kings. I would take input from all of our scouts and personnel people and would put the names on the board 1-60. I the days leading up to the draft, the basketball staff would spend hours in the room with the draft board, which was often times referred to as the war room. I would go through every name with the staff daily to make sure the order was correct and no names were left out. During the draft itself, there are 5 minutes between each selection in the first round and 2 minutes between selections in the second round. It has been my experience that you have to stick by your rankings on the board and take the highest ranked player when it is your time to select. It can get very chaotic in the war room during the draft and often people want to change their mind on a player in the middle of the draft. Last minute changes often lead to mistakes.

**Compensation**

My fee for evaluation in this case is $500 per hour.

**Methodology**

There are evaluation methods that are generally used and accepted across the NBA. Each individual team may have certain criteria that need to be addressed in an evaluation of a player and a scouting report on a player. It is standard across the NBA that teams use certain measurables, statistics, and observations to form an opinion of a player. Methodologies are applied according to the needs of the team in developing their roster.
1. Does he have the physical size for his position. The eye test.
2. What are the player's strengths.
3. What are the player's weaknesses.
4. Who does he play like?
5. How does he get into an NBA game?
6. How could he fail?
7. What role would he have with the team? What role could he eventually achieve? Franchise, All Star, Starter, Rotation, Key reserve, Reserve, Roster?

I rely on my experiences as a player, scout, coach, and front office executive for the 2nd method.
1. Would I like to play with this player? Would I like him as a teammate?
2. Would I like to coach this player?
3. Would I like to manage this player?

If the answer to #1 is no, it is a big red flag to me. No on #1 is almost a non-starter. I can live with a no on #2 and #3, but the player has to be super talented.

Basketball scouting requires in-person evaluation. A basketball scout needs to see the physical gifts a player has with his own eyes and how the player applies these physical gifts to basketball skills. In person scouting is critical to player evaluation and is used by all teams across the industry. I used this method of evaluation throughout my 27 years as a scout, coach, and front office executive in the NBA. I have developed highly specialized knowledge on basketball scouting and apply this knowledge when formulating my personal opinion of a player.

Across the NBA there are certain measurables that are generally used and accepted when evaluating players. While each individual team will have certain player needs in any given draft, the evaluation and selection of NBA talent involve these 3 things:

1. The eyes. What do you see when watching the player? Size, athleticism, skill, intangibles?
2. The ears. What are other people saying about him? Try to talk to people who have touched the player's life in some way. I have found that coaches and former coaches are the best resource for accurate information. Reporters and former teammates can be sources as well.
3. The numbers. What do the statistics and analytics say? There are core analytics used uses across the NBA like field goal %, 3 pt field goal %, and free throw %.

These methodologies are consistent and used by top NBA talent evaluators and scouts.

My task is to evaluate Brian Bowen as a basketball player and give my opinion on where he would have been selected in the NBA draft had he been able to attend the University of Louisville. Louisville is a top tier basketball program, one of the blue blood schools in the nation. It is a place where elite prospects want to play. Louisville is a member of the Atlantic Coast Conference, the ACC, one of the best basketball conferences in the country. The team plays its home games in the state of the art KFC Yum! Center, which seats 22,090 fans, the 3rd largest arena in college basketball. Forbes Magazine ranked the Louisville basketball program as the most valuable in college basketball. No college basketball team makes more money. According to Forbes, Louisville's basketball program averaged more than $50 million in revenue per year and over $30 million in profit per year from 2014-17. This is more than the NBA's Cleveland Cavaliers, Oklahoma City Thunder, and Charlotte Hornets made during this time period.

Brian Bowen II is a 6'7 200lb guard/forward for the Indiana Pacers of the National Basketball Association. He is on a two-way contract with the Fort Wayne Mad Ants of the NBA G-League. He is 22 years old ███████████ and is from Saginaw, Michigan.
He was an All-State high school player his sophomore year at Arthur Hill High School in Saginaw. He transferred to the La Lumiere School in La Porte, Indiana for

his junior and senior years because the basketball team played a national schedule and he would get more exposure to major college programs.
La Lumiere was the national runner-up Bowen's junior year and won the 2017 national high school tournament. Brian was named the tournament MVP and named a McDonald's All-American. He played in 2 post season All Star games during his senior year, the McDonald's All American Game and the Jordan Brand Classic game. He scored 3 points in limited minutes in the McDonald's and exploded for 26 points in the Jordan Game going 10-13 from the field and 6-7 from 3 pt range while earning co-MVP of the game with Lonnie Walker.

Prior to Brian Bowen enrolling at Louisville, while I was Director of Scouting for the Sacramento Kings, I watched him play in person at the McDonald"s All American game at the United Center in Chicago on March 29, 2017.
I watched him practice in Brooklyn, NY on April 12 and 13, 2017 and play in the Jordan Brand Classic at the Barclays Center in Brooklyn on April 14, 2017.
I also watched and reviewed video of games he played while at La Lumiere School in 2016-2017 including:

12-15-16   vs New Albany
1-7-17     vs Findlay Prep
1-24-17    vs Gary Roosevelt
2-3-17     vs McCallie
2-4-17     vs Christ School
2-7-17     vs Marian Catholic
2-15-17    vs Gary Roosevelt
2-24-17    vs Handle It Prep Academy
3-30-17    vs Wasatch Academy

I conducted interviews with Brian's former coaches and reviewed his testimony in the deposition he gave on January 7, 2021 regarding this case.

This is what I see when evaluating Brian Bowen II as a basketball player:

1. Size. Excellent size for a guard/forward/NBA wing.
   Measured 6'6 ¼ without shoes and 6'7 ½ with shoes at the NBA Draft Combine.
   Good length. 6'10 ½ wingspan.
   Big hands. 9.00 hand length. 10.00 hand width.

2. Strengths
   Very good basketball skills. He is an excellent shooter with range. Shoots the NBA 3 pointer with ease, both off catch and shoot and off the dribble. Very good shooting the 3 in transition. He is a pure shooter. Excellent form, balance, and mechanics. Terrific on catch and shoot, off the dribble, and

coming off screens. He has a very quick release. Very good free throw shooter.

He is a versatile offensively. He scores easily. He can score inside and outside. Can put the ball on the floor and get to the rim. He can finish strong with dunks, and will use both hands with floaters, hooks, and lay-ins. Good extension to the rim. When catching on the block or in the paint he can finish with left and right jump hooks or turnaround jumpers over either shoulder. When he is on the perimeter without the ball, he still must be guarded closely because of his outstanding range.

He reads situations well and moves well without the ball. He is a good cutter and catches everything with his big hands.

He can finish strong in transition and in the half court.

He is a very good passer. He sees the floor well. He is unselfish. If a teammate is open, Brian will pass him the ball. Passes are on the money. He passes well with either hand off the dribble.

He has a pretty good handle. He is a good dribbler. Could fill the role of an emergency backup ball handler.

He is a good athlete, not elite, but good. He runs well and has lively legs. He's a good jumper off 1 leg or 2 legs.

He is a very good rebounder. Excellent for his size and position. He has good instincts reading the ball off the glass. Good extension going for the ball.

Has the ability to move his feet very well defensively. Gets into a defensive stance and is alert recognizing situations. He is an intelligent defender. Understands team defensive concepts.

He appears to be a really good teammate. He plays an unselfish game and when not in the game he is always up cheering on his teammates.

3. Weaknesses

Bowen's biggest weakness is his intensity on the defensive end.
He is often too passive.
Needs to get back quicker in transition.
Gets bumped off his spot in the post.
Loses sight of his man occasionally on the weakside.
Needs to close out on shooters better. Needs to close the distance between him and the shooter.
Doesn't do a good job of getting around screens.
Needs to get stronger so that he can play a more physical game. He has a good frame and should be able to put on 15-20 lbs.
He needs to be more assertive on the offensive end. Unselfish to a fault.
Has the ability to run the floor, but needs to run harder both ways in transition. Looks like he cruises too much.
Stands in one spot too long on the offensive end.

4. Who does he play like?

Evan Fournier   6'7 205  G/F  Orlando Magic
Drafted in 2012 1st round #20
Drafted at 20 years old. Played an average of 11 and 20 minutes his first 2 years while earning $1.36M and $1.42M. Traded from Denver to the Orlando Magic in 2014. Signed a 5 year $85M deal with Orlando in 2016.
He has made $91.5M in his 9-year career.
He is an average athlete. A very good shooter. Plays a finesse and very cerebral game.
He has averaged 14.2 points, 45% FG, 37% 3ptFG, 80% FT for his career.

Kevin Martin   6'7 199   G/F   Retired
Drafted in 2004 1st round #26
Drafted at 21 years old. Played an average of 10 mpg his first year and 26.6 mpg his 2nd year while earning $872K and937K. Signed a 5 year $53M deal with Sacramento in 2008. Made $83M in his 13 year career.
Average athlete. Very clever and smart player. Unorthodox looking shot, but was a great shooter.
Averaged 17.4 points 44% FG, 38% 3ptFG, 87% FT for his career.

Justin Jackson   6'8 220  G/F   Oklahoma City
Drafted in 2017  1st round #15
Drafted at 22 years old. Played an average of 22 and 19 minutes per game his first 2 years while earning $2.4M and $2.8M. Has made $13.48M his first 4 years.
Decent shooter. Smart. Average athleticism.
Averaging 6.5 points, 43% FG, 32% 3ptFG, 79%FT during his first 4 years.

Cameron Johnson   6'8 210   F   Phoenix Suns
Drafted in 2019   1st round   #11
Drafted at 23 years of age. Has played an average of 22 and 25 minutes per game his first 2 seasons while earning $4M and $4.2M. Has team option years of $4.4 M and $5.9M the next 2 seasons. Will make $18.6M his first 4 years.
Very good shooter.  Average athleticism.
Averaging 9.5 points, 44% FG, 38% 3ptFG, 81% FT for his 1+ year NBA career.

Josh Childress   6'8   210   F   Retired
Drafted in 2004   1st round  #6
Drafted at 21 years old. Played an average of 30 min per game his first 2 years while starting 54 of 154 games. Earned $2.5M and $2.7M his first 2 years. Made $38.9M over his 9 year NBA career.
Very smart player. Good shooter. Average athleticism.
Averaged 9.1 points, 52% FG, 33% 3ptFG, 78% FT for his career.

Kelly Oubre   6"7 203   F   Golden State Warriors
Drafted in 2015 1st round  #15

Drafted at 19 years old. Played an average of 11 and 20 minutes per game his first 2 years while averaging while averaging 3.7 pts and 6.3 pts. Earned $1.9M and $2.0M his first 2 seasons. Has made $39.3M during his 6-year career.
Very, very athletic player.
Averaging 10.9 points. 43%FG, 32% 3ptFG, 78% FT for his career.

Terrance Ferguson 6'6 190   F Philadelphia 76ers
Drafted in 2017   1st round   #21
Drafted at 19 years old. Played an average of 12 and 26 minutes per game his first 2 years. Earned $1.8M and $2.1M his first 2 years. Has made $10.3M his first 4 years.
Very, very athletic player. High energy guy. Decent shooter. Mistake prone player.
Averaged 4.7 pts, 40%FG, 37% 3ptFG, 75%FT over 4 seasons.

5. He gets into an NBA game because he can shoot and he can score. A coach wants a wing player who can score and is versatile. Brian Bowen can fill those roles. If Brian is in a reserve role and the coach needs shooting, Brian could provide that. Brian Bowen gets into an NBA game because he can make shots and play solid, fundamentally sound basketball.

6. He could fail if he goes to a team and doesn't get an opportunity to play. Because he was denied the opportunity to play at Louisville, then was not drafted and signed to a 2-way contract with Indiana, he would not have the leeway to make mistakes and is susceptible to being released by the team. If the team has a limited monetary investment in him, they could give those opportunities to other players.

7. I believe that Brian could fill the role of a reserve in his first year, a rotation player his 2nd and 3rd years, and a starter in his 4th season.

2nd Method

1. Yes, I would like to have Brian Bowen as a teammate. He knows how to play, he is a willing passer, and when you pass the ball to him he makes shots. He is always up off the bench cheering on his teammates. He looks like he is a worker and is trying to get better.

2. Would I like to coach him? Yes. After watching video of him I would like to help him improve on the basics and fundamentals. Concentrate on running the floor hard every possession, improving his defensive intensity. Improving his defensive footwork. These are correctable habits.

3. Would I like to manage him? Yes. His parents are around him a lot and his mom attended every practice for 2 years while he was at La Lumiere. I would hope that both parents would give him his space and room to grow as he gets further along in life.

I normally put 60% value on what I see, 20% on what I hear, and 20% on the numbers or statistics/analytics.

The Eyes
I see Brian Bowen as a 6'7 22 year old player who is still trying to find himself after experiencing some awful times the past 4 years. From being suspended from participating on the team at Louisville, then being banned completely, transferring to a new school at South Carolina, being declared ineligible by the NCAA, having to go overseas to Australia to play, going to the NBA Draft Combine twice and having underwhelming performances, to not being picked in the NBA Draft – it has been too much for a young player to take.
After not playing competitive basketball for 14 months, Brian struggled in his first appearance at the combine. I can't imagine a player sitting out for that long and putting on a good showing. The NBA scouts and executives had nothing else to evaluate him on except the couple days at the camp. If he had played in competitive games the previous year, they would have had a body of work to judge him on. Instead, the lone picture they had of him was a subpar performance at the combine.

He was a McDonald's All American, Co-MVP of the Jordan Brand Classic Game, a Five star national recruit, and ranked #16 overall in his class by the scouting services. He was a very skilled player who could shoot, score, and pass. He is an outstanding rebounder for a shooting guard/small forward.
It is a shame and criminal that he was not able to play at Louisville, a blue blood college program.
I believe he would have developed into a top college player and a premier shooter and scorer in the NCAA. His all around game would have developed. He would have been scouted heavily by the NBA and been a first round draft choice whenever he decided to enter the NBA draft.
Instead, he was exiled to play in Australia, having missed a full season of playing basketball. To the NBA personnel people, he was out of sight, out of mind.
He seemed to be a shell of himself and lost his confidence. The 19 month layoff between the Jordan Brand game and his debut in Australia really hurt him. The lack of competitive minutes was a tough thing to overcome.

The Ears

On 2-12-21 I spoke with South Carolina coach, Frank Martin, regarding Brian Bowen. Coach Martin was very complimentary about Brian. He said for such a high profile kid, Brian came in and worked really hard. He wanted to be coached and coached hard. He said Brian lived in the gym and was always getting shots up. Coach Martin said his strength and conditioning coach loved Brian. He said Brian was a dedicated worker in the weight room.

Coach Martin said Brian was good with his teammates. He has a quiet persona.

He said Brian is very skilled and can really score. He said he is versatile and can do a lot of things to help a team. He has a high basketball IQ. He impacts the game and impacts winning.

He said Brian is a very good runner but it doesn't look like it because he glides and appears not to be running hard. He is a good athlete with good length. He could be a great defender because he can really move his feet.

Coach Martin said that if Brian had had the chance to play for Pitino at Louisville, he would have been a surefire, day one, NBA player. He doesn't know if he would have been one and done because he was a great student, very intelligent, and had a 3.5 GPA. He said Brian loved college and maybe he would have stayed 2 years, but when he came out he would have been an NBA player right away.

He said it was just a shame that he went sight unseen for about a year and a half. No one saw him. He just went dark. No one was talking about him. He just went dark. This really hurt him.

Coach Martin said one thing Brian needs to improve on is to get a killer mentality. He mostly tries to be a team player but one day in practice, a top young player on the team was talking smack to Brian. He said Brian took it to the young fellow, dominating him on every possession. He scored every time on him, and shut him down completely at the other end. Coach Martin emphasized to Brian that he needed to play like that every day.

Based on my interview with Coach Martin I concluded that he loved Brian Bowen's talent, his work ethic, and his character. He would have loved to have coached him.

On 2-4-21 I spoke with Doug Wojcik, Director of Recruiting for Michigan State. I met Doug in 2008 when he was the head coach at Tulsa University. He coached at Tulsa for 7 years, with 4 straight 20 win seasons. He was also the head coach at the College of Charleston, and an assistant coach at the US Naval Academy, Notre Dame, North Carolina, and Michigan St. He has coached and/or recruited many NBA players. He is a basketball lifer and knows talent.

Doug's son, Paxton, was a teammate of Brian Bowen for 2 years at La Lumiere. Doug Wojcik was in between coaching jobs during the 2016-17 basketball season, watched La Lumiere practice and play games many times, and observed Brian Bowen on many occasions. He said Brian was a very good basketball player and had all the skills needed to be an NBA player.

On 2-5-21 I spoke with Shane Heirman, currently in his 4th year as an assistant coach at DePaul University. He was Brian Bowen's coach at La Lumiere for both of Brian's years at the school. He had a tremendous team at La Lumiere both seasons. In 2017 the team won the Dick's National Championship Tournament and 9 players from that team earned scholarships to D-1 universities including 2018 lottery pick, Jaren Jackson Jr. and 2019 1st round pick Jordan Poole. He agreed with my opinion that Bowen was a national top15 recruit.

Former NBA player Andrew Gaze was Brian's coach when Brian played in Australia for the Sydney Kings in 2018-19. He was quoted in the Bleacher Report (May 13, 2019 by Mirin Fader)as saying that Brian was mature beyond his years.
Former Sydney teammate and 14 year NBA veteran Andrew Bogut was quoted in the Bleacher Report (May 13, 2019 by Mirin Fader) as saying Brian still needs to be developed a bit but has all the tools to be an NBA player.

The Numbers
Brian Bowen's chances of being selected in the NBA draft were dealt a severe blow on September 27, 2017 when the University of Louisville announced that he was suspended from participating in in all athletic activities and was prohibited from practicing or working out with the team. The school announced on November 26, 2017 that he would never play for the Cardinals. He finished out the semester at Louisville, and then transferred to the University of South Carolina. He was hoping to be able to play immediately, but the NCAA ruled him ineligible for the 2017-18 season. He continued to practice with the team and attend classes with the hope of playing in the 2018-19 season. But the NCAA ruled that he was ineligible to play that season as well.
At this point, his basketball career options were limited to Europe, China, the NBA G-League, and Australia. The realty was that his dream of playing in college was over as well as chances of being drafted by an NBA team.

In the past 8 years (2013-2020) there have been 480 players selected in the 1st or 2nd rounds of the NBA draft. Of those 480 players, 382 or 79.5% of them played college basketball in the United States.
78% of college players drafted played in the NCAA tournament the year that they were drafted.

85% of the college players drafted in the lottery played in the NCAA tournament the year that they were drafted.

Only 21 of the 382 (5.5%) college players drafted had transferred colleges and only 5 of those 21 (1.3%) were first round picks (Rodney Hood #23 in 2014, Derrick White #29 in 2017, Cameron Johnson #11 in 2019, Brandon Clarke #21 in 2019, and Malachi Flynn #29 in 2020).

Even if Bowen had been declared eligible after transferring to South Carolina, the odds of him being drafted in the first round were not good.

Brian missed out playing for a Hall of Fame coach in Rick Pitino at Louisville. There is a good chance that Brian would have blossomed playing for Pitino who has been quoted as saying, "I'm at my best developing young athletes".

Pitino's Louisville teams reached the NCAA tournament in 13 of his 16 seasons at the school. His teams advanced to the Final 4 three times and won the national championship in 2013.
Had Brian played for Pitino at Louisville there was a good chance that he would have played in the NCAA tournament and been able to showcase his talents to NBA scouts and executives on the biggest and brightest stage. Louisville is considered to be among the best basketball programs in the country and NBA scouts and executives regularly attend practices and games during the season. Early in the season it is typical for just scouts or personnel people to attend these events. They report back to the higher up executives – the general managers and presidents – on their findings and try to narrow down the talent list that their bosses definitely need to see. These GM's and presidents will generally scout college players in earnest after the NBA trade deadline, which during a normal season is in the middle of February. The executives and team decision makers will scout the best players at the conference tournaments (early March) and the NCAA tournament (mid March to early April.
The exposure that a player gets in the conference tournaments and NCAA games is extremely important.

Scouting for the following year's draft starts right after the NCAA tournament ends. NBA scouts are not allowed to watch high school players at the present time (this rule will soon change) with the exception of 3 All Star type games, the Nike Hoop Summit, the McDonald's All American game, and the Jordan Brand Classic game.
Brian Bowen did not participate in the Nike Hoop Summit game in 2017, but did play in both the McDonald's and Jordan Brand games.
There have been 7 McDonald's All American games since 2013. There are 24 players selected each year and 168 players the past 7 years. Of those 168, 100 (59.5%) were selected in the NBA Draft and 73 (43%) were taken in the first round.

Bowen participated in the Jordan Brand Classic in 2017 and was named co-MVP of the game along with Lonnie Walker. There have been 14 co-MVP's of the Jordan Game since 2013. 9 of the 14 were drafted in the 1st round (64.2%) and 1 was drafted in the 2nd. Four went undrafted – Brian Bowen, Cliff Alexander, Allonzo Trier, and Emmitt Williams. The San Antonio Spurs selected Lonnie Walker at #18 in 2018.

Scouts keep lists ranking players and are constantly updating them. Brian was ranked as the 16th best prospect after his senior year at La Lumiere. Of the top 20 ranked players in 2017, 11 were 1st round picks including 8 lottery picks in 2018 and another, PJ Washington, was a lottery pick in 2019. Only 4 went undrafted including Brian Bowen.

After I saw Brian in the Jordan Brand game, I projected him to be in the 16-21 range in the 2018 draft. I had scouted Terrance Ferguson in Australia in 2016 and he was selected #21 in the 2017 draft by the Oklahoma City Thunder. I thought Brian Bowen was a better prospect than Ferguson.
If Brian would have stayed at Louisville for 2 years, it is my opinion that he would have been picked from the late lottery to the mid teens (12-16).

Had Brian been able to play basketball at Louisville, he would have been a first round draft pick. He missed out not only on establishing himself as an NBA talent who could have a long and successful career, but also a sizeable, guaranteed contract.

A #16 pick in the first round in 2019 was slotted to make:
$2,603,500 in year 1
$2,733,600 in year 2
$2,863,900 in year 3 (team option)
$4,393,223 in year 4 (team option)
$6,172,478 in year 5 (qualifying offer)

$18,772,700 over 5 years

A #21 pick in the first round in 2019 was slotted to make:
$2,067,800 in year 1
$2,171,300 in year 2
$2,274,700 in year 3 (team option)
$3,623,597 in year 4 (team option)
$5,221,603 in year 5 (qualifying offer)

$15,359,000 over 5 years

Brian's entry into the NBA was very different from most players and had huge financial consequences for him. Players who go to college in the United

States can declare for the draft after 1 year of college. If they do not go to college in the U.S., players can declare for the draft if they are 1 year removed from their high school graduation class and turn 19 years of age during the calendar year of that draft. The NBA will allow the player to gather information from the league and NBA teams so that will have the opportunity to get an indication of their draft status and ranking by NBA teams. The NBA will set a date as to when a player has to leave his name in the draft or withdraw from the draft. A player only gets 1 chance to leave his name in the draft or go back to school. All players who complete their 4 years of college eligibility are automatically eligible for the draft, as are foreign players who reach the age of 22 during the calendar year of the draft.

The biggest decisions a player has to make is where to go to school and when should he declare himself eligible for the NBA draft.

Once Brian Bowen II was suspended from basketball activities by the University of Louisville, the chips were totally stacked against him and his chances of being a high NBA Draft pick and landing a lucrative contract were very slim. 76% of college players drafted played in the NCAA tournament the year they were drafted. Brian Bowen II never had the chance to play college basketball or go to the NCAA tournament. It is my opinion that if Brian Bowen II would have had the chance to develop his basketball skills at the University of Louisville, he would have been a first round NBA draft choice whenever he decided to declare himself eligible for the draft.

All of the opinions herein are based upon my knowledge, skill, experience, and training acquired during my 36 years as a player, scout, coach, and executive in the National Basketball Association.

**Summary of Opinions**

1. NCAA basketball is the proving ground for a player's career. This is where they develop their skills as well as their body and mind. There is no other comparable product in North America where a player can get premium training and acquire experience playing against the best players in their age group.
2. The overwhelming majority of elite high school players go to college for a minimum of 1 year. The reason for this is that the NBA requires that a player, if he attended high school in the United States, must be 1 year removed from his high school graduating class year before he is eligible to enter his name for consideration for the NBA draft.

3. It is the development in the one to two years after high school graduation that is critical to a young player.
4. The level of coaching that a player gets at this formative stage can't be matched anywhere else.
5. NCAA schools provide the players exposure to NBA talent evaluators. NBA scouts have access to observe players at both practices and games.
6. Players are able to practice and play against the best of the best in their peer group. The best way to improve is to get competitive minutes in games and competitive sessions in practice against the best players.
7. The exposure to NBA talent evaluators and developing his skills, body, and mind by playing against other elite players is what Brian Bowen II missed out on by not being able to play basketball for the University of Louisville.
8. Any player can have a bad performance on a certain day, no matter how skilled and talented they are. Brian Bowen had subpar performances at the NBA Draft Combine in both 2018 and 2019. That is the picture that NBA scouts and executives remember about Brian. These memories are why Brian was not selected in the 2019 NBA Draft and why he missed out on the financial opportunities that would have come with being an NBA draft pick.
9. It is my opinion that Brian would have been a first round pick in the NBA draft had he not been declared ineligible to play basketball for the University of Louisville. He then would have been signed to a 4 year contract by the team that selected him, with the first 2 years fully guaranteed and the next 2 years at the team's option. It is common for teams to lock up their first round picks for the maximum period allowed by the NBA
10. He missed 18 months of competition after high school. Unlike his peers in the 2017 high school graduation class, he wasn't able to play against the best competition and improve his basketball skills. It is my opinion that his basketball skills actually regressed during these 18 months.

*[Signature]*
Feb. 22, 2021

Michael Bratz
7503 Tillman Hill Rd
Colleyville, TX 76034

Cell   817-253-1213

E-mail mbratz1111@aol.com

**DOB:**

**Family:**

**Education:**   Stanford University 1974-77
B.A. Economics, Stanford University 1977
Allan Hancock JC 1973-74   Santa Maria, CA
Lompoc High School, class of 1973  Lompoc, CA

**Work History:** 36 years NBA experience, including:
13 years NBA management
7+ years NBA Assistant Coach
7 years NBA & College Personnel scout
9 year NBA playing career

| | | |
|---|---|---|
| 2016-18 | Sacramento Kings | Director of Scouting |
| 2013-16 | Sacramento Kings | Assistant General Manager |
| 2008-13 | Denver Nuggets | Director of Scouting |
| 2007-08 | Milwaukee Bucks | College and Pro Personnel Scout |
| 2006-07 | Los Angeles Clippers | College Personnel Scout |
| 2004-05 | Cleveland Cavaliers | Director of Basketball Operations |
| 2001-04 | Cleveland Cavaliers | Director of Player Personnel |
| 2000-01 | Cleveland Cavaliers | College and Pro Personnel Scout |
| 1999-00 | Washington Wizards | Assistant Coach |
| 1998-99 | Utah Jazz | Advance Pro Scout |
| 1993-98 | Sacramento Kings | Assistant Coach |
| 1992-93 | Washington Bullets | Advance Pro Scout |
| 1991-92 | Sacramento Kings | Assistant Coach |
| 1988-91 | Commercial Real Estate | Sacramento, CA |
| 1985-86 | Sacramento Kings | NBA player |
| 1983-85 | Golden State Warriors | NBA player |
| 1982-83 | Chicago Bulls | NBA player |
| 1981-82 | San Antonio Spurs | NBA player |
| 1980-81 | Cleveland Cavaliers | NBA player |
| 1977-80 | Phoenix Suns | NBA player |
| 1977 | Drafted in 3rd round by Phoenix Suns | |

**Skills:** Has multi-faceted NBA experiences that have proved extremely valuable in developing an eye for identifying and evaluating basketball talent at the college, NBA, and international levels.

Being a player in the NBA and playing for some of the top coaches in the business as well as having some of the top players in the league as teammates developed his feel for NBA talent and what characteristics, skill, size, and athleticism are necessary to be a successful professional basketball player.

**Valuable lessons were learned from Coaches John MacLeod and Al Bianchi in Phoenix, Bill Musselman in Cleveland, Stan Albeck in San Antonio, Paul Westhead in Chicago, John Bach in Golden State, and Phil Johnson and Frank Hamblen in Sacramento.**

**Interacting and competing on a daily basis with NBA teammates added to the expertise of identifying the characteristics needed to be an NBA player. Teammates included Paul Westphal, Walter Davis, Alvan Adams, Don Buse, and Garfield Heard in Phoenix, Bill Laimbeer, Randy Smith, and Mike Mitchell in Cleveland, George Gervin in San Antonio, Mark Olberding in San Antonio, Chicago, and Sacramento, Reggie Theus in Chicago and Sacramento, Purvis Short, Larry Smith, Lester Connor, Sleepy Floyd, Joe Barry Carroll, and Mickey Johnson in Golden State, Joe Kleine, Larry Drew, Mike Woodson, Eddie Johnson, LaSalle Thompson, and Terry Tyler in Sacramento. Westphal, Heard, Drew, Woodson, and Theus went on to become Head Coaches in the NBA and Westphal and Gervin are members of the NBA Hall of Fame.**

**As an NBA assistant coach worked under Garry St. Jean and Eddie Jordan in Sacramento and helped to develop talented NBA players like Mitch Richmond (Hall of Fame), Lionel Simmons (Rookie of the Year), Bobby Hurley, Brian Grant, and Michael Smith.**

**As an assistant coach in Washington, worked under former teammate Garfield Heard and coached talented players like Richard Hamilton, Rod Strickland, and Juwan Howard.**

**All of the NBA experiences were put to use while evaluating college, NBA, and international talent for the Cleveland Cavaliers working under General Manager Jim Paxson.. As a college and pro personnel scout, then Director of Player Personnel and Director of Basketball Operations, he was in charge of all facets of the scouting department, pre-draft workouts, draft preparations, and the summer league department.**

**In 2002 Bratz scouted and helped draft Carlos Boozer with the 35th pick and Matt Barnes with the 45th pick. In 2003 scouted and helped draft LeBron James with the 1st pick and Jason Kapono with the 31st pick. In 2004 Cleveland did not have a 2nd round pick, but Paxson traded Tony Battie and 2 future 2nd round picks for the rights to Drew Gooden and Anderson Varejao who Bratz had scouted in Europe.**

**Bratz worked under Mark Warkentien and then Masai Ujiri while with the Denver Nuggets as Director of Scouting. In the 2009 NBA draft scouted and assisted in the selection of Ty Lawson with the 18th pick. In 2011 Bratz led the scouting and evaluation of Kenneth Faried who the Nuggets took with the 22nd pick. In 2012 the Nuggets selected Evan Fournier of France with the 20th pick. Bratz had scouted Fournier before the draft and was instrumental in bringing him to Denver for a pre-draft workout that ultimately led to his being drafted by the Nuggets.**

**Bratz left Denver in 2013 to become the Assistant General Manager for the Sacramento Kings working under General Manager Pete D'Alessandro and alongside Hall of Fame advisor, Chris Mullin. Bratz was in charge of leading the scouting department and assisted in the scouting, evaluation, and drafting of Ben McLemore with the 7th pick in 2013, Willie Cauley-Stein with the 6th pick in 2015, and De'Aaron Fox (5th), Justin Jackson (15th), and Harry Giles (20th) in 2017.**

**Awards: Stanford Athletic Hall of Fame, All Pac-8 First Team 1977, Academic All-American 1977, California Junior College Hall of Fame**