Christian Dawkins and Merl Code

| 253 | Inbox | From<br>+17083143402<br>Merl Code*<br>Direction:<br>Incoming | 5/22/2017<br>4:47:28<br>PM(UTC+0) | Read:<br>5/22/2017<br>4:47:28<br>PM(UTC+0) | Read | Don't send Bowen to Oregon!!! Call me<br>Source Extraction: File System | |

GOVERNMENT
EXHIBIT
102S-1
S2 17 Cr. 686 (LAK)