| | | | | | | |
|---|---|---|---|---|---|---|
| 149 | Sent | To +15025992045 Rick Pitino* Direction: Outgoing | Time 5/25/2017 11:07:52 AM(UTC-5) | Sent | | Fwd: tunnel for Tugs...The to Tugs success!! Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D925C7 (Table: sms, Size: 62115840 bytes) |
| 150 | Inbox | From +19897141866 Carrie Bowen* Direction: Incoming | Time 5/25/2017 10:36:28 AM(UTC-5) | Read | | tunnel for Tugs...The to Tugs success!! Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D92DC4 (Table: sms, Size: 62115840 bytes) |
| 151 | Sent | To +19899929828 Tugs* Direction: Outgoing | Time 5/24/2017 4:44:12 PM(UTC-5) | Sent | | I told you way back in Vegas that the Ville was the place man. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D734DD (Table: sms, Size: 62115840 bytes) |
| 152 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/24/2017 3:54:02 PM(UTC-5) | Sent | | Coach and Tugs connected. Holla at me after you follow up with him please. I think there is interest in coming down this weekend. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D6F5CF (Table: sms, Size: 62115840 bytes) |
| 153 | Sent | To +19894934317 Christian Dawkins* Direction: Outgoing | Time 5/24/2017 1:20:05 PM(UTC-5) | Sent | | Ok. Coach is waiting on Tugs to call him Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D690FF (Table: sms, Size: 62115840 bytes) |
| 154 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/24/2017 10:17:19 AM(UTC-5) | Read | | Tugs isn't great with the phone. FYI Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D5F34E (Table: sms, Size: 62115840 bytes) |
| 155 | Inbox | From +19894934317 Christian Dawkins* Direction: Incoming | Time 5/24/2017 10:17:05 AM(UTC-5) | Read | | (989) 992-9828 tugs Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D5F3D8 (Table: sms, Size: 62115840 bytes) |
| 156 | Sent | To +19899929828 Tugs* Direction: Outgoing | Time 9/8/2016 9:10:22 AM(UTC-5) | Sent | | The main points are: immediate playing time, featured scorer, playing the 2 & 3 position. We have 5 players 6'10 and bigger so never the 4. The fact that he wants to coach a 1 and done so people stop saying he doesn't like them or won't let them be. Plus scandal being behind us. Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x17749E1 (Table: sms, Size: 62115840 bytes) |
| 157 | Sent | To +19899929828 Tugs* Direction: Outgoing | Time 9/6/2016 5:19:43 PM(UTC-5) | Sent | | I have a message from coach Pitino for you Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x170AC01 (Table: sms, Size: 62115840 bytes) |
| 158 | Sent | To +19899929828 Tugs* Direction: Outgoing | Time 9/6/2016 12:52:30 PM(UTC-5) | Sent | | Can you call me when you are free please...quick question Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1725925 (Table: sms, Size: 62115840 bytes) |
| 159 | Inbox | From +19899929828 Tugs* Direction: Incoming | Time 9/6/2016 12:50:13 PM(UTC-5) | Read | | I was in class but ▓▓▓▓ Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x17259C6 (Table: sms, Size: 62115840 bytes) |
| 160 | Sent | To +19899929828 Tugs* Direction: Outgoing | Time 9/6/2016 12:31:53 PM(UTC-5) | Sent | | What's your dad's # Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1730184 (Table: sms, Size: 62115840 bytes) |
| 161 | Sent | To +19899929828 Tugs* Direction: Outgoing | Time 8/10/2016 9:57:44 AM(UTC-5) | Sent | | Ok Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1454498 (Table: sms, Size: 62115840 bytes) |
| 162 | Inbox | From +19899929828 Tugs* Direction: Incoming | Time 8/10/2016 9:57:27 AM(UTC-5) | Read | | Yes I did a couple days ago Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1454500 (Table: sms, Size: 62115840 bytes) |
| 163 | Sent | To +19899929828 Tugs* Direction: Outgoing | Time 8/10/2016 9:27:05 AM(UTC-5) | Sent | | Have you narrowed that list down yet? Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1454C7D (Table: sms, Size: 62115840 bytes) |
| 164 | Sent | To +19899929828 Tugs* Direction: Outgoing | Time 7/23/2016 12:17:03 AM(UTC-5) | Sent | | Yeah we need a featured scorer for next year. Searching for a potential early entry pro Source file: Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x12ACB3B (Table: sms, Size: 62115840 bytes) |