



## Extraction Report - Samsung SM-G935V Galaxy S7 Edge

## Timeline (420)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | MMS Messages | Outgoing | | | 9/6/2016 12:59:22 PM(UTC-5) | **From:** +13013260616 **To:** +19897141864 Big Bo | Hello this is coach Johnson from University of Louisville basketball. Can you please give me a call when you can. **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x278DD1A (Table: message, text_content, Size: 52744192 bytes) | |
| 2 | SMS Messages | Outgoing | | | 9/6/2016 12:59:22 PM(UTC-5) | **To:** +19897141864 Big Bo | Hello this is coach Johnson from University of Louisville basketball. Can you please give me a call when you can. **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x172545C (Table: sms, Size: 62115840 bytes) | |
| 3 | MMS Messages | Outgoing | 1 | | 5/24/2017 5:39:50 PM(UTC-5) | **From:** +13013260616 **To:** +19897141864 Big Bo | [20160325_140129.png](#) **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0xF96159 (Table: message, Size: 52744192 bytes) Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/media/0/DCIM/Photo editor/20160325_140129.png : (Size: 2052491 bytes) | |
| 4 | MMS Messages | Outgoing | 1 | | 5/24/2017 5:40:08 PM(UTC-5) | **From:** +13013260616 **To:** +19897141864 Big Bo | [Screenshot_20160501-213225.png](#) **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0xFD6BFE (Table: message, Size: 52744192 bytes) Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/media/0/DCIM/Screenshots/Screenshot_20160501-213225.png : (Size: 945249 bytes) | |
| 5 | MMS Messages | Incoming | | | 5/24/2017 5:40:12 PM(UTC-5) | **To:** +19897141864 Big Bo | **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D7B439 (Table: pdu, addr, Size: 62115840 bytes) | |
| 6 | MMS Messages | Incoming | | | 5/24/2017 5:40:12 PM(UTC-5) | **From:** +19897141864 Big Bo | **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.google.android.gms/databases/icing_mmssms.db : 0xD7B2B3 (Table: mmssms, Size: 18837504 bytes) | |
| 7 | MMS Messages | Incoming | | | 5/24/2017 5:40:15 PM(UTC-5) | **To:** +19897141864 Big Bo | **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D7BF00 (Table: pdu, addr, Size: 62115840 bytes) | |
| 8 | MMS Messages | Incoming | | | 5/24/2017 5:40:15 PM(UTC-5) | **From:** +19897141864 Big Bo | **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.google.android.gms/databases/icing_mmssms.db : 0xD7B271 (Table: mmssms, Size: 18837504 bytes) | |
| 9 | MMS Messages | Incoming | | | 5/24/2017 5:40:31 PM(UTC-5) | **To:** +19897141864 Big Bo | **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2D7BDC5 (Table: pdu, addr, Size: 62115840 bytes) | |

| 136 | SMS Messages | Outgoing | | | 6/4/2017 7:49:51 AM(UTC-5) | To: +19897141864 Big Bo | What time do you want to discuss arrival plans for Tugs.<br>**Source:**<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmsms.db : 0x2F0823A (Table: sms, Size: 62115840 bytes) | |
| 137 | MMS Messages | Incoming | | | 6/4/2017 7:50:44 AM(UTC-5) | From: +19897141864 Big Bo<br>To: +13013260616 | I'm free hit me up<br>**Source:** Verizon Message+<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0xAE83B4 (Table: message, text_content, Size: 52744192 bytes) | |
| 138 | SMS Messages | Incoming | | | 6/4/2017 7:50:44 AM(UTC-5) | From: +19897141864 Big Bo | I'm free hit me up<br>**Source:**<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2F081C2 (Table: sms, Size: 62115840 bytes) | |
| 139 | MMS Messages | Outgoing | | | 6/4/2017 7:51:06 AM(UTC-5) | From: +13013260616<br>To: +19897141864 Big Bo | Ok call you in 20min<br>**Source:** Verizon Message+<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0xAE82F4 (Table: message, text_content, Size: 52744192 bytes) | |
| 140 | SMS Messages | Outgoing | | | 6/4/2017 7:51:06 AM(UTC-5) | To: +19897141864 Big Bo | Ok call you in 20min<br>**Source:**<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2F08090 (Table: sms, Size: 62115840 bytes) | |
| 141 | MMS Messages | Incoming | | | 6/4/2017 7:51:45 AM(UTC-5) | From: +19897141864 Big Bo<br>To: +13013260616 | Ok<br>**Source:** Verizon Message+<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x22D5EAC (Table: message, text_content, Size: 52744192 bytes) | |
| 142 | SMS Messages | Incoming | | | 6/4/2017 7:51:45 AM(UTC-5) | From: +19897141864 Big Bo | Ok<br>**Source:**<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2F0DFDA (Table: sms, Size: 62115840 bytes) | |
| 143 | MMS Messages | Outgoing | | | 6/5/2017 6:30:14 PM(UTC-5) | From: +13013260616<br>To: +19897141864 Big Bo | 3 NBA teams called me about Donovan today and guess what half the conversation was about Tugs...they love how hard he plays!<br>**Source:** Verizon Message+<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x2599849 (Table: message, text_content, Size: 52744192 bytes) | |
| 144 | SMS Messages | Outgoing | | | 6/5/2017 6:30:14 PM(UTC-5) | To: +19897141864 Big Bo | 3 NBA teams called me about Donovan today and guess what half the conversation was about Tugs...they love how hard he plays!<br>**Source:**<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2F3B2E6 (Table: sms, Size: 62115840 bytes) | |
| 145 | MMS Messages | Incoming | | | 6/5/2017 7:21:33 PM(UTC-5) | From: +19897141864 Big Bo<br>To: +13013260616 | Hey that's what we want t here.<br>**Source:** Verizon Message+<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x25B0B9D (Table: message, text_content, Size: 52744192 bytes) | |
| 146 | SMS Messages | Incoming | | | 6/5/2017 7:21:33 PM(UTC-5) | From: +19897141864 Big Bo | Hey that's what we want t here.<br>**Source:**<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2F3E405 (Table: sms, Size: 62115840 bytes) | |
| 147 | MMS Messages | Outgoing | | | 6/5/2017 7:40:10 PM(UTC-5) | From: +13013260616<br>To: +19897141864 Big Bo | Real talj<br>**Source:** Verizon Message+<br>**Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x25B07C4 (Table: message, text_content, Size: 52744192 bytes) | |

000014

| # | Type | Direction | | | Date/Time | From/To | Content | |
|---|------|-----------|---|---|-----------|---------|---------|---|
| 339 | SMS Messages | Incoming | | | 7/18/2017 9:55:16 PM(UTC-5) | From: +19897141864 Big Bo | Hey what's up with the nutritionist and meal plans. He's working hard but nutrition is a major part of weight gain muscle retention and energy. **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3397CAB (Table: sms, Size: 62115840 bytes) | |
| 340 | MMS Messages | Outgoing | | | 7/18/2017 10:03:05 PM(UTC-5) | **From:** +13013260616 **To:** +19897141864 Big Bo | Is he not getting it??? **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x271DCDC (Table: message, text_content, Size: 52744192 bytes) | |
| 341 | SMS Messages | Outgoing | | | 7/18/2017 10:03:05 PM(UTC-5) | **To:** +19897141864 Big Bo | Is he not getting it??? **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3397C2C (Table: sms, Size: 62115840 bytes) | |
| 342 | MMS Messages | Incoming | | | 7/18/2017 10:24:45 PM(UTC-5) | **From:** +19897141864 Big Bo **To:** +13013260616 | Lol no **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x271D8B5 (Table: message, text_content, Size: 52744192 bytes) | |
| 343 | SMS Messages | Incoming | | | 7/18/2017 10:24:45 PM(UTC-5) | **From:** +19897141864 Big Bo | Lol no **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3397887 (Table: sms, Size: 62115840 bytes) | |
| 344 | MMS Messages | Outgoing | | | 7/19/2017 8:09:22 AM(UTC-5) | **From:** +13013260616 **To:** +19897141864 Big Bo | She is on vacation until Friday and will get with Tugs then **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x271D4D1 (Table: message, text_content, Size: 52744192 bytes) | |
| 345 | SMS Messages | Outgoing | | | 7/19/2017 8:09:22 AM(UTC-5) | **To:** +19897141864 Big Bo | She is on vacation until Friday and will get with Tugs then **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x339DEA1 (Table: sms, Size: 62115840 bytes) | |
| 346 | MMS Messages | Incoming | | | 7/19/2017 10:00:06 AM(UTC-5) | **From:** +19897141864 Big Bo **To:** +13013260616 | Ok cool thx a lot **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x26FAE68 (Table: message, text_content, Size: 52744192 bytes) | |
| 347 | SMS Messages | Incoming | | | 7/19/2017 10:00:06 AM(UTC-5) | **From:** +19897141864 Big Bo | Ok cool thx a lot **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x339DA4E (Table: sms, Size: 62115840 bytes) | |
| 348 | MMS Messages | Outgoing | | | 7/21/2017 8:21:58 AM(UTC-5) | **From:** +13013260616 **To:** +19897141864 Big Bo | Nutritionist meeting set **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x2726F6C (Table: message, text_content, Size: 52744192 bytes) | |
| 349 | SMS Messages | Outgoing | | | 7/21/2017 8:21:58 AM(UTC-5) | **To:** +19897141864 Big Bo | Nutritionist meeting set **Source:** **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3400B7B (Table: sms, Size: 62115840 bytes) | |
| 350 | MMS Messages | Incoming | | | 7/21/2017 8:43:24 AM(UTC-5) | **From:** +19897141864 Big Bo **To:** +13013260616 | Hey Ken thx a lot because if he gets that nutrition down his muscle and strength gain will sky rocket. **Source:** Verizon Message+ **Source file:** Samsung CDMA_SM-G935V Galaxy S7 Edge.zip/data/data/com.verizon.messaging.vzmsgs/databases/message.db : 0x2726C59 (Table: message, text_content, Size: 52744192 bytes) | |

000033