TEAM

Throughout the past MONTH, the grassroots team attended top tournaments, including HoopHall West, Tarkanian Classic, City of Palms, Chik-Fil-A , and Tournament of Champions and has continued to host digital photoshoots at our priority high schools.

HOOPHALL WEST
About the Tournament:
Location: Scottsdale, Arizona
Dates: December 9th – December 10th
The key match up we saw was Chino Hills vs. Bishop Gorman.
Key players on Chino Hills include: Uprising athlete, Onyeka Okongwu, LaMelo Ball + LiAngelo Ball.
Chino Hills is ranked #8 in the country, according to MaxPreps.
The standout player of the tournament was Kyree Walker (#1 of the 2020 class) who plays for Moreau Catholic from Hayward, CA.

UCLA vs. Michigan
Location: Los Angeles
December 10th
Projected Lottery Picks: Lonzo Ball, TJ Leaf
Face time with the Ball family and sat courtside with Etop.
Path Alum Jaylen Hands was in attendance so had some face time with him and his father.

DIGITAL PHOTOSHOOT | NEW ALBANY HIGH SCHOOL:
About the School:
Location: New Albany, IN
Uprising athlete, Romeo Langford, (#2 of the 2018 class) plays at the school. The team won state last year in Indiana, and they are currently ranked #25 in the country, according to MaxPreps.
We did a photoshoot of their practice, with the intent of extending our partnership and of providing imagery for the players and school to post to their social channels.
We had time with Romeo Langford, and the coaching staff. With the coach, we were able to talk through product insights; mainly what they liked and what additional items they needed.

DIGITIAL PHOTOSHOOT | CURIE HIGH SCHOOL:
About the School:
Location: Chicago, Illinois
The team is ranked #1 in the state of Illinois, and is ranked #11 in the country, according to MaxPreps. They are our key high school in Chicago, and have maintained an association with Derrick Rose throughout our partnership.
We did a photoshoot of their practice, with the intent of extending our partnership and of providing imagery for the players and team to post to their social channels.
We had time with the head coach to learn more about their school and their basketball program. He toured us through the school, including the Big Sean recording studio that was implemented by adidas last year.
We received good insights around what product the team liked most. They continue to hold on to their association with Derrick Rose by wearing mostly the DRose7.

FOIA Confidential Treatment Requested
CONFIDENTIAL

ADID000014172

CHICAGO MARKET TRAVEL:
We visited the Under Armour store and the combined Nike + Jordan store, both of which are on Michigan Avenue. 
On the Jordan level of the store, there was a plaque featuring all of the Jordan sponsored high schools in the greater Chicago area (37 schools) 

 TARKANIAN CLASSIC: 
About the Tournament:
Location: Las Vegas, Nevada
Dates: December 15th – December 20th 
 The adidas grassroots team showed up strong at this tournament. 
The key teams we saw play, included Victory Prep, where The Path Alumn, Jarred Vanderbilt plays, along with Chino Hills, where LiAngelo + LaMelo Ball, and Uprising player, Onyeka Okongwu, play. 
We had face time with other teams, including Clark, Middlebrook, Bishop Gorman, which featured Charles O'Bannon and Centennial, which featured Path Alum Troy Brown Jr., Sierra Canyon, which featured vs. Marvin Bagley and Remy Martin. 
We spoke with the Bishop Gorman AD who expressed interest in being a part of the adidas brand once their partnership is up with Nike in two years. 
Other key people we saw included, UCLA coaching staff, Gary Charles (Fab48), Dinos Trigonis (Pangos), Evan Daniels (Key Scout), Matt Rodriguez (Founder of Ball is Life). 
We had time to discuss summer event planning with Jamie Palmer and Jill Pendleton.  

LVL3 2017 SITE CHECK: 
We met with Ursula Stewart at the Cosmopolitan Hotel, who toured us through our reserved space for LVL3 2017 - The Chelsea. 
The Chelsea is very spacious, with a copious amount of new opportunities to elevate the LVL3 experience.
Greater digital promotion opportunities: large screens inside the space and throughout the entire floor. 
Two levels: separate spaces for coaches + kids 
Large open space: ability to fit a full court 

ESPN SHOWCASE
Location: New Castle, IN
Date: December 15th
Key Matchups: New Albany vs. La Lemuire and Oak Hill vs. Sierra Canyon.
Key 2018 Players: uprising players: Romeo Langford ranked #2 by ESPN and David Mccormack ranked #20 by ESPN, and Marvin Bagley ranked #1 by ESPN a

Keu 2017 Players: Path Alumni Billy Preston Kansas signee ranked #19 by ESPN, Brian Bowen ranked #13 by ESPN, Jaren Jackson Michigan state signee ranked #25 by ESPN, Matt Coleman #26 by ESPN, Cody Riley #44 by ESPN, Lindell Wigginton Iowa State signee ranked  #48 by ESPN, Jordan Poole Michigan signee ranked #57 by ESPN Ty-Shon Alexander Creighton Signee ranked, and Remy Martin Arizona State Signee.

Got face time with coaches: Bill Self and assistant coaches Kurtis Townsend and Jerrance Howard. Also met with Rick Pitino.
I met Rashid Ghazi with Paragon Marketing group who manages corporate relationships with

FOIA Confidential Treatment Requested
CONFIDENTIAL

ADID000014173

ESPN and invites schools to play in ESPN showcases.
Seeded Harden Vol1. to team for ESPN game and this dunk was on Sports Center top 10.
Link Below http://www.espn.com/video/clip?id=1828890


CBS SPORTS CLASSIC
Location: Las Vegas
December 17th
Key Games: UCLA vs. Ohio State and Kentucky vs. North Carolina.
Projected Lottery Picks: Lonzo Ball, TJ Leaf, Malik Monk, De'Aaron Fox.
Face time with the Ball family and sat courtside during the game with Marquise Watts.

CITY OF PALMS
Location: Fort Myers, Fl
Dates: Dec. 18-21
Coaches: Met with Kansas coach Norn Roberts and Indiana Coach Tom Crean.
Key Teams I saw were; St. Anthony's, Putnam Academy, Pace Academy, Hillcrest Prep, IMG, Brentwood Academy, Memphis East HS, Pebblebrook HS, Montverde Academy, Westtown School, and The Patrick School.
I was able to spend one on one time with these key Uprising and Path Players: Deandre Ayton(Arizona), Hamidou Diallo(draft eligible 2017), Trevon Duval, TJ Moss, Wendell Carter, Rechon Black
Other Players who played well: Nick Richards (signed with Kentucky) Chandler Lawson, 2019 #18 in Class, R.J. Barrett #1 in 2019, Andrew Nembhard #15 in 2019, Emmit Williams #22 IN 2018. Attached is PDF file with top players in each event.

I met with the parents of Darius Garland, Wendell Carter and Chandler Lawson.
I also met Collen Sextin and Silvio DeSousa in passing and introduced myself. R.J. Barrett

Interesting fact: The first 3 days of the tournament there was no Nike Signage inside the gym but on day 4 there is branding on the seats and outside on the fence. The only signage was on the digital led on the wall. (I attached photos to this email)


Chick-Fil-A Holiday Tournament
Location: Columbia, SC
Dates: Dec. 20-23
Key Teams: Wheeler, Griffin HS, La Lumerie, Westlake
Key Adidas Uprising Players: Jordan Tucker, Jordan Usher, Darius Perry, EJ Montgomery, Zion Williamson, Immanuel Quickly
Personal face time with EJ and his parents, Zion and his parents, Jordan Tucker, Jordan Usher, Darius Perry, Immanuel Quickly and his family,

Tournament of Champions
Location: Atlanta, GA
Dates: Dec. 27-30th
Key Teams: Wheeler HS, Lincoln HS, Pebblebrook HS, Spain Park HS.
Key Players: Ja'vonte Smart, Nick Weatherspoon, EJ Montgomery, Jordan Tucker, Darius Perry, Jordan Usher, Colin Sexton, Isiah Todd, Isaac Okoro, Khavon Moore, Antwann

Jones, Terry Armstrong.

Event Elements:
- The best tournament in terms of talent, path and nations kids was hands down City of Palms. I got a chance to talk with a lot of our guys and their family after they played in their games.
  o  Fun fact: There was only digital NIKE branding the first 3 days and the last two days they added NIKE seat covers on courtside chairs and added banners on the gates in front.

- Chick-Fil-A Classic was the most exciting tournament because of Zion Williamson. There were thousands of people outside trying to get into the gym 4 hours before his game each day as each game of his reached capacity.

  We seeded Zion's entire team with the Harden Vol. 1 and it looked really good on the court.

The negative of the harden vol. 1 is the shoelaces. There were too many instances where kids were tying their shoes or in some cases the whole shoe came off.

This is something that I've noticed when watching kids who play in harden vol. 1.

On a Positive note we have gotten a lot of impressions from seeding to Zion, Lamelo Ball, and Romeo Langford.

- Tournament of Champions had a good turnout as well. We sent holiday shoes to Wheeler and it showed up very well on social. Their gym is branded with adidas banners everywhere so it looked really good as well.

- Side Note: I was speaking with some of the guys and one thing that came up on two different occasions was that they like adidas because we have people who can relate to them and that are young.

**Met CEO of Krossover** - expressed interest in working with us this summer. I will discuss with you Tonie. https://www.krossover.com

Harden vol1 Impressions via High School Seeding:

Lamelo Ball – Imma Be a Star = 1 Million + impressions
https://www.instagram.com/p/BOAgfnsB8xN/?taken-by=ballislife&hl=en

Liangelo Ball= 440k + Impressions https://www.instagram.com/p/BOIMfFyBEfd/?taken-by=ballislife&hl=en

Zion Williamson â€" Pioneer = 1 Million + impressions hes on the internet everyday or on someones social. Here are a couple links

https://www.instagram.com/p/BORzBOyl25w/?taken-by=gregbrzozowski&hl=en

https://www.instagram.com/p/BOIRummD8fP/?taken-by=worldstar&hl=en

https://www.instagram.com/p/BOI5VqYDotW/?taken-by=marsreel&hl=en

Romeo Langford â€" Pioneer = 300k Impressions on IG + Sports center top 10 = 1 Million +
https://instagram.com/p/BOD_74ojwoX/

Eli Scott & Onyeka Okongwu = 225k + Impressions
https://www.instagram.com/p/BOJMCJVh3cM/?taken-by=ballislife&hl=en

FOIA Confidential Treatment Requested
CONFIDENTIAL

ADID000014176