**From:** Ceresney, Andrew J.
**Sent:** Monday, November 09, 2020 8:34 AM
**To:** 'Steven Berryman'
**Subject:** RE: NCAA Related Investigation

Steve – I have discussed the request with our client, who have considered it carefully.  For various reasons, adidas is not prepared at this time to produce the documents that you have requested.   Thank you for reaching out and good luck with the investigation.  Andrew

**From:** Steven Berryman [mailto:steven@berrymanprime.com]
**Sent:** Thursday, November 05, 2020 11:29
**To:** Ceresney, Andrew J.
**Subject:** Re: NCAA Related Investigation

Sounds good, thank you for the reply.

**From:** Ceresney, Andrew J. <aceresney@debevoise.com>
**Sent:** Thursday, November 5, 2020 8:27:37 AM
**To:** Steven Berryman <steven@berrymanprime.com>
**Subject:** RE: NCAA Related Investigation

Steve – got your message.  Am still discussing with my client and will be back in touch when I have more information.

**From:** Steven Berryman [mailto:steven@berrymanprime.com]
**Sent:** Friday, October 30, 2020 19:12
**To:** Ceresney, Andrew J.
**Subject:** NCAA Related Investigation

Mr. Ceresney,

Per our telephone call on October 28, 2020, as mentioned, my name is Steven Berryman, and I am a licensed investigator in California.  I am the owner and principal of an investigations and consulting company named Berryman Prime, LLC.  My website can be found at www.BerrymanPrime.com.

Due to the recent scandals in men's college basketball, the National Collegiate Athletic Association (NCAA) created the Commission on College Basketball (CCB), chaired by the Honorable Condoleezza Rice.  The CCB ultimately made specific recommendations relating to various aspects of college basketball such as new bylaws and how some investigations are conducted.  One of those recommendations was to create an external group comprised of independent investigators, advocates and adjudicators who are responsible for reviewing select infractions cases.  From this was created the Independent Accountability Resolution Process (IARP) and the Complex Case Unit (CCU), of which my company is a part.

Again, the case that I am writing to you about concerns North Carolina State University, Dennis Smith Jr., former head coach Mark Gottfried, and former assistant coach Orlando Early.  It has been widely publicized on the internet, periodicals and sports news shows that the NCAA's case has taken the independent route and will now be administered through that alternate process.

After being assigned this case, the first document I read was the Commission on College Basketball's Report and Recommendations.  As part of these documents, Ms. Rice commented on the role of apparel companies in

AAU/grassroots basketball, their sponsorship aspects in college basketball, and shoe contracts at the professional level. As a result, Ms. Rice both met with and sent letters to all of the major apparel companies, imploring them to be more transparent as to funds surrounding and involving non-scholastic basketball. With the attached request for documents, I too do the same.

In late September 2017, upon the public announcement of the indictments and arrests of various involved individuals in the government's criminal case, adidas released a public statement that said *"We will cooperate fully with any law enforcement or NCAA investigation into the matter."* Then later after the first federal college basketball trial in New York in October 2018, adidas issued another statement saying "*We cooperated fully with the authorities during the course of the investigation and respect the jury's verdict. We look forward to continuing to work with the NCAA and other stakeholders in a collaborative and constructive manner to improve the environment around college basketball. We have strengthened our internal processes and controls and remain committed to ethical and fair business practices*."

Thank you in advance Mr. Ceresney for forwarding this request to your client, and please respectfully thank adidas from me for their continued cooperation.

Kind regards,

Steven Berryman



STEVEN BERRYMAN
BERRYMAN PRIME LLC
+1.760.612.5826
www.BerrymanPrime.com

adidas000000522