# EXHIBIT 16

Harksen Dep. Transcript

Page 1

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

```
                                    )
BRIAN BOWEN, II,                    )
                                    )
              Plaintiff,            )
                                    )
         v.                         )   C/A No.
                                    )   3:18-3118-JFA
ADIDAS AMERICA, INC.; JAMES         )
GATTO; MERL CODE; CHRISTIAN         )
DAWKINS; MUNISH SOOD;               )
THOMAS GASSNOLA; and                )
CHRISTOPHER RIVERS,                 )
                                    )
              Defendants.           )
                                    )
```

VIDEO CONFERENCE DEPOSITION OF
LINDSAY E. HARKSEN
Volume I
Contains Confidential Testimony
Taken in behalf of Plaintiff
* * *
November 13, 2020
Portland, Oregon

Shannon K. Krska,
CSR, CCR
Court Reporter

Page 2

1                    APPEARANCES:
2     For the Plaintiff:
3     MR. COLIN V. RAM
      McLeod Law Group LLC
4     Suite A
      3 Morris Street
5     Charleston, SC 29403
      843.277.6655
6     colin@mcleon-lawgroup.com
      (Appearing via video conference)
7
8
      For the Defendant Adidas:
9
      MR. ANDREW M. LEVINE
10    MR. MATTHEW FORBES
      MS. CATHERINE HART
11    Debevoise & Plimpton
      913 Third Avenue
12    New York, NY 10022
      212.909.6069
13    amlevine@debevoise.com.
      (All appearing via video conference)
14            and
      MR. PAUL E. LOVING
15    Holland & Knight LLP
      Suite 1800
16    601 S.W. Second Avenue
      Portland, OR 97204
17    503.517.2927
      paul.loving@hklaw.com.
18    (Appearing via video conference)
              and
19    MR. KEITH E. McINTIRE
      Adidas North America
20    5055 N. Greeley Avenue
      Portland, OR 97217
21    503.234.2629
      keith.mcintire@adidas.com
22    (Appearing via video conference)
23
24
25

```
 1   For the Defendant Gatto:
 2   MS. DEBORAH B. BARBIER
     Attorney at Law
 3   1811 Pickens Street
     Columbia, SC 29201
 4   803.445.1032
     dbb@deborahbarbier.com
 5   (Appearing via video conference)
 6
     For the Defendant Code:
 7
     MR. TERRY A. FINGER
 8   Finger, Melnick & Brooks P.A.
     35 Hospital Center Commons
 9   Hilton Head, SC 29926
     843.681.7000
10   tfinger@fingerlaw.com
     (Appearing via video conference)
11
12   For the Defendant Rivers:
13   MR. ROBERT L. LINDHOLM
     Nelson Mullins
14   One Wells Farco Center 23rd Floor
     301 South College Street
15   Charlotte, NC 28202
     704.417.3231
16   robert.lindholm@nelsonmullins.com
     (Appearing via video conference)
17
18   For the Defendant Bowen, Sr.:
19   MS. JESSICA L. GOODING
     MR. CHRISTOPHER M. PASCHAL
20   Goings Law Firm, LLC
     1510 Calhoun Street
21   Columbia, SC 29201
     803.350.9230
22   jgooding@goingslawfirm.com
     (Both appearing via video conference)
23
24
25
```

1    A.    No.
2    Q.    Okay.  What's your -- what's your
3  current position?
4    A.    I'm a senior finance manager.
5    Q.    Okay.  And when did you take on that
6  role, time-wise?
7    A.    I've been in the role about four years
8  now.
9    Q.    Four years?  Okay.
10         And then were you in that -- I mean,
11 four years.  What was your position during let's
12 say 2017, April 2017?
13   A.    I was in my current role.
14   Q.    Current role, okay.
15         And can you just give me a brief
16 overview of what you do as a senior finance
17 manager in the marketing group?
18   A.    Sure.  I currently oversee budget and
19 forecasting reporting for our marketing working
20 budget and marketing overheads for Adidas US as
21 well as manage a couple employees.
22   Q.    Okay.  How many -- how many direct
23 reports do you have?
24   A.    I currently have two.
25   Q.    Two.

1  from a budget owner.
2      A.   Okay.
3      Q.   And, again, let's be specific about
4  basketball grassroots in 2015, 2016, and 2017,
5  just in case the process is different somewhere
6  else.  Let's just focus in on that.
7      A.   Okay.
8      Q.   What's the process when a -- when an
9  invoice gets emailed in to a budget owner?
10     A.   So typically the budget owner would
11 verify the expense, sign off on it with a budget
12 code, and bring it to the finance team to get
13 the other necessary signatures, and then send it
14 in for payment processing.
15     Q.   Okay.  And so when it gets to the
16 finance team, is -- is that you and your group?
17     A.   Yeah, my team.
18     Q.   Okay.
19          And so what are the necessary signatures
20 that -- that you all need to get?
21     A.   Typically the business would sign off on
22 it as well as finance, sometimes Chris McGuire.
23     Q.   Okay.  And the sign off from the
24 business is -- when you say the business are you
25 talking about the budget owner for that?

1    A.    Yes, same thing.
2    Q.    Okay.  And so what does that signature
3    represent when you see that?
4    A.    It represents that the expense has been
5    validated.
6    Q.    Okay.
7    A.    And that they typically provide a budget
8    code to go along with that.
9    Q.    Okay.  And when the expense is
10   validated, what does that process look like?
11   A.    I don't know.  That's done on the side
12   of the business.
13   Q.    Okay.  And then there's a signature for
14   finance.  Is that correct?
15   A.    Yes.
16   Q.    Okay.  And in this time period, were you
17   one of the people who could sign off on
18   invoices?
19   A.    Yes.
20   Q.    Okay.  And so what does your signature
21   represent?  What are you signing off on?
22   A.    Just that the business has validated the
23   invoice, typically that there's a budget code
24   and vendor on it, and that it can be submitted
25   for payment.

1                C E R T I F I C A T E
2
3          I, Shannon K. Krska, a Certified
4    Shorthand Reporter for Oregon, do hereby certify
5    that, pursuant to stipulation of counsel for the
6    respective parties hereinbefore set forth,
7    LINDSAY E. HARKSEN appeared before me via video
8    conference at the time and place set forth in
9    the caption hereof; that at said time and place
10   I reported in Stenotype all testimony adduced
11   and other oral proceedings had in the foregoing
12   matter; that thereafter my notes were reduced to
13   typewriting under my direction; and that the
14   foregoing transcript, pages 1 to 194, both
15   inclusive, constitutes a full, true and accurate
16   record of all such testimony adduced and oral
17   proceedings had, and of the whole thereof.
18          Witness my hand and CSR stamp at
19   Vancouver, Washington, this 28th day of
20   November, 2020.
21
                    *[signature: Shannon K. Krska]*
22
                    _____
23                  SHANNON K. KRSKA
                    Certified Shorthand Reporter
24                  Certificate No. 90-0216
                    Commission Expires: 12/31/20
25

Page 195

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BRIAN BOWEN, II, | ) |
| Plaintiff, | ) |
| v. | ) C/A No. 3:18-3118-JFA |
| ADIDAS AMERICA, INC.; JAMES GATTO; MERL CODE; CHRISTIAN DAWKINS; MUNISH SOOD; THOMAS GASSNOLA; and CHRISTOPHER RIVERS, | ) |
| Defendants. | ) |

VIDEO CONFERENCE DEPOSITION OF
LINDSAY E. HARKSEN
VOLUME II
Contains Confidential Material
Taken in behalf of Plaintiff
* * *
November 16, 2020 at 12:07 p.m.
Portland, Oregon

Shannon K. Krska,
CSR, CCR
Court Reporter

CONTAINS CONFIDENTIAL MATERIAL  November 16, 2020
Bowen v. Adidas

Page 196

```
 1                APPEARANCES:
 2   For the Plaintiff:
 3   MR. COLIN V. RAM
     McLeod Law Group LLC
 4   Suite A
     3 Morris Street
 5   Charleston, SC 29403
     843.277.6655
 6   colin@mcleon-lawgroup.com
     (Appearing via video conference)
 7
 8
     For the Defendant Adidas:
 9
     MR. ANDREW M. LEVINE
10   MR. MATTHEW FORBES
     MS. CATHERINE HART
11   Debevoise & Plimpton
     913 Third Avenue
12   New York, NY 10022
     212.909.6069
13   amlevine@debevoise.com.
     (All appearing via video conference)
14         and
     MR. PAUL E. LOVING
15   Holland & Knight LLP
     Suite 1800
16   601 S.W. Second Avenue
     Portland, OR 97204
17   503.517.2927
     paul.loving@hklaw.com.
18   (Appearing via video conference)
            and
19   MR. KEITH E. McINTIRE
     Adidas North America
20   5055 N. Greeley Avenue
     Portland, OR 97217
21   503.234.2629
     keith.mcintire@adidas.com
22   (Appearing via video conference)
23
24
25
```

```
 1   For the Defendant Gatto:
 2   MS. DEBORAH B. BARBIER
     Attorney at Law
 3   1811 Pickens Street
     Columbia, SC 29201
 4   803.445.1032
     dbb@deborahbarbier.com
 5   (Appearing via video conference)
 6
     For the Defendant Code:
 7
     MR. TERRY A. FINGER
 8   Finger, Melnick & Brooks P.A.
     35 Hospital Center Commons
 9   Hilton Head, SC 29926
     843.681.7000
10   tfinger@fingerlaw.com
     (Appearing via video conference)
11
12   For the Defendant Rivers:
13   MR. ROBERT L. LINDHOLM
     MR. WESLEY MORAN
14   Nelson Mullins
     One Wells Farco Center 23rd Floor
15   301 South College Street
     Charlotte, NC 28202
16   704.417.3231
     robert.lindholm@nelsonmullins.com
17   (Appearing via video conference)
18
     For the Defendant Bowen, Sr.:
19
     MS. JESSICA L. GOODING
20   MR. CHRISTOPHER M. PASCHAL
     Goings Law Firm, LLC
21   1510 Calhoun Street
     Columbia, SC 29201
22   803.350.9230
     jgooding@goingslawfirm.com
23   (Both appearing via video conference)
24
25
```

1    A.    I don't remember.
2    Q.    Okay.  Looking down at the bottom of the
3    page there's a stamp on there or what appears to
4    be a black stamp that says your name, finance
5    manager, and then there's what appears to be a
6    signature under that.
7          Do you see that?
8    A.    Yes.
9    Q.    Okay.  Is that your handwritten
10   signature on that document?
11   A.    Yes.
12   Q.    Okay.  And -- and what would be the
13   purpose of putting your handwritten signature
14   on -- on an invoice?
15   A.    It verifies that the business has signed
16   off on it, there's a budget code, and that we
17   sent it in for payment processing.
18   Q.    Okay.  And is there another -- do you
19   see another signature on this page?
20   A.    Yes.
21   Q.    Okay.  And whose signature is that?
22   A.    Jim Gatto.
23   Q.    Okay.  And -- and what does Mr. Gatto's
24   signature on this invoice represent to you as a
25   finance manager?

1    A.    He verifies the expenses listed on the
2    invoice and the budget code typically.
3    Q.    Okay.  And that -- there's a handwritten
4    budget code above his signature that ends in
5    2005.  Is that budget code -- do you recognize
6    that budget code?
7    A.    I'm not sure what this one in particular
8    stands for.  The last eight digits.
9    Q.    Okay.
10         Was this particular invoice one that you
11   were involved in processing for payment?
12   A.    I'm not sure what you mean.
13   Q.    Okay.  Well, it bears your signature,
14   and so my question is would you ever see this in
15   the course of processing this invoice for --
16   invoice for payment to whoever submitted it?
17         MR. LEVINE:  Objection.
18         THE WITNESS:  Sorry, I guess I'm not --
19   I'm still not sure what you mean.
20   Q.    (By Mr. Ram)  Okay.
21         Well, let's start at the top.  It says
22   Karolina Khaos, spelled with a K.
23         Do you recognize the name Karolina
24   Khaos?
25   A.    I recognize the name, yes.

Page 329

1  online training for employees?
2     A.  Yes.
3         MR. LEVINE:  Objection.
4     Q.  (By Mr. Ram)  Okay.  Is there -- is
5  there a particular name for Adidas' online
6  training?  Do they call it something special?
7     A.  I'm not sure.
8     Q.  Okay.  Where do you go to take that
9  training in terms of where -- where do you log
10 in to?
11    A.  We have a specific like Adidas learning
12 portal that these trainings are fed through.
13    Q.  Okay.  Do -- do you know, is it called
14 the Adidas learning portal or does it have
15 another name?
16    A.  I'm not sure.
17    Q.  Okay.  What was the reaction in Adidas
18 after people learned about the arrest of
19 Mr. Gatto?
20        MR. LEVINE:  Objection.
21        THE WITNESS:  I would say people were
22 fairly surprised.
23    Q.  (By Mr. Ram)  Yeah.
24        What was your reaction?
25        MR. LEVINE:  Objection.

Page 330

1      THE WITNESS: Definitely surprised and
2  shocked.
3      Q.  (By Mr. Ram)  Yeah.
4      What was -- you know, why were you
5  surprised?
6      MR. LEVINE:  Objection.
7      THE WITNESS:  Just something you had no
8  idea of something that was going on.
9      Q.  (By Mr. Ram)  Yeah.
10     How -- how did it make you feel,
11 learning about his arrest?
12     MR. LEVINE:  Objection.
13     THE WITNESS:  It definitely, like I
14 said, surprised and shocked me.  Makes you feel
15 a little betrayed.
16     Q.  (By Mr. Ram)  Did you feel betrayed by
17 Jim Gatto?
18     MR. LEVINE:  Objection.
19     MR. RAM:  What's the objection, Andy?
20     MR. LEVINE:  Asked and answered.
21     MR. RAM:  I haven't asked her if she was
22 betrayed by Jim Gatto before.
23     Q.  (By Mr. Ram)  But go ahead, Lindsay.
24 Did you feel betrayed by Jim Gatto?
25     A.  Yes.

1  think so.
2      Q.    (By Ms. Barbier)  Okay.  So when it --
3  when the invoice says that discussed -- or
4  listed as not consulting fees but expenses, were
5  there backup documentations required by Adidas
6  for that?
7      A.    I don't -- sorry, people were kind of
8  cutting out there.
9      Q.    Let me give you an example.  If I
10 went -- if I -- if Jim went to a city where he
11 had to pay for a hotel room and, you know, meals
12 for himself, did you require the receipts from
13 the hotel and the -- and the meals?
14     A.    I don't -- I don't know the exact
15 requirements of our travel and entertainment
16 policy.
17     Q.    Okay.  So the -- the invoices that we
18 looked at didn't have any receipts attached.
19 Would that have been a normal part of how things
20 were approved there?
21     A.    The -- yeah.  The expenses just would
22 have been verified by Jim or whoever was giving
23 us the invoice from the business side.
24     Q.    Okay.  And the signature on the invoice
25 is what verifies it?

1    A.    Yes.
2    Q.    Okay.  What level of authority did Jim
3    have during the, you know, 2015 to 2017 time
4    period?  Do you know?
5    A.    What do you mean by authority?
6    Q.    How -- what dollar amount could he
7    submit for an invoice that wouldn't need another
8    signature?
9    A.    I don't know.
10   Q.    Okay.  Who was Jim's direct supervisors?
11   Do you know?
12   A.    I believe it was Michael Ladinig.
13   Q.    Okay.  Was he on the same floor as you
14   as well?
15   A.    I'm not sure.
16   Q.    Okay.  Did -- not putting aside these
17   invoices, just in your day-to-day work, did
18   people at Adidas sometimes approach you or send
19   you emails about -- with -- when they had
20   questions about invoices?
21   A.    Like what do you mean?  What kind of
22   questions?
23   Q.    I mean, if they had questions about
24   anything that was claimed on a -- a voucher for
25   an expense or for being submitted as a -- you

1                C E R T I F I C A T E

2

3         I, Shannon K. Krska, a Certified

4    Shorthand Reporter for Oregon, do hereby certify

5    that, pursuant to stipulation of counsel for the

6    respective parties hereinbefore set forth,

7    LINDSAY E. HARKSEN appeared before me via video

8    conference at the time and place set forth in

9    the caption hereof; that at said time and place

10   I reported in Stenotype all testimony adduced

11   and other oral proceedings had in the foregoing

12   matter; that thereafter my notes were reduced to

13   typewriting under my direction; and that the

14   foregoing transcript, pages 195 to 356, both

15   inclusive, constitutes a full, true and accurate

16   record of all such testimony adduced and oral

17   proceedings had, and of the whole thereof.

18         Witness my hand and CSR stamp at

19   Vancouver, Washington, this 28th day of

20   November, 2020.

21

22

23             SHANNON K. KRSKA
               Certified Shorthand Reporter
24             Certificate No. 90-0216
               Commission Expires: 12/31/20

25