# **EXHIBIT 26**

Metadata of Text Messages between C. Dawkins and M. Code,

Sept. 21, 2017

Christian Dawkins and Merl Code

| 43 | Timestamp:<br>9/21/2017<br>1:57:34 PM(UTC+0)<br>From:<br>+17083143402<br>Merl Code"<br>Direction:<br>Incoming | Subject: No subject<br>Body:<br>Attachments:<br><br>81F224C0-1.jpg | Status: Read<br>Source Extraction:<br>File System | |

GOVERNMENT EXHIBIT 102T-3
S2 17 Cr. 686 (LAK)

Christian Dawkins and Merl Code

