## **EXHIBIT E**

Letter from William Taft to Colin Ram

September 18, 2020

**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

September 18, 2020

**BY ACCELLION AND FEDEX**

Colin V. Ram
McLeod Law Group LLC
3 Morris Street, Suite A
Charleston, SC 29403

RE:   *Bowen v. adidas America, Inc.*, **Civil Action No. 3:18-CV-03118-JFA – adidas's First Production of Documents In Response to Plaintiff's First Set of Requests for Production**

Dear Mr. Ram:

On behalf of adidas America, Inc., today we have transmitted adidas's first production of documents, labeled ADID000000001-ADID000376580 and adidas000000001-adidas000000088, in response to Plaintiff's First Set of Requests for Production to Adidas America, Inc. dated July 13, 2020 (the "Requests"). We are producing these documents in two parts. Documents, such as emails and attachments, have been sent on an encrypted hard drive via FedEx, and text messages organized in excel spreadsheets by custodian have been sent via Accellion secure file transfer. You will receive passwords needed to access this data under separate cover. This production is made subject to and without waiving adidas's general and specific objections as stated in adidas's Responses to Plaintiff Brian Bowen II's First Requests for Production of Documents dated August 12, 2020.

Today's production constitutes adidas's completion of its response to Request Nos. 1 and 2. Our effort to respond to Plaintiff's other Requests is ongoing. We will provide additional supplemental productions on a rolling basis until our response is complete.

As you and I have agreed, this production is made subject to the following conditions: (i) all documents in this production are provisionally designated CONFIDENTIAL and Plaintiff will treat the entire production as confidential in accordance with the terms of the Proposed Confidentiality Order until the Court issues a ruling on the pending Motion for Entry of a Confidentiality Order dated August 28, 2020; (ii) after the Court issues its ruling, adidas will re-produce without confidentiality endorsements the subset of documents that are not subject to confidentiality in accordance with the terms of the Court's Order; and (iii) pending the Court's ruling, you will not disclose produced documents with any other person, except

your engaged experts and vendors who have executed certifications in the form of Attachment B to the proposed confidentiality order.

Please contact me at (212) 909-6877 if you have any questions or if you have any trouble accessing the documents.

Sincerely,

*/s/ William H. Taft V*

William H. Taft V