## EXHIBIT F

Email from Tristan Ellis to Counsel

April 21, 2021

## Calero, Melanie

| | |
|---|---|
| **From:** | Ellis, Tristan |
| **Sent:** | Wednesday, April 21, 2021 6:28 PM |
| **To:** | 'mullins@mcleod-lawgroup.com'; 'colin@mcleod-lawgroup.com'; 'cooper@mcleod-lawgroup.com'; 'dbb@deborahbarbier.com'; 'tfinger@fingerlaw.com'; 'ben@sheltonlawsc.com'; 'steve@haneygroup.net'; 'weberf@pepperlaw.com'; 'zackr@pepperlaw.com'; 'thomas.cordova@troutman.com'; 'wjohnson@ycrlaw.com'; 'robert.lindholm@nelsonmullins.com'; 'wes.moran@nelsonmullins.com'; 'cory.manning@nelsonmullins.com'; 'jgooding@goingslawfirm.com'; 'rgoings@goingslawfirm.com' |
| **Cc:** | Taft, William; Forbes, Matthew; 'Matthew T. Richardson'; 'Lucy Dinkins' |
| **Subject:** | Bowen v. adidas America, Inc., et al. - Confidentiality Designations |

Counsel,

Please find below the portions of the transcript of Zion Armstrong's deposition that adidas America, Inc. is designating as confidential pursuant to the Confidentiality Order.

Best regards,
Tristan

9:24
12:23-13:17
64:10-65:6
68:21-70:6
71:19-72:10
85:8-88:15
99:1-3
110:9-113:3
150:17-151:5
152:5-22
193:8-196:7
230:3-236:25

*****

## Debevoise
## &Plimpton

**Tristan M. Ellis**
Associate

tmellis@debevoise.com
+1 212 909 6118 (Tel)
+1 646 276 1164 (Mobile)

919 Third Avenue
New York, NY 10022
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us

collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.