AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Brian Bowen, II,<br>*Plaintiff*,<br>v.<br>Adidas America, Inc., James Gatto, Merl Code, Christian Dawkins, Munish Sood, Thomas Gassnola, and Christopher Rivers,<br>*Defendants*,<br><br>Adidas America, Inc.,<br>*Cross-Claimant*,<br>v.<br>Thomas Gassnola and Munish Sood,<br>*Cross-Defendants*,<br>v.<br>Brian Bowen, Sr.,<br>*Cross-Defendant*. | Civil Action No.    3:18-3118-JFA |

## JUDGMENT IN A CIVIL ACTION

■ **IT IS ORDERED AND ADJUDGED** that summary judgment is hereby entered in favor of defendants, Adidas America, Inc., James Gatto, Merl Code, Christian Dawkins, Munish Sood, Thomas Gassnola, and Christopher Rivers against plaintiff, Brian Bowen, II as to all claims and this case is dismissed with prejudice.

■ **IT IS FURTHER ORDERED AND ADJUDGED** that cross-claimant, Munish Sood shall take nothing from cross-defendant Brian Bowen, Sr., these claims are dismissed with prejudice..

This action was *(check one)*:

■   This action came before the Court on the record, Honorable Joseph F. Anderson, United States District Judge, presiding.  The defendants' motions for summary judgment having been heard and a decision having been rendered, the court grants defendants' motions for summary judgment.  Cross claimant, Adidas claims against cross-defendants, Thomas Gassnola, Munish Sood and Brian Bowen, Sr. are dismissed by way of stipulation.

Date:   June 7, 2021                                                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                         s/Mary L. Floyd, Deputy Clerk
                                                                                                    *Signature of Clerk or Deputy Clerk*